# Exhibit B

**LOSS ANALYSIS**
**Filed Period: 05/25/23 - 02/06/25**

**e.l.f. Beauty, Inc.**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price [1] |
|---|---|---|---|---|
| ELF | 26856L103 | US26856L1035 | BDDQ975 | $64.3767 |

**Boston Retirement System**

**LIFO**

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 08/02/23 | 2,000 | $134.5601 | ($269,120.20) |
| Purchases | 08/04/23 | 2,100 | $128.9003 | ($270,690.63) |
| Purchases | 08/17/23 | 2,900 | $119.6226 | ($346,905.54) |
| Purchases | 08/23/23 | 200 | $121.0100 | ($24,202.00) |
| Purchases | 08/24/23 | 400 | $121.5595 | ($48,623.80) |
| Purchases | 08/25/23 | 200 | $119.9444 | ($23,988.88) |
| Purchases | 09/25/23 | 420 | $106.3939 | ($44,685.44) |
| Purchases | 10/03/23 | 1,400 | $98.8761 | ($138,426.54) |
| Purchases | 10/31/23 | 600 | $90.3762 | ($54,225.72) |
| Purchases | 11/02/23 | 5,700 | $95.5329 | ($544,537.53) |
| Purchases | 11/10/23 | 1,400 | $93.5283 | ($130,939.62) |
| Purchases | 12/22/23 | 680 | $142.6533 | ($97,004.24) |
| Purchases | 04/03/24 | 900 | $166.7745 | ($150,097.05) |
| Purchases | 07/29/24 | 600 | $174.4980 | ($104,698.80) |
| Purchases | 07/30/24 | 1,490 | $167.7173 | ($249,898.78) |
| Purchases | 07/30/24 | 2,770 | $170.2217 | ($471,514.11) |
| Purchases | 08/09/24 | 2,600 | $164.1923 | ($426,899.98) |
| Purchases | 08/12/24 | 900 | $146.1878 | ($131,569.02) |
| Purchases | 08/16/24 | 2,100 | $156.7568 | ($329,189.28) |
| Purchases | 09/03/24 | 2,300 | $141.1633 | ($324,675.59) |
| Purchases | 09/13/24 | 1,200 | $119.6871 | ($143,624.52) |
| Purchases | 09/17/24 | 1,000 | $113.3991 | ($113,399.10) |
| Purchases | 09/19/24 | 1,000 | $115.9171 | ($115,917.10) |
| Purchases | 09/26/24 | 750 | $111.5810 | ($83,685.75) |
| Purchases | 09/27/24 | 12,249 | $112.5958 | ($1,379,185.95) |
| Purchases | 10/03/24 | 1,274 | $105.2103 | ($134,037.92) |
| Purchases | 10/11/24 | 60 | $107.3000 | ($6,438.00) |
| Purchases | 10/11/24 | 2,800 | $109.7223 | ($307,222.44) |
| Purchases | 10/16/24 | 2,745 | $107.3608 | ($294,705.40) |
| Purchases | 01/13/25 | 2,230 | $129.5628 | ($288,925.04) |
| Purchases | 01/13/25 | 640 | $130.8865 | ($83,767.36) |
| Purchases | 01/13/25 | 170 | $124.8350 | ($21,221.95) |
| Purchases | 01/14/25 | 380 | $133.5750 | ($50,758.50) |
| Purchases | 01/14/25 | 1,400 | $133.1055 | ($186,347.70) |
| Purchases | 02/06/25 | 2,692 | $87.5989 | ($235,816.24) |
| ***Class Period Purchases:*** | | ***62,250*** | | ***($7,626,945.72)*** |

**Boston Retirement System**

### LIFO

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Sales | 01/17/25 | (205) | $130.9466 | $26,844.05 |
| Sales | 02/03/25 | (660) | $94.2850 | $62,228.10 |
| Sales | 02/03/25 | (1,390) | $94.3955 | $131,209.75 |
| Sales | 02/03/25 | (170) | $94.1050 | $15,997.85 |
| Sales | 02/03/25 | (3,640) | $94.2979 | $343,244.36 |
| Sales | 02/03/25 | (620) | $94.2739 | $58,449.82 |
| Sales | 02/04/25 | (2,480) | $89.0937 | $220,952.38 |
| Sales | 02/04/25 | (1,900) | $87.8066 | $166,832.54 |
| Sales | 02/04/25 | (1,080) | $89.1683 | $96,301.76 |
| ***Class Period Saless that match to Class Period Purchases:*** | | **-12,145** | | **$1,122,060.60** |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Shares Held: | 50,105 | $64.3767 | $3,225,594.55 |
|  |  |  | **LIFO Gain/(Loss):** | **($3,279,290.57)** |
|  |  |  | Total Shares Bought: | 62,250 |
|  |  |  | Total Net Shares: | 50,105 |
|  |  |  | Total Net Expenditures: | ($6,504,885.12) |

[1] *Value of shares held is the mean trading price from 02/07/25 - 05/05/25.*

**LOSS ANALYSIS**
**Filed Period: 05/25/23 - 02/06/25**

**e.l.f. Beauty, Inc.**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price[1] |
|---|---|---|---|---|
| ELF | 26856L103 | US26856L1035 | BDDQ975 | $64.3767 |

