# Exhibit 3

**e.l.f. beauty Inc. Loss Chart**
**Class Period: May 25, 2023 through February 6, 2025**

**Lookback Price**
$64.722

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gregory E. Penno | 7/10/2024* | 240.00 | ($208.55) | ($50,052.00) | 2/7/2025 | 1,218.00 | $65.79 | $80,132.22 | | | |
| | 7/11/2024* | 625.00 | ($199.65) | ($124,781.25) | 2/7/2025 | 2,200.00 | $65.82 | $144,804.00 | | | |
| | 8/6/2024* | 1,277.00 | ($156.50) | ($199,850.50) | 2/7/2025 | 2,200.00 | $65.82 | $144,804.00 | | | |
| | 8/6/2024* | 1,268.00 | ($157.98) | ($200,318.64) | 2/7/2025 | 1,218.00 | $65.75 | $80,083.50 | | | |
| | 7/16/2024* | 993.00 | ($201.31) | ($199,900.83) | 2/7/2025 | 1,218.00 | $65.75 | $80,083.50 | | | |
| | 9/19/2024* | 1,304.00 | ($115.00) | ($149,960.00) | 2/7/2025 | 3.00 | $65.76 | $197.28 | | | |
| | 9/24/2024* | 888.00 | ($113.50) | ($100,788.00) | 2/7/2025 | 138.00 | $65.80 | $9,080.40 | | | |
| | 10/9/2024* | 1,831.00 | ($103.70) | ($189,874.70) | 2/7/2025 | 200.00 | $65.80 | $13,160.00 | | | |
| | 10/15/2024* | 1,822.00 | ($109.79) | ($200,037.38) | 2/7/2025 | 362.00 | $65.80 | $23,819.60 | | | |
| | 10/15/2024* | 1,737.00 | ($115.08) | ($199,893.96) | 2/7/2025 | 1,600.00 | $65.82 | $105,312.00 | | | |
| | 2/3/2025 | 1,422.00 | ($94.88) | ($134,919.36) | 2/7/2025 | 72.00 | $65.79 | $4,736.88 | | | |
| | 2/3/2025 | 78.00 | ($94.88) | ($7,400.64) | 2/7/2025 | 446.00 | $65.79 | $29,342.34 | | | |
| | 2/3/2025 | 200.00 | ($93.49) | ($18,698.00) | 2/7/2025 | 600.00 | $65.82 | $39,492.00 | | | |
| | 2/3/2025 | 24.00 | ($93.49) | ($2,243.76) | 2/7/2025 | 1,900.00 | $65.83 | $125,077.00 | | | |
| | 2/3/2025 | 31.00 | ($93.49) | ($2,898.19) | 2/7/2025 | 234.00 | $65.75 | $15,385.50 | | | |
| | 2/3/2025 | 17.00 | ($93.50) | ($1,589.50) | 2/7/2025 | 4.00 | $65.75 | $263.00 | | | |
| | 2/3/2025 | 100.00 | ($93.50) | ($9,350.00) | 2/7/2025 | 66.00 | $65.75 | $4,339.50 | | | |
| | 2/3/2025 | 100.00 | ($93.50) | ($9,350.00) | 2/7/2025 | 14.00 | $65.75 | $920.50 | | | |
| | 2/3/2025 | 53.00 | ($93.50) | ($4,955.50) | 2/7/2025 | 100.00 | $65.79 | $6,578.50 | | | |
| | 2/3/2025 | 93.00 | ($93.50) | ($8,695.50) | 2/7/2025 | 500.00 | $65.75 | $32,875.00 | | | |
| | 2/3/2025 | 5.00 | ($93.50) | ($467.50) | 2/7/2025 | 500.00 | $65.75 | $32,875.00 | | | |
| | 2/3/2025 | 43.00 | ($93.49) | ($4,020.07) | 2/7/2025 | 100.00 | $65.79 | $6,578.50 | | | |
| | 2/3/2025 | 1.00 | ($93.50) | ($93.50) | 2/7/2025 | 200.00 | $65.74 | $13,148.00 | | | |
| | 2/3/2025 | 100.00 | ($93.49) | ($9,349.00) | 2/7/2025 | 100.00 | $65.75 | $6,575.00 | | | |
| | 2/3/2025 | 76.00 | ($93.49) | ($7,105.24) | 2/7/2025 | 18.00 | $65.75 | $1,183.50 | | | |
| | 2/3/2025 | 57.00 | ($93.49) | ($5,328.93) | 2/7/2025 | 900.00 | $65.75 | $59,175.00 | | | |
| | 2/3/2025 | 300.00 | ($93.49) | ($28,047.00) | | | | | | | |
| | 2/3/2025 | 200.00 | ($93.48) | ($18,696.00) | | 16,111.00 | | $1,060,021.72 | 4,374.00 | $283,094.03 | ($1,107,481.95) |
| | 2/3/2025 | 100.00 | ($93.49) | ($9,349.40) | | | | | | | |
