UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSTON RETIREMENT SYSTEM,<br><br>   Plaintiff,<br><br>   v.<br><br>E.L.F. BEAUTY, INC., et al.,<br><br>   Defendants. | Case No. 25-cv-03167-JD<br><br>**JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

The Court respectfully requests that the Honorable Eumi K. Lee determine whether this case is related to *Rottman v. e.l.f. Beauty, Inc.*, Case No. 25-cv-02316. Civil L.R. 3-12(c).

**IT IS SO ORDERED.**

Dated: May 15, 2025

JAMES DONATO
United States District Judge