LATHAM & WATKINS LLP
  Michele D. Johnson (Bar No. 198298)
    *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: +1.714.540.1235

Colleen C. Smith (Bar No. 231216)
  *colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, CA 92130
Tel: +1.858.523.5400

Eric R. Swibel (*pro hac vice*)
  *eric.swibel@lw.com*
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700

Whitney B. Weber (Bar No. 281160)
  *whitney.weber@lw.com*
Daniel R. Gherardi (Bar No. 317771)
  *daniel.gherardi@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

*Attorneys for Defendants e.l.f. Beauty, Inc.,
Tarang P. Amin, and Mandy J. Fields*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE e.l.f. BEAUTY, INC. SECURITIES LITIGATION | CASE NO. 5:25-cv-02316-EKL |
| | **DECLARATION OF WHITNEY B. WEBER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS; MEMORANDUM OF POINTS AND AUTHORITIES** |
| | Date: February 11, 2026 |
| | Time: 10:00 A.M. |
| | Courtroom: Courtroom 7 – 4th Floor |
| | Judge: Hon. Eumi K. Lee |

I, Whitney B. Weber, hereby declare as follows:

1.    I am an attorney licensed to practice in the State of California, and a member of the Bar of this Court.  I am a partner at the law firm Latham & Watkins LLP, counsel of record for Defendants e.l.f. Beauty, Inc., Tarang P. Amin, and Mandy J. Fields (collectively, "Defendants") in this case.  I have personal knowledge of the facts stated below and, if called as a witness, I could and would testify competently thereto.

2.    I submit this declaration in support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint for Violations of the Federal Securities Laws.

3.    Attached hereto as **Exhibit 1** is a true and correct copy of e.l.f.'s Annual Report on Form 10-K for fiscal year 2024 ending March 31, 2024, which was filed with the United States Securities and Exchange Commission ("SEC") on May 23, 2024, and is publicly available at www.sec.gov.

4.    Attached hereto as **Exhibit 2** is a true and correct copy of an e.l.f. press release entitled "e.l.f. Beauty Announces Fourth Quarter and Full Fiscal 2023 Results," dated May 24, 2023, which is publicly available at https://investor.elfbeauty.com.

5.    Attached hereto as **Exhibit 3** is a true and correct copy of the transcript from e.l.f.'s November 1, 2023 earnings call discussing financial results for the second quarter of fiscal year 2024, which is publicly available from S&P Global Market Intelligence at https://marketintelligence.spglobal.com.

6.    Attached hereto as **Exhibit 4** is a true and correct copy of e.l.f.'s Quarterly Report on Form 10-Q for the second quarter of fiscal year 2024 ending September 30, 2023, which was filed with the SEC on November 2, 2023, and is publicly available at www.sec.gov.

7.    Attached hereto as **Exhibit 5** is a true and correct copy of the transcript from e.l.f.'s February 6, 2024 earnings call discussing financial results for the third quarter of fiscal year 2024, which is publicly available from S&P Global Market Intelligence at https://marketintelligence.spglobal.com.

8. Attached hereto as **Exhibit 6** is a true and correct copy of an e.l.f. press release entitled, "e.l.f. Beauty Announces Third Quarter Fiscal 2024 Results," dated February 6, 2024, which is publicly available at https://investor.elfbeauty.com.

9. Attached hereto as **Exhibit 7** is a true and correct copy of e.l.f.'s Quarterly Report on Form 10-Q for the third quarter of fiscal year 2024 ending December 31, 2023, which was filed with the SEC on February 7, 2024, and is publicly available at www.sec.gov.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the transcript from e.l.f.'s May 22, 2024 earnings call discussing financial results for the fourth quarter of fiscal year 2024, which is publicly available from S&P Global Market Intelligence at https://marketintelligence.spglobal.com.

11. Attached hereto as **Exhibit 9** is a true and correct copy of the transcript from e.l.f.'s August 8, 2024 earnings call discussing financial results for the first quarter of fiscal year 2025, which is publicly available from S&P Global Market Intelligence at https://marketintelligence.spglobal.com.

12. Attached hereto as **Exhibit 10** is a true and correct copy of an e.l.f. press release entitled, "e.l.f. Beauty Announces Second Quarter Fiscal 2025 Results," dated November 6, 2024, which is publicly available at https://investor.elfbeauty.com.

13. Attached hereto as **Exhibit 11** is a true and correct copy of the transcript from e.l.f.'s November 6, 2024 earnings call discussing financial results for the second quarter of fiscal year 2025, which is publicly available from S&P Global Market Intelligence at https://marketintelligence.spglobal.com.

14. Attached hereto as **Exhibit 12** is a true and correct copy of a Muddy Waters Research LLC report entitled, "e.l.f. Beauty, Inc.: A Revenue and Inventory Mystery," dated November 11, 2024, which is publicly available at https://muddywatersresearch.com/research /elf/mw-is-short-elf/ (the "Muddy Waters Report").

