# Exhibit 12





Image created by ChatGPT 4o

# e.l.f. Beauty, Inc.

## A Revenue and Inventory Mystery



**As of the time and date of this report, Muddy Waters (defined below) is short the securities of, or derivatives linked to, e.l.f. Beauty, Inc. (the "Covered Issuer"). Upon publication, we intend to begin covering a substantial majority – possibly all – of our short positions. As we elaborate below, our risk reduction is not a reflection of a lack of conviction in our opinions or the facts presented; rather, it has to do with managing risk in a manner that is prudent for a fiduciary of our investors' money.**

This report has been published by Muddy Waters, LLC ("Muddy Waters Research" or "we" or "us"). Muddy Waters Research is under common control and affiliated with Muddy Waters Capital LLC ("Muddy Waters Capital"). Muddy Waters Research is an online research publication that produces due diligence-based reports on publicly traded securities, and Muddy Waters Capital LLC is an investment adviser registered with the U.S. Securities and Exchange Commission. This presentation is the property of Muddy Waters Research. Muddy Waters Research and Muddy Waters Capital, collectively their respective affiliates and related parties, including, but not limited to any principals, officers, directors, employees, members, clients, investors, consultants and agents, are referred herein to as "Muddy Waters".

Muddy Waters will continue transacting in the securities of Covered Issuer for an indefinite period after this report on the Covered Issuer, and we may be net short, net long or flat positions in the Covered Issuer's securities after the initial publication of this report, regardless of our initial position and views herein.

We are a "for profit" journalistic organization with a non-traditional revenue model – rather than accepting advertising money or subscriptions, we finance our journalism through taking positions in the securities of companies on which we report. This revenue model enables us to report in great depth on a limited number of investigations, and also entails our taking significant financial risk on behalf of ourselves and our clients. In order to manage risk, we must close open positions as we deem prudent. We do not provide "price targets", although we may express our opinion of what the security is worth. An opinion of the value of a security differs from a price target in that we do not purport to have any insight as to how the market as a whole might value a security – we can only speak for how we, ourselves, view its value. We therefore do not hold a position until it reaches a certain price target, nor do we hold positions until they reach the price at which we have expressed a valuation opinion. There are numerous factors that enter into investment decisions aside from opinions of the value of the security, including without limitation, the borrow cost of a shorted security, the potential for a "short squeeze", prudent risk sizing relative to capital and volatility, reduced information asymmetry, the opportunity cost of capital, client expectations, the ability to hedge market risk, our perception of the efficacy of market regulators and gatekeepers, our perception of the resource imbalance between us and Covered Issuers, and our moods and gut feelings. Therefore, you should assume that upon publication of this report, we will, or have begun to, close a substantial portion – possibly the entirety – of our positions in the Covered Issuer's securities.

We are not providing you with a recommendation to buy or sell securities of the Covered Issuer. We are articulating our reasons at the time of publication we have positions in the securities of the Covered Issuer.

We have no duty or obligation to update this report or update you on the size or direction of any position we hold in a Covered Issuer. We do not provide investment advice to any person, unless our affiliate has entered into an investment adviser-client relationship with that person in writing.

All information and opinions set forth herein are for informational purposes only. Under no circumstances should any information or opinions herein be construed as investment advice, as an offer to sell, or the solicitation of an offer to buy any securities or other financial instruments.

This report is opinion journalism. We are providing our journalistic opinions about issues of concern to the general public. The opinions, information, and reports set forth herein are solely attributable to Muddy Waters Research. Before making any investment decision, you should do your own research and due diligence before making any investment decision with respect to securities of or derivatives linked to the Covered Issuer.

This report represents the views of Muddy Waters Research only and is based on publicly available information. To the best of our knowledge, all information contained herein is accurate and reliable and has been obtained from publicly available sources that we believe to be accurate and reliable. The information presented herein is "as is," without warranty of any kind, whether express or implied. This report contains a large measure of analysis and opinion. All expressions of opinion are subject to change without notice.

By viewing and accessing this report, you further agree to the following terms of use:

Muddy Waters shall not be liable for any claims, losses, costs, or damages of any kind, including direct, indirect, punitive, exemplary, incidental, special or consequential damages, arising out of or in any way connected with this report. This limitation of liability applies regardless of any negligence or gross negligence of Muddy Waters. You accept all risks in relying on the information and opinions in this report.

You agree that any dispute between you and Muddy Waters arising from or related to this presentation shall be governed by the laws of the State of Texas, without regard to any conflict of law provisions. You knowingly and independently agree to submit to the personal and exclusive jurisdiction of the state and federal courts located in Austin, Texas and waive your right to any other jurisdiction or applicable law, given that Muddy Waters are based in Austin, Texas.

The failure of Muddy Waters to exercise or enforce any right or provision herein shall not constitute a waiver of such right or provision. If any provision of these terms of use is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the other provisions set forth herein, in particular as to this governing law and jurisdiction provision.

You agree and understand that, by the time you read this report, we may be covering or have already covered (i.e., bought back) our short position, and we are unlikely to increase our short positions unless it is in our financial interest to do so. You should not make any investment decision based your interpreted view of our positioning in the Covered Issuer's securities.

You agree that regardless of any statute or law to the contrary, any claim or cause of action arising out of or related to this presentation must be filed within one (1) year after the occurrence of the alleged harm that gave rise to such claim or cause of action, or such claim or cause of action be forever barred.

# From Where is ELF Getting the Product to Sell?



**Elf Products U.S. Revenue vs Imports**

Revenue ($ mm) / Imports (kg mm) chart by Quarter (FY 22 through FY 25)

Until the correlation broke in Q4 FY24, there was almost a 1:1 relationship between growth in imports and e.l.f. product U.S. sales:

- Import CAGR from FY22 to Q3 FY24 was 32.1%
- e.l.f. Product U.S. Revenue CAGR from FY22 to Q3 FY24 was 29.6%
- Import CQGR from Q1 FY21 through Q3 FY24 was 9.1%
- Elf Product U.S. Revenue CQGR from Q1 FY21 through Q3 FY24 was 9.5%

# e.l.f. Seems to Sell Product it Does Not Have



Muddy Waters is short e.l.f. Beauty, Inc. (ELF) because we believe it has materially overstated revenue over the past three quarters – possibly by ~$135 million to ~$190 million. We believe that in Q2 FY24, ELF management realized its growth narrative was in trouble as its inventory built. It appears that ELF then began reporting inflated revenue and profits. Its reported inventory also appears materially inflated as a result – i.e., to account for cash that has not really come in.

Understanding our revenue inflation thesis requires first looking at ELF's inventory accounts and data that track its imports. In Q2 FY24, as ELF's reported inventory was growing, ELF announced that a recent change to its sourcing practices was responsible for the sudden appearance of an additional $36.9 million of inventory. ELF claimed that it had just begun taking ownership of product on the China side, whereas previously its practice had been to take possession only upon delivery to its Ontario, California warehouse. This purported change supposedly blew out inventory because ELF was now including product on the water. We disagree.

