# Exhibit 14

SEC Form 4

## FORM 4

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

[X] Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| AMIN TARANG | e.l.f. Beauty, Inc. [ ELF ] | X  Director | 10% Owner |
| (Last)          (First)          (Middle) | | X  Officer (give title below) | Other (specify below) |
| C/O E.L.F. BEAUTY, INC. 570 10TH STREET | 3. Date of Earliest Transaction (Month/Day/Year) 02/05/2024 | Chief Executive Officer | |
| (Street) OAKLAND     CA     94607 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| (City)     (State)     (Zip) | | X  Form filed by One Reporting Person Form filed by More than One Reporting Person | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock, $0.01 par value | 02/05/2024 | | S[1] | | 400 | D | $161.6[2] | 43,863 | I | By Family Trust |
| Common Stock, $0.01 par value | 02/05/2024 | | S[1] | | 800 | D | $163.0988[3] | 43,063 | I | By Family Trust |
| Common Stock, $0.01 par value | 02/05/2024 | | S[1] | | 500 | D | $164.088[4] | 42,563 | I | By Family Trust |
| Common Stock, $0.01 par value | 02/05/2024 | | S[1] | | 1,100 | D | $165.1436[5] | 41,463 | I | By Family Trust |
| Common Stock, $0.01 par value | 02/05/2024 | | S[1] | | 1,300 | D | $166.2685[6] | 40,163 | I | By Family Trust |
| Common Stock, $0.01 par value | 02/05/2024 | | S[1] | | 1,800 | D | $167.2289[7] | 38,363 | I | By Family Trust |
| Common Stock, $0.01 par value | 02/05/2024 | | S[1] | | 2,300 | D | $168.6826[8] | 36,063 | I | By Family Trust |
| Common Stock, $0.01 par value | 02/05/2024 | | S[1] | | 6,587 | D | $169.7474[9] | 29,476 | I | By Family Trust |
| Common Stock, $0.01 par value | 02/05/2024 | | S[1] | | 1,500 | D | $170.4667[10] | 27,976 | I | By Family |

| Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| | | | | | | | | | | Trust |
| Common Stock, $0.01 par value | 02/05/2024 | | S[1] | | 400 | D | $173.49[11] | 27,576 | I | By Family Trust |
| Common Stock, $0.01 par value | 02/05/2024 | | S[1] | | 100 | D | $161.55 | 245,073 | I | By Family Trust |
| Common Stock, $0.01 par value | 02/05/2024 | | S[1] | | 200 | D | $163[12] | 244,873 | I | By Family Trust |
| Common Stock, $0.01 par value | 02/05/2024 | | S[1] | | 200 | D | $164.485[13] | 244,673 | I | By Family Trust |
| Common Stock, $0.01 par value | 02/05/2024 | | S[1] | | 300 | D | $166.1867[14] | 244,373 | I | By Family Trust |
| Common Stock, $0.01 par value | 02/05/2024 | | S[1] | | 400 | D | $167.065[15] | 243,973 | I | By Family Trust |
| Common Stock, $0.01 par value | 02/05/2024 | | S[1] | | 600 | D | $168.6717[16] | 243,373 | I | By Family Trust |
| Common Stock, $0.01 par value | 02/05/2024 | | S[1] | | 1,516 | D | $169.8541[17] | 241,857 | I | By Family Trust |
| Common Stock, $0.01 par value | 02/05/2024 | | S[1] | | 100 | D | $173.47 | 241,757 | I | By Family Trust |
| Common Stock, $0.01 par value | 02/05/2024 | | S[1] | | 100 | D | $161.56 | 245,073 | I | By Family Trust |
| Common Stock, $0.01 par value | 02/05/2024 | | S[1] | | 100 | D | $162.57 | 244,973 | I | By Family Trust |
| Common Stock, $0.01 par value | 02/05/2024 | | S[1] | | 300 | D | $164.35[18] | 244,673 | I | By Family Trust |
| Common Stock, $0.01 par value | 02/05/2024 | | S[1] | | 400 | D | $166.3925[19] | 244,273 | I | By Family Trust |
| Common Stock, $0.01 par value | 02/05/2024 | | S[1] | | 300 | D | $167.15[20] | 243,973 | I | By Family Trust |
| Common Stock, $0.01 par value | 02/05/2024 | | S[1] | | 500 | D | $168.588[21] | 243,473 | I | By Family Trust |
| Common Stock, $0.01 par value | 02/05/2024 | | S[1] | | 1,516 | D | $169.8187[22] | 241,957 | I | By Family Trust |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock, $0.01 par value | 02/05/2024 | | S[1] | | 100 | D | $170.65 | 241,857 | I | By Family Trust |
| Common Stock, $0.01 par value | 02/05/2024 | | S[1] | | 100 | D | $173.47 | 241,757 | I | By Family Trust |
| Common Stock, $0.01 par value | | | | | | | | 200,000 | I | By GRAT |
| Common Stock, $0.01 par value | | | | | | | | 200,000 | I | By GRAT |
| Common Stock, $0.01 par value | | | | | | | | 252,792[23] | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Transaction made pursuant to a 10b5-1 trading plan adopted by the Reporting Person on June 8, 2023.