**Metropolitan Employee Benefit System**

**LIFO**

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 06/14/23 | 727 | $101.6783 | ($73,920.12) |
| Purchases | 06/15/23 | 548 | $104.2622 | ($57,135.69) |
| Purchases | 06/16/23 | 982 | $104.2310 | ($102,354.84) |
| Purchases | 06/20/23 | 749 | $107.5849 | ($80,581.09) |
| Purchases | 06/21/23 | 1,119 | $111.1637 | ($124,392.18) |
| Purchases | 06/22/23 | 945 | $112.2453 | ($106,071.81) |
| Purchases | 09/25/23 | 1,020 | $107.1273 | ($109,269.85) |
| Purchases | 09/26/23 | 761 | $108.8057 | ($82,801.14) |
| Purchases | 09/27/23 | 426 | $110.5411 | ($47,090.51) |
| Purchases | 09/27/23 | 622 | $109.6132 | ($68,179.41) |
| Purchases | 09/28/23 | 301 | $111.9129 | ($33,685.78) |
| Purchases | 10/13/23 | 448 | $100.5854 | ($45,062.26) |
| Purchases | 10/16/23 | 432 | $102.8259 | ($44,420.79) |
| Purchases | 10/17/23 | 146 | $108.7368 | ($15,875.57) |
| Purchases | 10/18/23 | 224 | $106.8822 | ($23,941.61) |
| Purchases | 11/02/23 | 1,425 | $96.8214 | ($137,970.50) |
| Purchases | 11/03/23 | 275 | $96.0282 | ($26,407.76) |
| Purchases | 04/12/24 | 950 | $163.0965 | ($154,941.68) |
| Purchases | 08/05/24 | 725 | $172.3002 | ($124,917.65) |
| Purchases | 08/05/24 | 90 | $171.0500 | ($15,394.50) |
| Purchases | 08/06/24 | 1,690 | $182.3831 | ($308,227.44) |
| Purchases | 08/06/24 | 750 | $183.6713 | ($137,753.48) |
| Purchases | 08/07/24 | 2,045 | $185.4858 | ($379,318.46) |
| Purchases | 08/09/24 | 1,500 | $160.7915 | ($241,187.25) |
| Purchases | 08/09/24 | 940 | $159.8506 | ($150,259.56) |
| Purchases | 08/16/24 | 1,300 | $156.9419 | ($204,024.47) |
| Purchases | 09/05/24 | 1,300 | $136.2872 | ($177,173.36) |
| Purchases | 09/06/24 | 2,100 | $131.5331 | ($276,219.51) |
| Purchases | 09/10/24 | 765 | $110.1373 | ($84,255.03) |
| Purchases | 09/11/24 | 765 | $114.1879 | ($87,353.74) |
| Purchases | 09/12/24 | 770 | $114.7743 | ($88,376.21) |
| Purchases | 10/17/24 | 1,580 | $107.2289 | ($169,421.66) |
| Purchases | 10/28/24 | 2,330 | $110.8459 | ($258,270.95) |
| Purchases | 10/29/24 | 310 | $111.4871 | ($34,561.00) |
| Purchases | 10/29/24 | 2,060 | $113.3350 | ($233,470.10) |
| Purchases | 11/07/24 | 1,685 | $121.0203 | ($203,919.21) |
| Purchases | 11/07/24 | 315 | $120.1050 | ($37,833.08) |
| Purchases | 11/08/24 | 806 | $119.5615 | ($96,366.57) |
| Purchases | 11/11/24 | 724 | $132.8025 | ($96,149.01) |
| Purchases | 11/18/24 | 1,800 | $119.9424 | ($215,896.32) |
| Purchases | 11/18/24 | 93 | $118.4600 | ($11,016.78) |
| Purchases | 11/18/24 | 1,657 | $119.1511 | ($197,433.37) |
| Purchases | 11/21/24 | 1,700 | $121.5837 | ($206,692.29) |
| Purchases | 12/19/24 | 1,600 | $128.3172 | ($205,307.52) |
| Purchases | 12/31/24 | 170 | $125.5793 | ($21,348.48) |
| Purchases | 01/02/25 | 1,900 | $125.0791 | ($237,650.29) |
| Purchases | 01/02/25 | 530 | $125.0220 | ($66,261.66) |
| **Class Period Purchases:** | | **46,100** | | **($5,900,161.52)** |

**Metropolitan Employee Benefit System**

## LIFO

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Sales | 02/27/24 | (980) | $199.0000 | $195,020.00 |
| Sales | 03/04/24 | (1,132) | $208.9257 | $236,503.89 |
| Sales | 03/04/24 | (328) | $213.8393 | $70,139.29 |
| Sales | 03/05/24 | (610) | $196.0824 | $119,610.26 |
| Sales | 07/12/24 | (1,128) | $211.7322 | $238,833.92 |
| Sales | 07/12/24 | (182) | $211.1353 | $38,426.62 |
| Sales | 07/12/24 | (230) | $213.7850 | $49,170.55 |
| Sales | 07/15/24 | (300) | $201.9406 | $60,582.18 |
| **Class Period Saless that match to Class Period Purchases:** | | **-4,890** | | **$1,008,286.72** |
| | Shares Held: | 41,210 | $64.3767 | $2,652,963.81 |
| | | | **LIFO Gain/(Loss):** | **($2,238,910.99)** |
| | | | Total Shares Bought: | 46,100 |
| | | | Total Net Shares: | 41,210 |
| | | | Total Net Expenditures: | ($4,891,874.80) |
| | | | **AGGREGATE (ALL FUNDS) TOTAL LIFO (LOSS):** | **($5,518,201.56)** |

[1] *Value of shares held is the mean trading price from 02/07/25 - 05/05/25.*