| | 2/3/2025 | 279.00 | ($95.00) | ($26,505.00) | | | | | | | |
| | 2/3/2025 | 221.00 | ($95.00) | ($20,995.00) | | | | | | | |
| | 1/31/2025 | 1,000.00 | ($104.25) | ($104,250.00) | | | | | | | |
| | 1/31/2025 | 100.00 | ($100.13) | ($10,013.00) | | | | | | | |
| | 1/31/2025 | 100.00 | ($100.13) | ($10,013.00) | | | | | | | |
| | 1/31/2025 | 18.00 | ($100.14) | ($1,802.52) | | | | | | | |
| | 1/31/2025 | 180.00 | ($100.14) | ($18,024.70) | | | | | | | |
| | 1/31/2025 | 300.00 | ($100.13) | ($30,039.60) | | | | | | | |
| | 1/31/2025 | 1.00 | ($100.14) | ($100.14) | | | | | | | |
| | 1/31/2025 | 300.00 | ($100.13) | ($30,039.60) | | | | | | | |
| | 1/31/2025 | 45.00 | ($100.14) | ($4,506.30) | | | | | | | |
| | 1/31/2025 | 2.00 | ($100.14) | ($200.28) | | | | | | | |
| | 1/31/2025 | 80.00 | ($100.13) | ($8,010.40) | | | | | | | |
| | 1/31/2025 | 38.00 | ($100.12) | ($3,804.56) | | | | | | | |
| | 1/31/2025 | 100.00 | ($100.14) | ($10,014.00) | | | | | | | |
| | 1/31/2025 | 100.00 | ($100.13) | ($10,013.00) | | | | | | | |
| | 1/31/2025 | 1.00 | ($100.12) | ($100.12) | | | | | | | |
| | 1/31/2025 | 34.00 | ($100.13) | ($3,404.42) | | | | | | | |
| | 1/31/2025 | 1.00 | ($100.14) | ($100.14) | | | | | | | |
| | 1/31/2025 | 100.00 | ($100.16) | ($10,016.00) | | | | | | | |
| | 1/31/2025 | 200.00 | ($100.03) | ($20,006.40) | | | | | | | |
| | 1/31/2025 | 100.00 | ($100.03) | ($10,003.00) | | | | | | | |
| | 1/31/2025 | 100.00 | ($100.04) | ($10,004.00) | | | | | | | |
| | 1/31/2025 | 4.00 | ($100.04) | ($400.16) | | | | | | | |
| | 1/31/2025 | 100.00 | ($100.04) | ($10,004.00) | | | | | | | |
| | 1/31/2025 | 50.00 | ($100.04) | ($5,002.00) | | | | | | | |
| | 1/31/2025 | 100.00 | ($100.02) | ($10,002.00) | | | | | | | |
| | 1/31/2025 | 100.00 | ($100.04) | ($10,004.00) | | | | | | | |
| | 1/31/2025 | 200.00 | ($100.04) | ($20,008.00) | | | | | | | |
| | 1/31/2025 | 100.00 | ($100.02) | ($10,002.00) | | | | | | | |
| | 1/31/2025 | 9.00 | ($100.04) | ($900.36) | | | | | | | |
| | 1/31/2025 | 100.00 | ($100.03) | ($10,003.00) | | | | | | | |
| | 1/31/2025 | 100.00 | ($100.02) | ($10,002.00) | | | | | | | |
| | 1/31/2025 | 37.00 | ($100.04) | ($3,701.48) | | | | | | | |
| | 1/31/2025 | 63.00 | ($100.04) | ($6,302.52) | | | | | | | |
| | 1/31/2025 | 100.00 | ($100.03) | ($10,003.20) | | | | | | | |
| | 1/31/2025 | 37.00 | ($100.04) | ($3,701.48) | | | | | | | |
| | 1/31/2025 | 271.00 | ($100.60) | ($27,262.60) | | | | | | | |
| | 1/31/2025 | 5.00 | ($100.50) | ($502.50) | | | | | | | |
| | 1/31/2025 | 23.00 | ($100.49) | ($2,311.27) | | | | | | | |
| | 1/31/2025 | 179.00 | ($100.60) | ($18,007.40) | | | | | | | |
| | 1/31/2025 | 150.00 | ($100.50) | ($15,075.00) | | | | | | | |
| | 1/31/2025 | 113.00 | ($100.60) | ($11,367.80) | | | | | | | |
| | 1/31/2025 | 160.00 | ($100.60) | ($16,096.00) | | | | | | | |
| | 1/31/2025 | 98.00 | ($100.60) | ($9,858.80) | | | | | | | |
| | 1/31/2025 | 1.00 | ($100.60) | ($100.60) | | | | | | | |
| | | 20,485.00 | | ($2,450,597.70) | | | | | | | |

*Settlement Date