15. Attached hereto as **Exhibit 13** is a true and correct copy of an article detailing a Mad Money interview with e.l.f.'s CEO Tarang Amin, dated November 21, 2024, which is publicly available at https://www.cnbc.com/video/2024/11/21/elf-beauty-ceo-tarang-amin-goes-

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

WEBER DECL. ISO DEFENDANTS'
MOT. TO DISMISS CONSOL. COMPL
CASE NO. 5:25-cv-02316-EKL

one-on-one-with-jim-cramer.html.

16.    Attached hereto as **Exhibit 14** is a true and correct copy of certain Forms 4 related to transactions in e.l.f. stock by e.l.f.'s CEO Tarang Amin, which were filed with the SEC on February 7, 2024, April 19, 2024, June 7, 2024, and April 22, 2025, and are publicly available at www.sec.gov.

17.    Attached hereto as **Exhibit 15** is a true and correct copy of certain Forms 4 related to transactions in e.l.f. stock by CFO Mandy Fields, which were filed with the SEC on February 13, 2024, April 19, 2024, June 7, 2024, and April 22, 2025, and are publicly available at www.sec.gov.

18.    Attached hereto as **Exhibit 16** is a true and correct copy of the transcript from e.l.f.'s February 6, 2025 earnings call discussing financial results from the third quarter of fiscal year 2025, which is publicly available from S&P Global Market Intelligence at https://marketintelligence.spglobal.com.

19.    Attached hereto as **Exhibit 17** is a true and correct copy of an e.l.f. press release entitled, "e.l.f. Beauty Announced Fourth Quarter and Full Fiscal 2025 Results," dated May 28, 2025, which is publicly available at https://investor.elfbeauty.com.

20.    Attached hereto as **Exhibit 18** is a true and correct copy of e.l.f.'s historical stock price from February 7, 2024, to September 4, 2025, which was downloaded from Yahoo! Finance, and which is publicly available at https://finance.yahoo.com/quote/ELF.

21.    Attached hereto as **Exhibit 19** is a true and correct copy of an e.l.f. press release entitled, "e.l.f. Beauty Announces Fourth Quarter and Full Fiscal 2024 Results," dated May 22, 2024, which is publicly available at https://investor.elfbeauty.com.

22.    Attached hereto as **Exhibit 20** is a true and correct copy of an e.l.f. press release entitled, "e.l.f. Beauty Announces First Quarter Fiscal 2025 Results," dated August 8, 2024, which is publicly available at https://investor.elfbeauty.com.

23.    Attached hereto as **Exhibit 21** is a true and correct copy of e.l.f.'s Annual Report on Form 10-K for fiscal year 2025 ending March 31, 2025, which was filed with the SEC on May 29, 2025, and is publicly available at www.sec.gov.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

WEBER DECL. ISO DEFENDANTS'
MOT. TO DISMISS CONSOL. COMPL
CASE NO. 5:25-cv-02316-EKL

24.    Attached hereto as **Exhibit 22** is a true and correct copy of e.l.f.'s Quarterly Report on Form 10-Q for the first quarter of fiscal year 2025 ending June 30, 2024, which was filed with the SEC on August 9, 2024, and is publicly available at www.sec.gov.

25.    Attached hereto as **Exhibit 23** is a true and correct copy of an Oppenheimer & Co. Inc. analyst report entitled, "e.l.f. Beauty, Inc.: Quick Read: A Much Deeper Slowdown than Expected and a Disappointing Guide," dated February 6, 2025, which is publicly available at www.bloomberg.com.

26.    Attached hereto as **Exhibit 24** is a true and correct copy of a Barrons interview with e.l.f.'s CEO Tarang Amin entitled, "E.l.f.'s CEO on Affordable Makeup, Social Media, the Stock's Jump, and More," dated June 30, 2024, which is publicly available at https://www.barrons.com/articles.

27.    Attached hereto as **Exhibit 25** is a true and correct copy of e.l.f.'s Q3 Fiscal Year 2024 Earnings Webcast presentation, dated February 6, 2024, which is publicly available at https://investor.elfbeauty.com.

28.    Attached hereto as **Exhibit 26** is a true and correct copy of e.l.f.'s Q4 Fiscal Year 2024 Earnings Webcast presentation, dated May 22, 2024, which is publicly available at https://investor.elfbeauty.com.

29.    Attached hereto as **Exhibit 27** is a true and correct copy of e.l.f.'s Q1 Fiscal Year 2025 Earnings Webcast presentation, dated August 8, 2024, which is publicly available at https://investor.elfbeauty.com.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on September 5, 2025, in Mill Valley, California.


By:    /s/ *Whitney B. Weber*
         Whitney B. Weber

LATHAM&WATKINS<sub>LLP</sub>
ATTORNEYS AT LAW
SAN FRANCISCO

4

WEBER DECL. ISO DEFENDANTS'
MOT. TO DISMISS CONSOL. COMPL
CASE NO. 5:25-cv-02316-EKL