ELF's claim it changed sourcing practices strikes us as categorically false. From speaking with a former China-side manager and three of ELF's largest suppliers, we understand that ELF's longstanding general practice was to take title to goods on the China side. Therefore, ELF's reported inventory build was seemingly due to insufficient sales – not a change in buying practices.  This also strongly indicates that ELF was deceiving its auditor at that point (if not earlier), which is a major red flag.

# We Believe ELF's Imports are the Best Data for Understanding End U.S. Demand



- Net-net substantially all e.l.f. product is made in China and ~80% of ELF's total products are sourced from China[1] – therefore, tracking U.S. imports should be the best data to understand end demand in the U.S. (Further, we understand that the product that ELF sells in Canada and Mexico is generally imported to the U.S. first and is distributed from the Ontario, CA warehouse.)

- We argue that because imports crashed, as of Q2 FY25, **ELF's inventory seems overstated by roughly 2x**

- Reconciling imports to inventory shows that ELF's reported **COGS from Q4 FY24 – Q2 FY25 are therefore likely significantly overstated**

- If COGS are overstated in this way, **then profits and sales must also be greatly overstated – over the preceding three quarters, possibly by hundreds of millions of dollars**

[1] Mandy Fields Q2 FY25 Earnings.

# How Can Inventory Build When Imports Plunge?





*(Chart titled "Reported Inventory Vs Imports" showing Reported Inventory ($ mm) and Imports (kg) across quarters Q1 FY 23 through Q2 FY 25.)*

# ELF's "Building Inventory" Party Line vs Imports





# **Raising Guidance While Planning to Decrease Purchasing**



ELF is likely placing its orders at least 90 days in advance of receiving product in the U.S. With imports plunging per our data starting in February 2024, this implies that ELF had greatly reduced its planned purchases by the time of its Q2 FY24 call on November 1, 2023

Yet, ELF serially raised guidance starting with this call – even as it was dropping its China purchase volumes by ~2/3:

- Q2 FY24 – raised FY24 organic net sales growth to 46% to 48% from 37% to 39%
- Q3 FY24 – raised FY24 net sales growth to 69% to 71% from 55% to 57%
- Q4 FY24 – gave FY25 net sales growth of 20% to 22%
- Q1 FY25 – raised FY25 net sales growth to 25% to 27% from 20% to 22%
- Q2 FY25 – raised FY25 net sales growth to 28% to 30% from 25% to 27%

# As of February 2024 (When Imports Were Down ~68% MoM), the Hype was In Full Swing





# ELF's Reported Inventory First Blew Out in Q2 FY24, Leading to a Likely False Material Statement



In Q2 FY24, ELF's reported inventory grew 50.2% QoQ, or $49.2 million. The prior quarter (Q1 FY24) saw ELF's imports grow QoQ 38.2%, and they stayed essentially flat (-2.1%) in Q2 FY24.

Q2 FY24 seems to be a turning point. We believe that ELF was having problems moving inventory and concocted an excuse for the inventory blowing out by claiming that a change in sourcing practices resulted in most of the reported inventory QoQ increase. As we show shortly, the following statement is highly likely false (emphasis added):

> "In addition approximately $37 million of the increase is the result of **taking ownership of inventory from China** when it ships versus when it enters our distribution center here in the US." - Many Fields, ELF Q2 FY24 Earnings Call Nov. 1, 2023

# ELF's Claimed Q2 FY24 Sourcing Change is Likely False, Rendering Inventory Accounting Unreliable



In Q2 FY24, ELF attributed $36.9 million of the increase in reported inventory to its purportedly new practice of taking title to goods in China, rather than upon delivery to its warehouse in California. A former ELF Shanghai manager who left before Q2 FY24 and is familiar with ELF's sourcing stated that ELF almost always took title in China and arranged its own shipping. On the next slide, we show that two of the three large ELF suppliers each stated that they do not have the capability to handle customs clearance in the U.S., so all U.S. customers take title in China; and, the third stated that while it could handle U.S. customs, they did not do so for ELF.

Below is an excerpt of the conversation with the former ELF Shanghai manager:

A: "[Product sales to ELF are] generally speaking, that's [Incoterms: Ex-Works ("EXW")], namely that the manufacturers provide a price to ELF only covering the product, production, etc. That's the commercial language. And sometimes elf will request the FOB, freight on board, to cover the shipment risk. But generally speaking, elf, they will cover all this, to US, but for the manufacturers, they are only responsible for the product production...'Ex-works' means just the factory door, the factory gate."

Q: ["FOB" will be delivery to a port or warehouse?]

A: "Freight on Board, they may report it just that the factory, the factory will provide to, deliver the product on the manufacturer, to manufacture factory, to the, you know, to the ship, onto the ship and after that, okay, this contract closed.  Then for the shipments to US that will be taken by elf."

Q:  "Were there ever times when factories were responsible for the shipment so doing like a CIF or a C&F to California or New York or overseas?"

A:  "Generally no, because if they do so, because the factory would be responsible for to declare the Customs to US. But it's not that easy for them to do. So that's why FOB is the general position that we're taking."

Q: "So was that ever a term they were using where the factories were responsible for the shipments, but not the clearance?"

A:  "Generally speaking no, but in some cases, just like in 2021 there's one case is that we cannot find other ship to US, so the factory has to rent a ship to deliver the product to us. But that's an urgent case.  Generally speaking, it is not about how they do so."

# Three Major Suppliers Echoed That ELF Has Long Handled its Own Importation and Clearance



Supplier A

Q: "You had some questions about Incoterms. I think, so normally, when you guys are shipping, you're shipping FOB, or do you ship C&F? Or what are your [shipping times]… you said it was six weeks?"

A: "Normally we were doing FOB."

Q: "Okay. Will you be able to ship to us and take over the duty, customs declaration?...Incoterms will be DDP [Incoterms: Delivery Duty Paid – seller responsibility]?"

A: At the moment that we don't have such an experience. But, yeah, we don't have much experience. Yeah, yeah, yeah.

Supplier B

A: "Yes, we don't do DDP for e.l.f. "

Q: "Oh, okay, I thought that's what you were saying."

A: "No. So not, other clients, okay, you know, like a medium size, like a small size, you know, clients, they prefer us to be a DDP, because for the big brands, they always have their own, you know, logistic, you know, key, handle everything. Sometimes I think they even sign the fixed rate contract with the steamboat carrier."

Supplier C

Q: [Do you arrange customs clearance in the U.S. or do your customers do it themselves?]

A: "Yeah, usually our customers, or we are clear, do the clearance at us by themselves. Yes."

Q: "Okay, so you do the duty clearance in US?"

A: "No, the customers will do it. Yeah. Okay."

Q: "So the price you provide is FOB price?"

A: "Yeah, so Shanghai FOB, FOB Ningbo, yeah...You know, How to say that, just like Chinese know the Chinese local culture, and I think the US people know the US regulation was the local laws. So, I think it, it will be better. It's the best way for the native or the local people to do."

# Are There Plausible Explanations Beside Overstatements?



- Is the import data flawed? If not, then import weights are substantially correct.
  - o A corollary question is whether ELF suddenly started using third parties as consignees, thus not appearing in its own name in the import data?

- If import weights are correct, has ELF's product mix suddenly shifted to imports that are much higher dollar value / kg than imports through Q3 FY24? If the product mix has not changed to one materially more valuable per kg and import weights are substantially correct, **then ELF seemingly must have significant overstatements in its Inventory, COGS, and Sales accounts**.