2. The transaction was executed in multiple trades in prices ranging from $161.59 to $161.62, inclusive. The price reported in Column 4 above reflects the weighted average sale price. The reporting person hereby undertakes to provide to the Securities and Exchange Commission staff, the Issuer, or a security holder of the Issuer, upon request, full information regarding the number of shares sold at each respective price within the range set forth in this footnote.

3. The transaction was executed in multiple trades in prices ranging from $162.74 to $163.42, inclusive. The price reported in Column 4 above reflects the weighted average sale price. The reporting person hereby undertakes to provide to the Securities and Exchange Commission staff, the Issuer, or a security holder of the Issuer, upon request, full information regarding the number of shares sold at each respective price within the range set forth in this footnote.

4. The transaction was executed in multiple trades in prices ranging from $163.78 to $164.66, inclusive. The price reported in Column 4 above reflects the weighted average sale price. The reporting person hereby undertakes to provide to the Securities and Exchange Commission staff, the Issuer, or a security holder of the Issuer, upon request, full information regarding the number of shares sold at each respective price within the range set forth in this footnote.

5. The transaction was executed in multiple trades in prices ranging from $164.86 to $165.43, inclusive. The price reported in Column 4 above reflects the weighted average sale price. The reporting person hereby undertakes to provide to the Securities and Exchange Commission staff, the Issuer, or a security holder of the Issuer, upon request, full information regarding the number of shares sold at each respective price within the range set forth in this footnote.

6. The transaction was executed in multiple trades in prices ranging from $165.94 to $166.93, inclusive. The price reported in Column 4 above reflects the weighted average sale price. The reporting person hereby undertakes to provide to the Securities and Exchange Commission staff, the Issuer, or a security holder of the Issuer, upon request, full information regarding the number of shares sold at each respective price within the range set forth in this footnote.

7. The transaction was executed in multiple trades in prices ranging from $166.98 to $167.65, inclusive. The price reported in Column 4 above reflects the weighted average sale price. The reporting person hereby undertakes to provide to the Securities and Exchange Commission staff, the Issuer, or a security holder of the Issuer, upon request, full information regarding the number of shares sold at each respective price within the range set forth in this footnote.

8. The transaction was executed in multiple trades in prices ranging from $168.09 to $169.08, inclusive. The price reported in Column 4 above reflects the weighted average sale price. The reporting person hereby undertakes to provide to the Securities and Exchange Commission staff, the Issuer, or a security holder of the Issuer, upon request, full information regarding the number of shares sold at each respective price within the range set forth in this footnote.

9. The transaction was executed in multiple trades in prices ranging from $169.20 to $170.08, inclusive. The price reported in Column 4 above reflects the weighted average sale price. The reporting person hereby undertakes to provide to the Securities and Exchange Commission staff, the Issuer, or a security holder of the Issuer, upon request, full information regarding the number of shares sold at each respective price within the range set forth in this footnote.

10. The transaction was executed in multiple trades in prices ranging from $170.23 to $170.98, inclusive. The price reported in Column 4 above reflects the weighted average sale price. The reporting person hereby undertakes to provide to the Securities and Exchange Commission staff, the Issuer, or a security holder of the Issuer, upon request, full information regarding the number of shares sold at each respective price within the range set forth in this footnote.