# Alternative Explanation #1: Is the Import Data Flawed?

Understanding the Import Data

# Our Import Data Explained



• We used the average amount (in kgs) of imports by month from two leading customs data services. (The data did not always match exactly, which was largely due to timing differences.) Each obtains U.S. import data from U.S. Customs and Border Protection ("USCBP"). A third source – a risk assessment platform – substantially corroborates the data from CY22 – CY24.

• The data includes the consigner, consignee, Harmonized Shipping Codes, number of pieces (cartons), and shipment weight (in kg). The weights come from the Bills of Lading, which need to be correct because shippers need to manage weight distribution to mitigate risk of accidents at sea.

• The data covers only ocean freight imports - it excludes air freight.

• A former manager at e.l.f. Shanghai knowledgeable about ELF's sourcing told us that ELF used airfreight during Covid, but largely stopped when supply chains normalized.

# The Data Sources are Largely Consistent



Import Data Services Monthly Comparison
Correlation Coefficient: 0.96

- The two import data services' independently obtained monthly data sets match closely.

- A separate risk assessment platform that also provides import data that substantially matches the other two data sets for CY 2022-2024.

# Validating the Import Data Through Human Sources



Despite the prima facie improbability that ELF could have been the victim of sudden serial under-reporting of imports over a nine-month period, we sought to validate the data through human sources. Posing as a potential buyer, we spoke with three of ELF's four largest suppliers in China. These suppliers accounted for over half of ELF's CY23 imports by weight. The import data shows that as a group, January through September 2024 shipments to ELF by weight are down ~60% YoY.

Note that ELF IR recently confirmed to an investor that ELF's **Tier 1 supplier relationships have not changed** over the past several years.

One of the suppliers stated that its shipments to ELF are down this calendar year because (emphasis added):

"...like [calendar 2023], [ELF] buil[t] quite some of the inventory. This [calendar] year they try to improve the performance of the supply chain, **so they significantly cut their inventory**, especially before the financial the year end, the financial annual report, and also for this [calendar] year. **They continue to cut the inventory holding at their side**."

# Corollary Question: Did ELF Start Using a Third-Party Consignee?



- The short answer is that ELF's official line is "no". ELF IR recently told an investor that ELF is handling substantially all imports from China itself, taking ownership in China.

- Logically, it would seemingly make no sense for ELF to begin using a third-party consignee, as that would seemingly add cost
  - The only plausible exception we can conjure would be if ELF were smuggling product into the U.S. to avoid paying the 25% duty

# Import Data Conclusions



- We are confident that the import data is substantially complete and accurate because:
  - Multiple independent databases substantially mirror each other
  - Three of ELF's four largest suppliers confirm what the import data show – that their exports to ELF have declined in CY24 (our data shows a decline of ~60% YTD for the group)

- We learned that ELF's claim its inventory grew by $36.9 million in Q2 FY24 because ELF changed its sourcing practices is most likely a false statement:
  - A former China manager familiar with ELF sourcing and three ELF suppliers confirm ELF has taken ownership in China for years
  - The real reason for the elevated inventory is likely a result of overstated revenue and profit



# Alternative Explanation #2: Has ELF's Product Mix Suddenly Shifted to Imports With Much Higher Dollar Values per kg than Prior Imports?

Three Methodologies Show that ELF's Most Recent Three Quarters of Imports are Not Materially More Valuable per kg than Prior Period Imports

# Analyzing Imported Inventory Value per Kg



• Using ELF's financials, disclosures, and some conservative estimates, we can estimate the portion of ELF's reported inventory balances and COGS attributable to products imported to the U.S. (see Appendix A for the detailed work)

• Once we have beginning and ending balances of imported inventory (i.e., ELF's products for sale in the U.S.) and their COGS – all based on reported financials, we can deduce the dollar value of imports baked into ELF's reported financials (Imports = Ending Balance - Beginning Balance + COGS)

• Then we divide the implied Imports ($ value) by the kgs imported. We use annual periods to minimize lumpiness due to timing differences.

# For ELF's Inventory Accounts to Reconcile, the Value per Kg of Imports Would Have Had to Increase ~150%



|  | Estimated Import Value ($ mm) | Imports (kg mm) | Value / kg |
|---|---|---|---|
| FY21 | 108.1 | 5.9 | $18.33 |
| FY22 | 148.6 | 7.0 | $21.23 |
| FY23 | 161.1 | 9.0 | $17.90 |
| FY24 | 293.9 | 14.3 | $20.55 |
| YTD FY25 | 124.9 | 2.4 | $52.04 |

# Suppliers' PRC Financials Confirm Our Calculated Range of Value / kg

We estimate ELF's COGS based on its having a 70% share of its suppliers' sales.[1]

At the right, we apply a 70% share to suppliers' CY22 and CY23 revenue. We add transportation costs of $1/kg[2] and a duty rate of 25%, yielding $20.0/kg in CY22 and $17.6/kg in CY23.

We sensitize to 60% and 80% shares:

- At 60%, the accumulated landed costs would be ~$17.3 in CY2022 and $15.2 in CY2023.
- At 80%, the accumulated landed costs would be ~$22.7 in CY2022 and $20.0 in CY2023.

**Top China Suppliers' FOB COGS based on SAIC revenues**

|  | 2022 | 2023 | |
|---|---|---|---|
| China Supplier A | 174,452,287 | 304,059,272 | |
| China Supplier B | 127,157,400 | 192,413,300 | |
| China Supplier C | 339,826,000 | 682,855,000 | |
| China Supplier D | 213,395,031 | 668,758,935 | |
| Sales in Rmb | 854,830,719 | 1,848,086,507 | a |
| 70% sales to ELF | 598,381,503 | 1,293,660,555 | b=a*70%* |
| | | | |
| FX | 0.149 | 0.141 | |
| Sales in US$ | 89,039,168 | 182,923,602 | c=b*FX |
| % of Sales ELF going to US | 90% | 90% | d |
| | | | |
| FOB US | 80,135,251 | 164,631,242 | e=e*d |
| Duty at 25% | 20,033,813 | 41,157,811 | f=e*25% |
| Total | 100,169,064 | 205,789,053 | g=e+f |

**Top China Suppliers' total exports to ELF by weight based on import data**

|  | 2022 | 2023 | |
|---|---|---|---|
| China Supplier A | 1,545,160 | 3,086,230 | |
| China Supplier B | 466,257 | 456,640 | |
| China Supplier C | 1,918,011 | 4,202,705 | |
| China Supplier D | 1,344,086 | 4,647,085 | |
| Total weight in KG | 5,273,514 | 12,392,660 | h |
| | | | |
| US$ per KG | 19.0 | 16.6 | i=g/h |
| Transportation costs | 1 | 1 | j |
| Inventory costs per SAIC | 20.0 | 17.6 | l=i+k |

\* Delivery costs include land and sea

\*\* According to Suppliers A & B, ELF accounted for ~60% to 70% were of sales. Supplier C would have more diversified customer base according to its porfolio Supplier D has other customers in China which provided ~$300m in rev. Therefore, 60-70% would be a reasonable for ELF's portion

[1] Based on discussions with the top China suppliers, we believe ELF accounts for approximately ~60-75% of their sales.
[2] Estimate ocean freight, import, and local delivery costs are based on avg loads per 40' container of 13.0-14.2k kgs in 2022-9 mos 20204.  Ocean freight rates varied significantly during these years . We use the averages of  $6.4k, $2.0k and $5.0k for the years 2022, 2023, and the 9 mos of 2024. To this we add customs broker fees and local delivery (drayage) of $1,000/shipment and find the logistics costs come in between $0.22 to $0.57/kg.  To be conservative, in our estimate we use $1/kg.