11. The transaction was executed in multiple trades in prices ranging from $173.47 to $173.54, inclusive. The price reported in Column 4 above reflects the weighted average sale price. The reporting person hereby undertakes to provide to the Securities and Exchange Commission staff, the Issuer, or a security holder of the Issuer, upon request, full information regarding the number of shares sold at each respective price within the range set forth in this footnote.

12. The transaction was executed in multiple trades in prices ranging from $162.58 to $163.42, inclusive. The price reported in Column 4 above reflects the weighted average sale price. The reporting person hereby undertakes to provide to the Securities and Exchange Commission staff, the Issuer, or a security holder of the Issuer, upon request, full information regarding the number of shares sold at each respective price within the range set forth in this footnote.

13. The transaction was executed in multiple trades in prices ranging from $164.11 to $164.86, inclusive. The price reported in Column 4 above reflects the weighted average sale price. The reporting person hereby undertakes to provide to the Securities and Exchange Commission staff, the Issuer, or a security holder of the Issuer, upon request, full information regarding the number of shares sold at each respective price within the range set forth in this footnote.

14. The transaction was executed in multiple trades in prices ranging from $165.95 to $166.45, inclusive. The price reported in Column 4 above reflects the weighted average sale price. The reporting person hereby undertakes to provide to the Securities and Exchange Commission staff, the Issuer, or a security holder of the Issuer, upon request, full information regarding the number of shares sold at each respective price within the range set forth in this footnote.

15. The transaction was executed in multiple trades in prices ranging from $166.95 to $167.22, inclusive. The price reported in Column 4 above reflects the weighted average sale price. The reporting person hereby undertakes to provide to the Securities and Exchange Commission staff, the Issuer, or a security holder of the Issuer, upon request, full information regarding the number of shares sold at each respective price within the range set forth in this footnote.

16. The transaction was executed in multiple trades in prices ranging from $168.10 to $169.08, inclusive. The price reported in Column 4 above reflects the weighted average sale price. The reporting person hereby undertakes to provide to the Securities and Exchange Commission staff, the Issuer, or a security holder of the Issuer, upon request, full information regarding the number of shares sold at each respective price within the range set forth in this footnote.

17. The transaction was executed in multiple trades in prices ranging from $169.42 to $170.38, inclusive. The price reported in Column 4 above reflects the weighted average sale price. The reporting person hereby undertakes to provide to the Securities and Exchange Commission staff, the Issuer, or a security holder of the Issuer, upon request, full information regarding the number of shares sold at each respective price within the range set forth in this footnote.

18. The transaction was executed in multiple trades in prices ranging from $163.96 to $164.86, inclusive. The price reported in Column 4 above reflects the weighted average sale price. The reporting person hereby undertakes to provide to the Securities and Exchange Commission staff, the Issuer, or a security holder of the Issuer, upon request, full information regarding the number of shares sold at each respective price within the range set forth in this footnote.

19. The transaction was executed in multiple trades in prices ranging from $166.04 to $166.93, inclusive. The price reported in Column 4 above reflects the weighted average sale price. The reporting person hereby undertakes to provide to the Securities and Exchange Commission staff, the Issuer, or a security holder of the Issuer, upon request, full information regarding the number of shares sold at each respective price within the range set forth in this footnote.

20. The transaction was executed in multiple trades in prices ranging from $167.09 to $167.21, inclusive. The price reported in Column 4 above reflects the weighted average sale price. The reporting person hereby undertakes to provide to the Securities and Exchange Commission staff, the Issuer, or a security holder of the Issuer, upon request, full information regarding the number of shares sold at each respective price within the range set forth in this footnote.

21. The transaction was executed in multiple trades in prices ranging from $168.09 to $169.07, inclusive. The price reported in Column 4 above reflects the weighted average sale price. The reporting person hereby undertakes to provide to the Securities and Exchange Commission staff, the Issuer, or a security holder of the Issuer, upon request, full information regarding the number of shares sold at each respective price within the range set forth in this footnote.

22. The transaction was executed in multiple trades in prices ranging from $169.40 to $170.28, inclusive. The price reported in Column 4 above reflects the weighted average sale price. The reporting person hereby undertakes to provide to the Securities and Exchange Commission staff, the Issuer, or a security holder of the Issuer, upon request, full information regarding the number of shares sold at each respective price within the range set forth in this footnote.