# Three Methodologies Confirm ELF's Q4 FY24 – Q2 FY25 Import Values per kg Were Consistent With Those of Prior Periods



1. <u>Comparing CY24 to CY23 SKU GMV</u>: We looked at GMV by SKU provided by a leading consumer data analytics service (not Nielsen), and found that new for CY24 SKU contribution to GMV would not have caused imported inventory value / kg to materially increase

2. <u>Product Mix Sampling</u>:  We selected a product mix consisting of over 70% of the GMV sold at the top retailer in autumn 2024 (per analytics), individually weighed them, and calculated a weighted average weight based the top selling products' unit weight including packaging. **The result is $18.1 / kg**

   o However, a much simpler way to use the analytics also tells us that value per kg could not have significantly changed – the analytics tell us that new for CY24 SKUs comprise less than 5% of tracked GMV

3. Data provided by a top ELF supplier supports **a valuation of $19.5 / kg**

# Method 1: Comparing CY24 and CY23 SKU GMVs



We used consumer purchase data to identify and compare top SKUs' contributions to GMV between CY23 and CY24. We obtained a list of ~400 ELF SKUs collected by a consumer data provider (not Nielsen) across both CY23 and CY24.  The data included the GMV contribution and number of units sold.

• In CY24, only 66 of CY23's SKUs disappeared, which equaled just 0.14% of total CY23 GMV estimated by the data provider. In other words, the SKUs that comprised ~99% of tracked GMV in CY23 are still being sold in tracked channels (retail and online) in CY24.

• 40 new SKUs in CY24 have contributed 4.8% total GMV in CY24, with 5 of these 40 new SKUs contributing 4.5% of the total tracked CY24 GMV.

• CY 2024's top 50 SKUs contributed over 70% of total GMV in CY24 and 62% of GMV in CY23.

## Based on these analytics, new for CY24 SKUs appear highly unlikely to have materially impacted imported inventory value / kg



# Method 2: Product Mix Sampling:

1.  We selected the top selling products (as identified by the consumer data analytics provider, which is not Nielsen) that tracks sales at major retailers including Target, ULTA, Walmart and Amazon.

2.  We purchased a basket of products representing over 70% of the autumn 2024 GMV sold by one ELF's largest customers (per the analytics data) and individually weighed the units in their packaging.

3.  We use ELF's disclosed $6.5 retail ASP.[1]

4.  We then calculated the weighted average import value per kg by deducting the estimated retailer gross margin of 50%[2], then deducting ELF's disclosed gross margin of ~70%, which yields a per unit cost of $0.98.

5.  The table on the following slide shows the actual weights and their corresponding weighted average unit weight, which was in-line with historical averages at **$18.1/kg. This is well below the ~$52/kg needed to plug the import gap**.

---

[1] Elf's retail ASP is disclosed in the quarterly earnings calls.
[2] The average retailer margin was provided by industry experts with whom we spoke.  The individual retailers target margins will vary with largest retailers typically being the lowest (~40%) and drug stores typically being the highest (55-60%).

# Method 2: Constructing the Basket



The table below covers 50 top selling SKUs and ~74% of GMV in autumn 2024 (per analytics). The weighted average unit weight is 53.8g, which equates to 18.6 units / kg. At an avg cost / unit of 0.98[1], the resulting value is $18.1/kg.

| SKUs | % of GMV | Actual weight w/ package (g) | Weighted Ave Unit Weight | SKUs | % of GMV | Actual weight w/ package (g) | Weighted Ave Unit Weight |
|---|---|---|---|---|---|---|---|
| Glow Reviver Lip Oil - 0.25 fl oz | 10.0% | 35 | 3.5 | Instant Lift Waterproof Brow Pencil - 0.008oz | 1.0% | 10 | 0.1 |
| Power Grip Primer - Clear 0.811 fl oz | 3.9% | 44 | 1.7 | Halo Glow Contour Beauty Wand Foundation - 0.33 fl oz | 1.0% | 20 | 0.2 |
| Hydrating Camo Concealer - 0.203 fl oz | 3.7% | 34 | 1.2 | Clear Brow & Lash Mascara Crystal - .08 fl oz | 1.0% | 19 | 0.2 |
| Power Grip Dewy Setting Spray - 2.7 fl oz | 3.4% | 112 | 3.8 | SKIN Blemish Breakthrough Stick It to Zits Pimple Patch | 0.9% | 13 | 0.1 |
| Power Grip Primer + 4% Niacinamide - 0.811 fl oz | 2.6% | 112 | 2.9 | Lash N' Roll Mascara - 0.32 oz | 0.9% | 24 | 0.2 |
| Pout Clout Lip Plumping Pen - 0.07oz | 2.5% | 18 | 0.4 | Halo Glow Blush Beauty Wand - 0.33 fl oz | 0.9% | 20 | 0.2 |
| Instant Lift Brow Pencil - 0.006oz | 2.1% | 8 | 0.2 | HD Loose Powder - 0.28oz | 0.8% | 63 | 0.5 |
| SKIN Bronzing Drops - 1 fl oz | 2.0% | 51 | 1.0 | Holy Hydration Face Cream Fragrance Free - 1.8oz | 0.7% | 155 | 1.1 |
| Halo Glow Liquid Filter Highlighter - 1.06 fl oz | 2.0% | 141 | 2.8 | Putty Primer - 0.74oz | 0.7% | 57 | 0.4 |
| Halo Glow Liquid Filter - 1.06 fl oz | 1.9% | 141 | 2.7 | Liquid Poreless Putty Primer - 0.94 fl oz | 0.7% | 42 | 0.3 |
| SKIN Holy Hydration Makeup Melting Cleansing Balm | 1.8% | 108 | 2.0 | Daily Hydration Moisturizer - 2.53 fl oz | 0.7% | 103 | 0.7 |
| Camo Liquid Blush - 0.13 fl oz | 1.8% | 31 | 0.6 | Stay All Night Blue Light Micro-Setting Mist - 2.7 fl o | 0.7% | 116 | 0.8 |
| Stay All Night Micro-Fine Setting Mist - Light Green - 2.7 fl oz | 1.7% | 116 | 2.0 | Halo Glow Loose Setting Powder - 0.24oz | 0.6% | 65 | 0.4 |
| Squeeze Me Lip Balm - 0.21oz | 1.7% | 12 | 0.2 | Hydrating Core Lip Shine Makeup - 0.09oz | 0.6% | 15 | 0.1 |
| Camo CC Cream - 1.05oz | 1.5% | 55 | 0.9 | Eyelash Curler | 0.6% | 38 | 0.2 |
| 16HR Camo Concealer - 0.203 fl oz | 1.5% | 35 | 0.5 | Holy Hydration! Broad Spectrum Sunscreen Face Cream SPF 35 | 0.6% | 155 | 0.9 |
| Makeup Power Grip Face Primer - 0.811 fl oz | 1.4% | 44 | 0.6 | SKIN Suntouchable Invisible Sunscreen - SPF 35 - 1.7 fl | 0.6% | 64 | 0.4 |
| Brow Laminating Gel - 0.27oz | 1.4% | 24 | 0.3 | Camo Concealer Corrector - 0.09 fl oz | 0.6% | 20 | 0.1 |
| SKIN Suntouchable Whoa Glow Sunscreen & Primer - SPF 30 - 1.69 fl oz | 1.3% | 73 | 0.9 | Instant Lift Brow Pencil Set - Neutral Brown - 2pc - 0. | 0.6% | 17 | 0.1 |
| Pro Eyelash Curler 84067 | 1.2% | 38 | 0.4 | Total Face Sponge | 0.6% | 14 | 0.1 |
| Lash XTNDR Tubing Mascara - 0.25oz | 1.1% | 24 | 0.3 | Squeeze Me Lip Balm - Vanilla Frosting - 0.21oz | 0.5% | 12 | 0.1 |
| No Budge Retractable Eyeliner - 0.006 oz | 1.1% | 9 | 0.1 | Perfect Finish HD Pressed Powder - Clear - 0.28oz | 0.5% | 68 | 0.4 |
| Brow Lift Gel - Clear - 0.31oz | 1.1% | 33 | 0.3 | Holy Hydration! Face Cream - 1.8oz | 0.5% | 155 | 0.7 |
| Glossy Lip Stain - 0.1 fl oz | 1.0% | 24 | 0.3 | Triple Bounce Serum Face Moisturizers - 1.0 fl oz | 0.5% | | 0.0 |
| Instant Lift Waterproof Brow Pencil - 0.008oz | 1.0% | 10 | 0.1 | Halo Glow Powder Puff | 0.5% | 8 | 0.0 |