23. Includes 127,140 restricted stock units.

/s/ Scott K. Milsten, Attorney-in-Fact for Tarang Amin      02/07/2024

** Signature of Reporting Person      Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

## FORM 4

### UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☐ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| AMIN TARANG | e.l.f. Beauty, Inc. [ ELF ] | X Director    10% Owner<br>X Officer (give title below)    Other (specify below)<br>**Chief Executive Officer** |

| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | |
|---|---|---|
| C/O E.L.F. BEAUTY, INC.<br>570 10TH STREET<br>(Street)<br>OAKLAND   CA   94607<br>(City) (State) (Zip) | 04/17/2024 | |

| 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
|---|---|
| | X Form filed by One Reporting Person<br>   Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock, $0.01 par value | 04/17/2024 | | A | | 137,820[1] | A | $0 | 390,612[2] | D | |
| Common Stock, $0.01 par value | 04/18/2024 | | S[3] | | 74,451 | D | $166.4 | 316,161[2] | D | |
| Common Stock, $0.01 par value | | | | | | | | 228,175 | I | By Family Trust |
| Common Stock, $0.01 par value | | | | | | | | 228,175 | I | By Family Trust |
| Common Stock, $0.01 par value | | | | | | | | 10,889 | I | By Family Trust |
| Common Stock, $0.01 par value | | | | | | | | 200,000 | I | By GRAT |
| Common Stock, $0.01 par value | | | | | | | | 200,000 | I | By GRAT |

| Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Represents performance-based restricted stock units ("PSUs") initially granted on June 1, 2021 that were subject to performance-based vesting conditions. The Compensation Committee certified the achievement of the performance-based vesting conditions for the PSUs on April 17, 2024.

2. Includes 127,140 restricted stock units.

3. The shares were sold solely to satisfy tax or other government withholding obligations in connection with the vesting of shares subject to PSUs of the Issuer.

/s/ Scott K. Milsten, Attorney-in-Fact for Tarang Amin      04/19/2024

** Signature of Reporting Person      Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

## FORM 4

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☒ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| AMIN TARANG | e.l.f. Beauty, Inc. [ ELF ] | X  Director            10% Owner |
| (Last)    (First)    (Middle) | | X  Officer (give title below)    Other (specify below) |
| C/O E.L.F. BEAUTY, INC. 570 10TH STREET | 3. Date of Earliest Transaction (Month/Day/Year) 06/03/2024 | Chief Executive Officer |
| (Street) OAKLAND    CA    94607 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (City)    (State)    (Zip) | | X  Form filed by One Reporting Person      Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock, $0.01 par value | 06/03/2024 | | A | | 18,834[1] | A | $0 | 301,620 | D | |
| Common Stock, $0.01 par value | 06/05/2024 | | S[2] | | 17,042 | D | $184.96 | 284,578 | D | |
| Common Stock, $0.01 par value | 06/05/2024 | | S[3] | | 25,911 | D | $184.96 | 258,667 | D | |
| Common Stock, $0.01 par value | 06/05/2024 | | S[4] | | 546 | D | $182.5808[5] | 224,213 | I | By Family Trust |
| Common Stock, $0.01 par value | 06/05/2024 | | S[4] | | 1,092 | D | $184.1231[6] | 223,121 | I | By Family Trust |
| Common Stock, $0.01 par value | 06/05/2024 | | S[4] | | 1,274 | D | $184.8283[7] | 221,847 | I | By Family Trust |
| Common Stock, $0.01 par value | 06/05/2024 | | S[4] | | 504 | D | $187.5475[8] | 221,343 | I | By Family Trust |
| Common Stock, $0.01 par value | 06/05/2024 | | S[4] | | 588 | D | $182.6507[9] | 224,171 | I | By Family Trust |
| Common Stock, $0.01 par value | 06/05/2024 | | S[4] | | 1,008 | D | $184.0783[10] | 223,163 | I | By Family Trust |
| Common Stock, $0.01 par value | 06/05/2024 | | S[4] | | 1,316 | D | $184.8446[11] | 221,847 | I | By Family Trust |
| Common Stock, $0.01 par value | 06/05/2024 | | S[4] | | 504 | D | $187.4775[12] | 221,343 | I | By Family Trust |
| Common Stock, $0.01 par value | 06/05/2024 | | G[13] | | 27,000 | D | $0 | 231,667[14] | D | |
| Common Stock, $0.01 par value | 06/05/2024 | | G[15] | | 30,000 | D | $0 | 201,667[14] | D | |
| Common Stock, $0.01 par value | 06/05/2024 | | G | | 30,000 | A | $0 | 30,000 | I | By Amin Family |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| | | | | | | | | | | General Partnership |
| Common Stock, $0.01 par value | 06/05/2024 | | G[15] | | 200,000 | D | $0 | 0 | I | By GRAT |
| Common Stock, $0.01 par value | 06/05/2024 | | G | | 200,000 | A | $0 | 230,000 | I | By Amin Family General Partnership |
| Common Stock, $0.01 par value | 06/05/2024 | | G[15] | | 200,000 | D | $0 | 0 | I | By GRAT |
| Common Stock, $0.01 par value | 06/05/2024 | | G | | 200,000 | A | $0 | 430,000 | I | By Amin Family General Partnership |
| Common Stock, $0.01 par value | 06/06/2024 | | S[4] | | 3,181 | D | $183.2543[16] | 198,486 | D | |
| Common Stock, $0.01 par value | 06/06/2024 | | S[4] | | 5,654 | D | $184.3223[17] | 192,832 | D | |
| Common Stock, $0.01 par value | 06/06/2024 | | S[4] | | 5,800 | D | $185.0086[18] | 187,032 | D | |
| Common Stock, $0.01 par value | 06/06/2024 | | S[4] | | 317 | D | $185.8407[19] | 186,715 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Reflects Restricted Stock Units ("RSUs") that vest in four equal annual installments subject to continued service and does not include Performance Stock Units that vest based upon performance metrics, which are expected to be reported upon achievement.