[1] The average cost per unit is calculated as $6.5 ASP * 50% retailer margin * 70% gross margin

# Method 2: Here's Our Sample Basket



Estimated weighted average value: $18.1/kg

Note: several products in the sample basket have sister SKUs with near identical packaging, volumes, and weights. In such case, in the preceding table the weight for one sister SKU was used for another.

# Method 3: Obtaining Product Data from an ELF Supplier



One of ELF's suppliers sent us a sample list of products with shipping volumes and weights'. The images of these products often showed them in ELF-identical packaging, meaning they are likely substantially identical to products it sells ELF. Again using the analytics, over 50% of the products in the supplier's list seem to be among the top-selling autumn 2024 SKUs.

Using the shipping volumes and weights provided by the supplier, we applied ELF's blended rough cost per product ($6.50 ASP – 50% retailer margin – 71% COGS)

**We arrive at a value / kg of $19.5, which is far below the ~$52 / kg value needed to plug the import gap**

# Conclusion: There Could be a ~$98 million to $133 million Hole in ELF's Inventory Account



Because ELF's imported inventory values should have remained roughly constant, if we start reconciling inventory from Q3 FY24, which we'll assume is not overstated, we see a hole quickly build  (see Appendix A for more detail on estimating e.l.f. product U.S. Inventory).

| | $ 22.00 | Q3 FY24 | Q4 FY24 | Q1 FY25 | Q2 FY25 | $ 18.00 | Q3 FY24 | Q4 FY24 | Q1 FY25 | Q2 FY25 |
|---|---|---|---|---|---|---|---|---|---|---|
| Assumed $ / kg | | | | | | | | | | |
| Est. Reported Beg Elf U.S. Inventory ($) - See Appendix A | | 87.3 | 134.3 | 101.0 | 58.3 | | 87.3 | 114.8 | 75.0 | 27.7 |
| Est. Beg Elf Product U.S. Inventory (mm kg) | | 4.0 | 6.1 | 4.6 | 2.6 | | 4.9 | 6.4 | 4.2 | 1.5 |
| + Imports | | 4.9 | 1.6 | 1.1 | 1.2 | | 4.9 | 1.6 | 1.1 | 1.2 |
| - Estimated Elf Product U.S. COGS | | (2.7) | (3.1) | (3.1) | (2.7) | | (3.3) | (3.8) | (3.8) | (3.2) |
| Ending Calculated Elf Product U.S. Inventory (mm kg) | | 6.1 | 4.6 | 2.6 | 1.2 | | 6.4 | 4.2 | 1.5 | (0.5) |
| Reconverted to $ | | 134.3 | 101.0 | 58.3 | 27.0 | | 114.8 | 75.0 | 27.7 | (8.5) |
| + Naturium Inventory | | 25.0 | 26.0 | 26.0 | 26.0 | | 25.0 | 26.0 | 26.0 | 26.0 |
| + Seaborne Inventory | | 27.7 | 7.8 | 23.0 | 36.9 | | 27.7 | 7.8 | 23.0 | 36.9 |
| + Estimated International Inventory | | 31.6 | 31.4 | 32.7 | 51.1 | | 31.6 | 31.4 | 32.7 | 51.1 |
| Ending Calculated Total Inventory | | 218.6 | 166.2 | 139.9 | 141.0 | | 199.1 | 140.2 | 109.3 | 105.5 |
| Reported Total Inventory | | 204.5 | 191.5 | 199.6 | 238.8 | | 204.5 | 191.5 | 199.6 | 238.8 |
| Potential Inventory Overstatement ($) | | (14.1) | 25.3 | 59.6 | 97.8 | | 5.4 | 51.3 | 90.2 | 133.3 |
| Delta | | -6.4% | 15.2% | 42.6% | 69.3% | | 2.7% | 36.6% | 82.6% | 126.4% |



# From Q4 FY24 through Q2 FY25, ELF Could Have Overstated Revenue by ~$138 mm to $188 mm

# Estimating Revenue Overstatement



1. We assume that the cumulative overstatement of inventory is a plug to offset overstated gross profits (i.e., overstated sales minus the corresponding overstated COGS)

2. We therefore divide the estimated Q2 FY25 overstated inventory amount, which is a cumulative number, by ELF's reported gross margin of 71%. This provides the implied overstated revenue

| | $22 / kg | $18 / kg |
|---|---|---|
| Import Value Assumption | | |
| Potential Inventory Overstatement ($ mm) | 97.8 | 133.3 |
| Implied Revenue Overstatement at 71% GM ($ mm) | 137.7 | 187.8 |



# "Show Me the Incentive and I'll Show You the Outcome"

\-  Charlie Munger

# Sales Growth is the Key Equity Comp Metric



The correlation between achievement of each of our net sales CAGR and Adjusted EBITDA CAGR goals and the corresponding achievement factor is as follows:

**FY 2024 PSU Achievement Factor Correlation to Performance**

| net sales CAGR | net sales CAGR achievement factor[1] | adjusted EBITDA CAGR | adjusted EBITDA CAGR achievement factor[1] |
|---|---|---|---|
| below target | 0 | below target | 0 |
| target | 1 | target | 1 |
| maximum | 2 | maximum | 2 |

(1) The achievement factors correspond, on a linear basis, to performance between target and maximum level.