2. The shares were sold solely to satisfy tax or other government withholding obligations in connection with the vesting of shares subject to a Restricted Stock Award of the Issuer.

3. The shares were sold solely to satisfy tax or other government withholding obligations in connection with the vesting of shares subject to a RSUs of the Issuer.

4. Transaction made pursuant to a 10b5-1 trading plan adopted by the Reporting Person on June 8, 2023.

5. The transaction was executed in multiple trades in prices ranging from $181.94 to $182.87, inclusive. The price reported in Column 4 above reflects the weighted average sale price. The reporting person hereby undertakes to provide to the Securities and Exchange Commission staff, the Issuer, or a security holder of the Issuer, upon request, full information regarding the number of shares sold at each respective price within the range set forth in this footnote.

6. The transaction was executed in multiple trades in prices ranging from $183.53 to $184.49, inclusive. The price reported in Column 4 above reflects the weighted average sale price. The reporting person hereby undertakes to provide to the Securities and Exchange Commission staff, the Issuer, or a security holder of the Issuer, upon request, full information regarding the number of shares sold at each respective price within the range set forth in this footnote.

7. The transaction was executed in multiple trades in prices ranging from $184.55 to $185.07, inclusive. The price reported in Column 4 above reflects the weighted average sale price. The reporting person hereby undertakes to provide to the Securities and Exchange Commission staff, the Issuer, or a security holder of the Issuer, upon request, full information regarding the number of shares sold at each respective price within the range set forth in this footnote.

8. The transaction was executed in multiple trades in prices ranging from $187.10 to $187.89, inclusive. The price reported in Column 4 above reflects the weighted average sale price. The reporting person hereby undertakes to provide to the Securities and Exchange Commission staff, the Issuer, or a security holder of the Issuer, upon request, full information regarding the number of shares sold at each respective price within the range set forth in this footnote.

9. The transaction was executed in multiple trades in prices ranging from $182.02 to $182.87, inclusive. The price reported in Column 4 above reflects the weighted average sale price. The reporting person hereby undertakes to provide to the Securities and Exchange Commission staff, the Issuer, or a security holder of the Issuer, upon request, full information regarding the number of shares sold at each respective price within the range set forth in this footnote.

10. The transaction was executed in multiple trades in prices ranging from $183.53 to $184.51, inclusive. The price reported in Column 4 above reflects the weighted average sale price. The reporting person hereby undertakes to provide to the Securities and Exchange Commission staff, the Issuer, or a security holder of the Issuer, upon request, full information regarding the number of shares sold at each respective price within the range set forth in this footnote.