A visual depiction of the calculation of the payout for the FY 2024 PSUs is shown below:



(1)    For purposes of calculating the payout percentage, the achievement factors are converted to a percentage (e.g. an achievement factor of 1 equals 100%, etc.).



# Insider Stock Sales Have Picked Up Significantly

- CEO Tarang Amin's average monthly share sales from (and including) January 2023 through June 2023 – just before the purported inventory accounting change was made – were $4.3 million

- From (and including) July 2023 through September 2024, his average monthly share sales were $7.5 million

- CFO Mandy Fields' average monthly share sales from (and including) December 2020 through June 2023 were $300K

- From (and including) July 2023 through September 2024, her average monthly share sales were $1.1 million



# Appendix A

Estimating e.l.f. product inventory in the U.S. baked into ELF's reported financials

# Estimating How Much of Reported Inventory Would be Elf Product in the U.S.



• ELF sells products overseas, which presumably would not be imported into the U.S., thereby not being captured by our import databases. We therefore need to estimate the amount of inventory ELF holds outside the U.S. to arrive at the portion of reported inventory that covers ELF products in the U.S.

• In Q3 FY24, ELF acquired Naturium, which sells products made in the U.S. Therefore, imports should not impact this inventory. ELF disclosed the Naturium inventory levels for Q3 FY24 through Q1 FY25, leaving us to estimate only Q2 FY25 Naturium inventory.

• In Q2 FY24, ELF announced a change to its inventory accounting whereby it purported to have suddenly begun taking title to inventory in China – i.e., purchasing FOB Origin (Free on Board) or EXW (Ex-Works). We exclude these amounts. Elf disclosed the in-transit inventory amounts from Q2 FY24 through Q1 FY25, leaving us to estimate only Q2 FY 25 in-transit inventory. (We discussed earlier that we understand ELF generally always purchased EXW or FOB Origin, and that this supposed change is therefore a significant red flag.)

# Step 1: Estimating Total U.S. & In-Transit Inventory



- We assume that international inventory is proportional at the end of each period to the percentage of international revenue during the period.

- We assume that the gross margin on international sales is the same as in the U.S., which means that we assume that COGS as a percentage of revenue for a given period is the same overseas as in the U.S.

| | Q1 FY24 | Q2 FY24 | Q3 FY24 | Q4 FY24 | Q1 FY25 | Q2 FY25 |
|---|---|---|---|---|---|---|
| Reported Inventory | 98.1 | 147.2 | 204.5 | 191.5 | 199.6 | 238.8 |
| International % of Sales | 13% | 16% | 15% | 16% | 16% | 21% |
| Estimated International Inventory | 12.6 | 23.0 | 31.6 | 31.4 | 32.7 | 51.1 |
| Estimated Total U.S. & In-Transit Inventory | 85.5 | 124.2 | 172.9 | 160.1 | 166.9 | 187.7 |



# Step 2: Eliminating Naturium and In-Transit

- Through Q1 FY25, there is no additional guesswork because ELF disclosed Naturium and in-transit inventory dollar amounts (see Appendix B). We think the fact that ELF ceased disclosing these metrics in Q2 FY25 is also a red flag because this coincides with inventory reporting becoming hugely questionable (as we show later).

- For Q2 FY25, Naturium was set to the Q1 FY25 level; in-transit was set to the Q2 FY24 level.

| | Q1 FY24 | Q2 FY24 | Q3 FY24 | Q4 FY24 | Q1 FY25 | Q2 FY25 |
|---|---|---|---|---|---|---|
| Estimated Total U.S. & In-Transit Inventory | 85.5 | 124.2 | 172.9 | 160.1 | 166.9 | 187.7 |
| - Naturium | 0.0 | 0.0 | (25.0) | (26.0) | (26.0) | (26.0) |
| - In-Transit | 0.0 | (36.9) | (27.7) | (7.8) | (23.0) | (36.9) |
| Estimated Elf Product Inventory in U.S. | 85.5 | 87.3 | 120.2 | 126.3 | 117.9 | 124.8 |

# Estimated Reported Import Values by Period



| | Estimated End Inventory ($ mm) | - Estimated Beg Inventory ($ mm) | + Estimated COGS ($ mm) | = Estimated Import Value ($ mm) |
|---|---|---|---|---|
| Q1 FY21 | 47.3 | 41.7 | 19.0 | 24.6 |
| Q2 FY21 | 56.7 | 47.3 | 22.2 | 31.6 |
| Q3 FY21 | 61.2 | 56.7 | 28.1 | 32.6 |
| Q4 FY21 | 50.4 | 61.2 | 30.2 | 19.4 |
| Q1 FY22 | 48.3 | 50.4 | 31.1 | 29.0 |
| Q2 FY22 | 68.0 | 48.3 | 30.0 | 49.7 |
| Q3 FY22 | 75.9 | 68.0 | 30.1 | 38.0 |
| Q4 FY22 | 74.6 | 75.9 | 33.2 | 31.9 |
| Q1 FY23 | 61.5 | 74.6 | 34.6 | 21.5 |
| Q2 FY23 | 72.6 | 61.5 | 38.2 | 49.3 |
| Q3 FY23 | 70.7 | 72.6 | 41.6 | 39.7 |
| Q4 FY23 | 70.7 | 70.7 | 50.6 | 50.6 |
| Q1 FY24 | 85.5 | 70.7 | 55.6 | 70.4 |
| Q2 FY24 | 87.3 | 85.5 | 53.3 | 55.2 |
| Q3 FY24 | 120.2 | 87.3 | 60.2 | 93.1 |
| Q4 FY24 | 126.3 | 120.2 | 69.2 | 75.3 |
| Q1 FY25 | 117.9 | 126.3 | 68.0 | 59.6 |
| Q2 FY25 | 124.8 | 117.9 | 58.4 | 65.3 |



# Our Import Data in Kgs

We obtained import data from two major platforms and calculated average quarterly imported data by weight in kgs.

| Date | | Import Weight KG |
|---|---|---|
| FY2021 Q1 | 2020 Q2 | 1,438,241 |
| FY2021 Q2 | 2020 Q3 | 2,114,467 |
| FY2021 Q3 | 2020 Q4 | 1,531,026 |
| FY2021 Q4 | 2021 Q1 | 795,548 |
| FY2022 Q1 | 2021 Q2 | 1,286,591 |
| FY2022 Q2 | 2021 Q3 | 2,172,160 |
| FY2022 Q3 | 2021 Q4 | 2,053,004 |
| FY2022 Q4 | 2022 Q1 | 1,464,596 |
| FY2023 Q1 | 2022 Q2 | 1,435,854 |
| FY2023 Q2 | 2022 Q3 | 2,455,770 |
| FY2023 Q3 | 2022 Q4 | 2,225,095 |
| FY2023 Q4 | 2023 Q1 | 2,841,381 |
| FY2024 Q1 | 2023 Q2 | 3,927,875 |
| FY2024 Q2 | 2023 Q3 | 3,843,966 |
| FY2024 Q3 | 2023 Q4 | 4,871,856 |
| FY2024 Q4 | 2024 Q1 | 1,636,552 |
| FY2025 Q1 | 2024 Q2 | 1,147,539 |
| FY2025 Q2 | 2024 Q3 | 1,236,289 |