11. The transaction was executed in multiple trades in prices ranging from $184.54 to $185.07, inclusive. The price reported in Column 4 above reflects the weighted average sale price. The reporting person hereby undertakes to provide to the Securities and Exchange Commission staff, the Issuer, or a security holder of the Issuer, upon request, full information regarding the number of shares sold at each respective price within the range set forth in this footnote.

12. The transaction was executed in multiple trades in prices ranging from $187.05 to $187.85, inclusive. The price reported in Column 4 above reflects the weighted average sale price. The reporting person hereby undertakes to provide to the Securities and Exchange Commission staff, the Issuer, or a security holder of the Issuer, upon request, full information regarding the number of shares sold at each respective price within the range set forth in this footnote.

13. Represents a donative gift to The Amin Foundation, a private charitable foundation. The Reporting Person disclaims beneficial ownership of all shares of common stock held by The Amin Foundation.

14. Includes 100,589 RSUs.

15. Represents a transfer to the Amin Family General Partnership.

16. The transaction was executed in multiple trades in prices ranging from $182.70 to $183.66, inclusive. The price reported in Column 4 above reflects the weighted average sale price. The reporting person hereby undertakes to provide to the Securities and Exchange Commission staff, the Issuer, or a security holder of the Issuer, upon request, full information regarding the number of shares sold at each respective price within the range set forth in this footnote.

17. The transaction was executed in multiple trades in prices ranging from $183.70 to $184.69, inclusive. The price reported in Column 4 above reflects the weighted average sale price. The reporting person hereby undertakes to provide to the Securities and Exchange Commission staff, the Issuer, or a security holder of the Issuer, upon request, full information regarding the number of shares sold at each respective price within the range set forth in this footnote.

18. The transaction was executed in multiple trades in prices ranging from $184.72 to $185.71, inclusive. The price reported in Column 4 above reflects the weighted average sale price. The reporting person hereby undertakes to provide to the Securities and Exchange Commission staff, the Issuer, or a security holder of the Issuer, upon request, full information regarding the number of shares sold at each respective price within the range set forth in this footnote.

19. The transaction was executed in multiple trades in prices ranging from $185.72 to $186.00, inclusive. The price reported in Column 4 above reflects the weighted average sale price. The reporting person hereby undertakes to provide to the Securities and Exchange Commission staff, the Issuer, or a security holder of the Issuer, upon request, full information regarding the number of shares sold at each respective price within the range set forth in this footnote.

| /s/ Scott K. Milsten, Attorney-in-Fact for Tarang Amin | 06/07/2024 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

| | |
|---|---|
| | OMB APPROVAL |
| | OMB Number: 3235-0287 |
| | Estimated average burden |
| | hours per response: 0.5 |

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☒ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| AMIN TARANG | e.l.f. Beauty, Inc. [ ELF ] | X Director ☐ 10% Owner |
| (Last)    (First)    (Middle) | | X Officer (give title below) ☐ Other (specify below) |
| C/O E.L.F. BEAUTY, INC. | 3. Date of Earliest Transaction (Month/Day/Year) | **Chief Executive Officer** |
| 570 10TH STREET | 04/18/2025 | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| OAKLAND    CA    94607 | | X Form filed by One Reporting Person |
| (City)    (State)    (Zip) | | ☐ Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock, $0.01 par value | 04/18/2025 | | A | | 179,505[1] | A | $0 | 279,204[2] | D | |
| Common Stock, $0.01 par value | 04/21/2025 | | S[3] | | 97,915 | D | $53.36 | 181,289[2] | D | |
| Common Stock, $0.01 par value | | | | | | | | 211,087 | I | By Family Trust |
| Common Stock, $0.01 par value | | | | | | | | 211,087 | I | By Family Trust |
| Common Stock, $0.01 par value | | | | | | | | 478,254 | I | By Amin Family General Partnership |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Represents performance-based restricted stock units ("PSUs") initially granted on June 1, 2022 that were subject to performance-based vesting conditions. The Compensation Committee certified the achievement of the performance-based vesting conditions for the PSUs on April 18, 2025.

2. Includes 99,677 restricted stock units.

3. The shares were sold solely to satisfy tax or other government withholding obligations in connection with the vesting of shares subject to PSUs of the Issuer.

<u>/s/ Scott K. Milsten, Attorney-in-Fact for Tarang Amin</u>    <u>04/22/2025</u>

** Signature of Reporting Person        Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**