# SEC filings used to calculate the inventory balance, sales, and cost of ELF's brand in the US*



| Fiscal period | Calander period | Reported Revenue $mm a | Reported COGS $mm b | Calculated Cost ratio c=b/a | Reported Inventory $mm d | Reported US sales $mm e | Calculated Sales US% f=e/a | Reported/calc Naturium sales $mm (i) g | Reported Naturium Inventory bal $mm (ii) h | Reported Inventory 'on the water' $mm (iii) i | Calculated Inventory in US excl N $mm j=d*f-h-i | Calculated US sales excl Naturium $mm k=e-g | Calculated Cost US $mm l=c*k | Calculated International sales $mm m=a-e | Calculated International Inventory bal $mm n=d-h-i-j |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FY2020 Q2 | 2019 Q3 | 67.6 | 24.3 | 36% | 50.9 | 59.7 | 88% | | | | 44.9 | 59.7 | 21.4 | 7.9 | 5.9 |
| FY2020 Q3 | 2019 Q4 | 80.8 | 28.2 | 35% | 48.4 | 74.3 | 92% | | | | 44.5 | 74.3 | 26.0 | 6.5 | 3.9 |
| FY2020 Q4 | 2020 Q1 | 74.7 | 26.6 | 36% | 46.2 | 67.5 | 90% | | | | 41.7 | 67.5 | 24.1 | 7.2 | 4.5 |
| FY2021 Q1 | 2020 Q2 | 64.5 | 21.2 | 33% | 52.8 | 57.9 | 90% | | | | 47.3 | 57.9 | 19.0 | 6.6 | 5.4 |
| FY2021 Q2 | 2020 Q3 | 72.4 | 25.2 | 35% | 64.5 | 63.7 | 88% | | | | 56.7 | 63.7 | 22.2 | 8.7 | 7.7 |
| FY2021 Q3 | 2020 Q4 | 88.6 | 31.4 | 36% | 68.6 | 79.1 | 89% | | | | 61.2 | 79.1 | 28.1 | 9.5 | 7.4 |
| FY2021 Q4 | 2021 Q1 | 92.7 | 34.1 | 37% | 56.8 | 82.2 | 89% | | | | 50.4 | 82.2 | 30.2 | 10.5 | 6.4 |
| FY2022 Q1 | 2021 Q2 | 97.0 | 35.1 | 36% | 54.5 | 86.0 | 89% | | | | 48.3 | 86.0 | 31.1 | 11.1 | 6.2 |
| FY2022 Q2 | 2021 Q3 | 91.9 | 33.9 | 37% | 76.8 | 81.4 | 89% | | | | 68.0 | 81.4 | 30.0 | 10.5 | 8.8 |
| FY2022 Q3 | 2021 Q4 | 98.1 | 33.8 | 34% | 85.2 | 87.4 | 89% | | | | 75.9 | 87.4 | 30.1 | 10.8 | 9.3 |
| FY2022 Q4 | 2022 Q1 | 105.1 | 37.6 | 36% | 84.5 | 92.8 | 88% | | | | 74.6 | 92.8 | 33.2 | 12.3 | 9.9 |
| FY2023 Q1 | 2022 Q2 | 122.6 | 39.6 | 32% | 70.3 | 107.1 | 87% | | | | 61.5 | 107.1 | 34.6 | 15.5 | 8.9 |
| FY2023 Q2 | 2022 Q3 | 122.3 | 42.8 | 35% | 81.3 | 109.3 | 89% | | | | 72.6 | 109.3 | 38.2 | 13.1 | 8.7 |
| FY2023 Q3 | 2022 Q4 | 146.5 | 47.8 | 33% | 81.3 | 127.5 | 87% | | | | 70.7 | 127.5 | 41.6 | 19.1 | 10.6 |
| FY2023 Q4 | 2023 Q1 | 187.4 | 58.2 | 31% | 81.3 | 162.9 | 87% | | | | 70.7 | 162.9 | 50.6 | 24.5 | 10.6 |
| FY2024 Q1 | 2023 Q2 | 216.3 | 63.8 | 29% | 98.1 | 188.6 | 87% | | | | 85.5 | 188.6 | 55.6 | 27.7 | 12.6 |
| FY2024 Q2 | 2023 Q3 | 215.5 | 63.1 | 29% | 147.2 | 181.9 | 84% | | | 36.9 | 87.3 | 181.9 | 53.3 | 33.7 | 23.0 |
| FY2024 Q3 | 2023 Q4 | 270.9 | 79.0 | 29% | 204.5 | 229.1 | 85% | 16.2 | 25.0 | 27.7 | 120.2 | 212.9 | 62.1 | 41.8 | 31.6 |
| FY2024 Q4 | 2024 Q1 | 321.1 | 93.9 | 29% | 191.5 | 268.5 | 84% | 31.8 | 26.0 | 7.8 | 126.3 | 236.7 | 69.2 | 52.6 | 31.4 |
| FY2025 Q1 | 2024 Q2 | 324.5 | 93.2 | 29% | 199.6 | 271.4 | 84% | 34.6 | 26.0 | 23.0 | 117.9 | 236.8 | 68.0 | 53.1 | 32.7 |
| FY2025 Q2 | 2024 Q3 | 301.1 | 87.0 | 29% | 238.8 | 236.7 | 79% | 34.5 | 26.0 | 36.9 | 124.8 | 202.2 | 58.4 | 64.4 | 51.1 |

Sources: (i),(ii),(iii) SEC filings and/or earnings call transcripts

(ii), (iii): In 2FQ 2025 Elf did not disclose inventory information for Naturium or inventory 'on the water' compared to the prior year, inventory adjustments assume impacts were immaterial, is assumed to be the same as the prior year

* Excluding Naturium's sales and inventory balances, overseas sales and inventory balances, and inventory in-transit ('on the water').

# Calculation of the value per weight of imported products



| Date | | Import Weight KG | Import $mm | Import value by weight $ per KG | Total Weight KG | Total Value $mm | Avg $ per KG |
|---|---|---|---|---|---|---|---|
| FY2021 Q1 | 2020 Q2 | 1,438,241 | 24.60 | 17.1 | | | |
| FY2021 Q2 | 2020 Q3 | 2,114,467 | 31.59 | 14.9 | | | |
| FY2021 Q3 | 2020 Q4 | 1,531,026 | 32.55 | 21.3 | | | |
| FY2021 Q4 | 2021 Q1 | 795,548 | 19.40 | 24.4 | 5,879,282 | 108 | 18.4 |
| FY2022 Q1 | 2021 Q2 | 1,286,591 | 29.04 | 22.6 | | | |
| FY2022 Q2 | 2021 Q3 | 2,172,160 | 49.73 | 22.9 | | | |
| FY2022 Q3 | 2021 Q4 | 2,053,004 | 37.95 | 18.5 | | | |
| FY2022 Q4 | 2022 Q1 | 1,464,596 | 31.89 | 21.8 | 6,976,351 | 149 | 21.3 |
| FY2023 Q1 | 2022 Q2 | 1,435,854 | 21.51 | 15.0 | | | |
| FY2023 Q2 | 2022 Q3 | 2,455,770 | 49.35 | 20.1 | | | |
| FY2023 Q3 | 2022 Q4 | 2,225,095 | 39.66 | 17.8 | | | |
| FY2023 Q4 | 2023 Q1 | 2,841,381 | 50.66 | 17.8 | 8,958,100 | 161 | 18.0 |
| FY2024 Q1 | 2023 Q2 | 3,927,875 | 70.36 | 17.9 | | | |
| FY2024 Q2 | 2023 Q3 | 3,843,966 | 55.14 | 14.3 | | | |
| FY2024 Q3 | 2023 Q4 | 4,871,856 | 93.12 | 19.1 | | | |
| FY2024 Q4 | 2024 Q1 | 1,636,552 | 75.34 | 46.04 | | | |
| FY2025 Q1 | 2024 Q2 | 1,147,539 | 59.59 | 51.93 | | | |
| FY2025 Q2 | 2024 Q3 | 1,236,289 | 65.34 | 52.85 | | | |

Beginning in Q4FY24, the import value on a $/kg basis suddenly increased by over 2x, far exceeding from both the historical norm and a reasonable range.



# Appendix B

ELF's disclosures regarding the dollar values of ELF brand inventory in-transit and Naturium's inventory



# Q2 FY2024 10-Q and Earnings Call:

- $36.9 million of Elf product inventory is in-transit (i.e. 'on the water').
- This increase reflects "a change in certain vendor arrangements where we [ELF] now take ownership of inventory at shipment from China versus when it enters our U.S. distribution center.[1]

> *Cash provided by operating activities*
>
> For the six months ended September 30, 2023, net cash provided by operating activities was $51.3 million. This included net income as adjusted for depreciation, amortization and other non-cash items of $120.2 million, partially offset by an increase in operating assets and liabilities as shown on the statement of cash flows of $68.9 million. The increase in operating assets and liabilities was primarily driven by a $65.9 million increase in inventory. The increase was reflective of building inventory to support net sales growth, as well as $36.9 million related to a change in certain vendor arrangements where we now take ownership of inventory at shipment from China versus when it enters our U.S. distribution center. Additional changes to assets and liabilities include a $27.1 million increase in prepaid expense and other assets, an $18.8 million increase in accounts receivable, and a $2.3 million decrease related to other liabilities, partially offset by a $45.1 million increase in accounts payable and accrued expenses.

Our ending inventory balance was $147 million, in line with our expectations and up from $81 million a year ago. The difference is a combination of two things. As we said last quarter, we plan to build back our inventory levels through fiscal '24 to support the strong consumer demand we're seeing. **In addition, approximately $37 million of the increase is the result of taking ownership of inventory from China when it ships versus when it enters our distribution center here in the U.S.**

- Mandy Fields, CFO

[1] ELF Beauty, 2Q FY2024, 10-Q, p. 21



# Q3 FY2024 10-Q and Earnings Call:

- $27.7 million of Elf product inventory is in-transit (i.e. 'on the water').
- The Naturium acquisition added $25 million (total) to the company's total inventory.

*Cash provided by operating activities*

For the nine months ended December 31, 2023, net cash provided by operating activities was $34.1 million. This included net income as adjusted for depreciation, amortization and other non-cash items of $167.2 million, and payment of acquisition-related seller expenses of $10.5 million in connection with the Acquisition, partially offset by an increase in operating assets and liabilities as shown on the statement of cash flows of $122.5 million. The increase in operating assets and liabilities was primarily driven by a $106.9 million increase in inventory. The increase was reflective of building inventory to support net sales growth, as well as $8.7 million related to Naturium inventory, and $27.7 million related to a change in certain vendor arrangements where we now take ownership of inventory at shipment from China versus when it enters our U.S. distribution center. Additional changes to assets and liabilities include a $50.7 million increase in prepaid expense and other assets, a $45.9 million increase in accounts receivable and a $3.8 million decrease related to other liabilities, partially offset by an $84.7 million increase in accounts payable and accrued expenses.

"Our ending inventory balance was $205 million, in line with our expectations and up from $81 million a year ago. The difference is primarily a combination of 3 things. First, as we said last quarter, we continue to build back our inventory levels through fiscal '24 to support strong consumer demand. **Second, approximately $28 million of the increase is the result of taking ownership of inventory from China when it ships versus when it enters our distribution center here in the U.S. Lastly, our consolidated results include Naturium for the first time, which added approximately $25 million of inventory.** We believe we have the appropriate levels of inventory across the business to service our customers and support the demand we're seeing." - Mandy Fields, ELF CFO

[1] ELF Beauty, 3Q FY2024, 10-Q, p. 26



# Q4 FY2024 10-Q and Earnings Call:

- $7.8 million of Elf product inventory is in-transit (i.e. 'on the water').[1]
- The Naturium acquisition added $26 million (total) to the company's total inventory.

*Cash provided by operating activities*

For the fiscal year ended March 31, 2024, net cash provided by operating activities was $71.2 million. This included net income, before deducting depreciation, amortization and other non-cash items of $205.5 million, partially offset by an increase in net working capital of $123.8 million and payment of acquisition-related seller expenses of $10.5 million in connection with the Acquisition. The increase in net working capital was primarily driven by a $93.9 million increase in inventory. The increase was reflective of building inventory to support net sales growth, as well as $10.0 million related to Naturium inventory, and $7.8 million related to a change in certain vendor arrangements where we now take ownership of inventory at shipment from China versus when it enters our U.S. distribution center. Additional changes in working capital include a $49.6 million increase in accounts receivable, a $55.2 million increase in prepaid and other assets, and a $6.3 million decrease in other liabilities, partially offset by an $81.2 million increase of accounts payable and accrued expenses.

"Our ending inventory balance was $191 million, in line with our expectations and up from $81 million a year ago. The difference is primarily a combination of 3 things: first, as we've said the past few quarters, we continue to build back our inventory levels to support strong consumer demand. **Second, our consolidated results now include Naturium, which added approximately $26 million of inventory; lastly, an additional $8 million of the increase is the result of taking ownership of inventory from China when it ships versus when it enters our distribution center here in the U.S."** - Mandy Fields, ELF CFO

[1] ELF Beauty, FY2024, 10-K, p. 50



# Q1 FY2025 Earnings Call:

- $23 million of Elf product inventory is in-transit (i.e. 'on the water').
- The Naturium acquisition added $26 million to the company's total inventory.

[No disclosure on in-transit inventory made in the 1Q FY2025 10-Q]

"Our ending inventory balance was $200 million, in line with our expectations and up from $98 million a year ago. The difference is primarily a combination of three things: first, as we've said in the past few quarters, we continue to build back our inventory levels to support strong consumer demand; second, our consolidated results now include **Naturium, which added approximately $26 million of inventory; lastly, an additional $23 million of the increase as a result of taking ownership of inventory from China when it ships versus when it enters our distribution center here in the U.S."** - Mandy Fields, ELF CFO