# Exhibit 18



**Spark that loving feeling**

CLR's new trigger bottle tackles tough stains and breaks down defenses.

Jelmar

Learn More

**yahoo!finance**   S...   🔍    News   Finance   Sports   More ⌄    🔔  ✉ Mail   Sign in

My Portfolio   News   Markets   Research   Personal Finance   Videos   Watch Now    Upgrade to Premium 🔒

| | |
|---|---|
| Summary | NYSE - BOATS Real Time Price • USD |
| News | **e.l.f. Beauty, Inc. (ELF)**   ☆ Follow   + Add holdings    🔵 Time to buy ELF? |
| Research 🔒 | |
| Chart | **133.72** +3.56 +(2.74%)   **133.11** -0.61 (-0.46%) |
| Community | At close: September 4 at 4:00:02 PM EDT   🌙 Overnight: 8:30:08 PM EDT ⓘ |
| Statistics | |
| **Historical Data** | Feb 07, 2024 - Sep 05, 2025 ⌄   Historical Prices ⌄   Daily ⌄ |
| Profile | |
| Financials | Currency in USD   🔒 Download |

| Date | Open | High | Low | Close ⓘ | Adj Close ⓘ | Volume |
|---|---|---|---|---|---|---|
| Sep 4, 2025 | 133.00 | 136.71 | 132.01 | 133.72 | 133.72 | 1,983,514 |
| Sep 3, 2025 | 125.23 | 130.95 | 125.23 | 130.16 | 130.16 | 1,521,500 |
| Sep 2, 2025 | 120.46 | 125.89 | 119.02 | 125.60 | 125.60 | 1,987,200 |
| Aug 29, 2025 | 129.23 | 132.30 | 123.71 | 125.00 | 125.00 | 1,811,900 |
| Aug 28, 2025 | 126.00 | 131.10 | 125.90 | 129.35 | 129.35 | 2,200,200 |
| Aug 27, 2025 | 115.11 | 125.60 | 114.79 | 124.90 | 124.90 | 1,988,900 |
| Aug 26, 2025 | 114.37 | 115.79 | 112.80 | 115.04 | 115.04 | 1,270,500 |
| Aug 25, 2025 | 115.59 | 116.24 | 112.42 | 113.94 | 113.94 | 1,571,500 |
| Aug 22, 2025 | 117.24 | 119.01 | 116.22 | 118.15 | 118.15 | 1,454,600 |
| Aug 21, 2025 | 118.20 | 118.20 | 113.59 | 116.31 | 116.31 | 2,385,600 |
| Aug 20, 2025 | 118.00 | 120.58 | 117.62 | 120.44 | 120.44 | 1,554,400 |
| Aug 19, 2025 | 123.70 | 123.94 | 119.77 | 119.83 | 119.83 | 1,757,500 |
| Aug 18, 2025 | 117.00 | 123.86 | 116.59 | 123.74 | 123.74 | 2,125,100 |
| Aug 15, 2025 | 119.50 | 120.00 | 114.96 | 116.37 | 116.37 | 2,125,300 |
| Aug 14, 2025 | 120.50 | 121.80 | 117.30 | 119.60 | 119.60 | 1,864,200 |
| Aug 13, 2025 | 118.00 | 123.88 | 117.57 | 122.92 | 122.92 | 2,356,200 |
| Aug 12, 2025 | 113.00 | 118.94 | 112.00 | 116.75 | 116.75 | 2,718,900 |
| Aug 11, 2025 | 107.37 | 115.68 | 106.31 | 111.67 | 111.67 | 6,186,800 |
| Aug 8, 2025 | 104.78 | 105.90 | 100.58 | 101.77 | 101.77 | 3,436,300 |
| Aug 7, 2025 | 97.68 | 102.49 | 94.00 | 99.92 | 99.92 | 7,626,200 |
| Aug 6, 2025 | 110.12 | 112.35 | 108.05 | 110.39 | 110.39 | 3,504,300 |
| Aug 5, 2025 | 115.16 | 115.79 | 108.89 | 109.84 | 109.84 | 2,270,200 |
| Aug 4, 2025 | 117.51 | 117.51 | 113.00 | 116.28 | 116.28 | 1,355,900 |
| Aug 1, 2025 | 118.60 | 119.53 | 115.07 | 116.42 | 116.42 | 1,372,900 |
| Jul 31, 2025 | 123.00 | 123.15 | 120.22 | 121.19 | 121.19 | 1,031,400 |

🔍 Quote Lookup

⊚ U.S. markets closed

**US**   Europe   Asia   Cryptocu

**S&P Futures**   **Dow Futures**
6,518.00   45,708.00
+7.25 (+0.11%)   +20.00 (+0.04%)

**Nasdaq Fut...**   **Russell 200...**
23,721.00   2,381.80
+53.00 (+0.22%)   -1.50 (-0.06%)

**VIX**   **Gold**
15.30   3,609.10
-1.05 (-6.42%)   +2.40 (+0.07%)

‹  ›

**Portfolio**

Sign in to access your portfolio

Sign in

**Top gainers**

**AEO**   18.79
American Eagle ...   +5.17 (+37.96%)

**CIEN**   116.92
Ciena Corporati...   +22.10 (+23.31%)

**SNDK**   62.50
Sandisk Corpora...   +9.49 (+17.90%)

**OPEN**   5.96
Opendoor Techn...   +0.83 (+16.18%)

**MLYS**   33.12
Mineralys Thera...   +3.87 (+13.23%)

**Top losers**

**FIG**   54.56
Figma, Inc.   -13.57 (-19.92%)

**AGIO**   36.13
Agios Pharmaceu...   -4.48 (-11.03%)

**SMR**   36.03
NuScale Power C...   -4.39 (-10.86%)

**TMC**   5.12



Document title: e.l.f. Beauty, Inc. (ELF) Stock Historical Prices &amp; Data - Yahoo Finance
Capture URL: https://finance.yahoo.com/quote/ELF/history/?period1=1707264000&amp;period2=1757030400&amp;_guc_consent_skip=1757033877
Capture timestamp (UTC): Fri, 05 Sep 2025 01:00:24 GMT



| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Jun 2, 2025 | 112.97 | 115.40 | 109.88 | 113.77 | 113.77 | 3,547,800 |
| May 30, 2025 | 112.16 | 115.97 | 110.65 | 112.49 | 112.49 | 5,865,500 |
| May 29, 2025 | 108.87 | 120.81 | 108.58 | 111.84 | 111.84 | 16,420,100 |
| May 28, 2025 | 91.53 | 92.96 | 90.41 | 90.50 | 90.50 | 6,225,700 |
| May 27, 2025 | 86.04 | 92.01 | 84.67 | 91.72 | 91.72 | 4,331,500 |
| May 23, 2025 | 80.00 | 84.39 | 79.26 | 83.93 | 83.93 | 2,981,600 |
| May 22, 2025 | 80.50 | 83.22 | 79.52 | 82.78 | 82.78 | 1,869,100 |
| May 21, 2025 | 80.25 | 81.32 | 78.20 | 79.06 | 79.06 | 2,373,600 |
| May 20, 2025 | 79.41 | 81.77 | 78.83 | 81.51 | 81.51 | 1,838,500 |
| May 19, 2025 | 77.54 | 79.64 | 77.51 | 79.57 | 79.57 | 1,481,500 |
| May 16, 2025 | 78.75 | 79.60 | 76.81 | 79.30 | 79.30 | 1,751,600 |
| May 15, 2025 | 75.61 | 78.27 | 74.49 | 78.18 | 78.18 | 1,479,000 |
| May 14, 2025 | 78.98 | 79.85 | 76.58 | 77.15 | 77.15 | 2,545,500 |
| May 13, 2025 | 75.59 | 78.57 | 75.24 | 78.21 | 78.21 | 3,451,800 |
| May 12, 2025 | 74.50 | 76.30 | 71.76 | 74.07 | 74.07 | 3,751,500 |
| May 9, 2025 | 67.60 | 69.53 | 66.84 | 66.84 | 66.84 | 1,564,600 |
| May 8, 2025 | 67.70 | 69.07 | 66.24 | 67.90 | 67.90 | 3,601,400 |
| May 7, 2025 | 68.02 | 68.29 | 64.87 | 66.56 | 66.56 | 1,720,300 |
| May 6, 2025 | 66.32 | 68.15 | 65.83 | 67.69 | 67.69 | 1,438,300 |
| May 5, 2025 | 67.06 | 68.81 | 66.37 | 67.79 | 67.79 | 1,721,200 |
| May 2, 2025 | 63.02 | 68.25 | 63.02 | 68.05 | 68.05 | 2,588,900 |
| May 1, 2025 | 62.20 | 63.00 | 61.21 | 62.25 | 62.25 | 1,892,300 |
| Apr 30, 2025 | 60.74 | 62.11 | 60.23 | 61.87 | 61.87 | 1,498,100 |
| Apr 29, 2025 | 62.23 | 62.30 | 61.01 | 62.17 | 62.17 | 1,041,900 |
| Apr 28, 2025 | 60.79 | 62.90 | 60.60 | 61.98 | 61.98 | 2,392,900 |
| Apr 25, 2025 | 61.19 | 62.20 | 59.11 | 61.15 | 61.15 | 2,211,000 |
| Apr 24, 2025 | 57.10 | 60.99 | 56.50 | 60.66 | 60.66 | 2,644,600 |
| Apr 23, 2025 | 59.00 | 61.84 | 56.72 | 56.84 | 56.84 | 3,018,700 |
| Apr 22, 2025 | 53.13 | 55.39 | 52.05 | 55.33 | 55.33 | 2,601,600 |
| Apr 21, 2025 | 51.65 | 53.87 | 50.79 | 53.47 | 53.47 | 2,294,700 |
| Apr 17, 2025 | 49.75 | 52.69 | 49.54 | 52.65 | 52.65 | 2,241,800 |
| Apr 16, 2025 | 51.30 | 52.25 | 49.40 | 49.95 | 49.95 | 1,992,800 |
| Apr 15, 2025 | 53.00 | 54.00 | 51.76 | 52.17 | 52.17 | 1,618,200 |
| Apr 14, 2025 | 56.26 | 56.80 | 53.14 | 53.46 | 53.46 | 2,183,600 |
| Apr 11, 2025* | 53.00 | 53.66 | 51.01 | 53.61 | 53.61 | 3,528,600 |
| Apr 10, 2025 | 54.84 | 55.38 | 51.46 | 53.79 | 53.79 | 3,282,000 |
| Apr 9, 2025 | 51.40 | 57.17 | 50.81 | 55.74 | 55.74 | 6,754,300 |
| Apr 8, 2025 | 55.85 | 56.00 | 50.05 | 51.00 | 51.00 | 3,056,800 |
| Apr 7, 2025 | 51.10 | 58.70 | 50.26 | 53.88 | 53.88 | 3,481,700 |
| Apr 4, 2025 | 53.10 | 55.50 | 49.90 | 54.93 | 54.93 | 5,022,900 |
| Apr 3, 2025 | 62.84 | 62.95 | 54.38 | 55.02 | 55.02 | 6,366,800 |
| Apr 2, 2025 | 63.10 | 68.99 | 63.00 | 67.89 | 67.89 | 3,127,500 |
| Apr 1, 2025 | 64.41 | 66.13 | 62.94 | 64.25 | 64.25 | 1,794,400 |
| Mar 31, 2025 | 62.88 | 64.79 | 62.24 | 62.79 | 62.79 | 2,238,700 |

Document title: e.l.f. Beauty, Inc. (ELF) Stock Historical Prices &amp; Data - Yahoo Finance
Capture URL: https://finance.yahoo.com/quote/ELF/history/?period1=1707264000&amp;period2=1757030400&amp;_guc_consent_skip=1757033877
Capture timestamp (UTC): Fri, 05 Sep 2025 01:00:24 GMT

Page 3 of 11



| Date | Open | High | Low | Close | Adj Close | Volume |
| --- | --- | --- | --- | --- | --- | --- |
| Apr 1, 2025 | 64.41 | 66.13 | 62.94 | 64.25 | 64.25 | 1,794,400 |
| Mar 31, 2025 | 62.88 | 64.79 | 62.24 | 62.79 | 62.79 | 2,238,700 |
| Mar 28, 2025 | 64.14 | 67.70 | 63.94 | 64.83 | 64.83 | 2,664,500 |
| Mar 27, 2025 | 64.07 | 66.29 | 63.51 | 65.16 | 65.16 | 1,321,600 |
| Mar 26, 2025 | 64.77 | 65.69 | 63.33 | 64.44 | 64.44 | 1,252,100 |
| Mar 25, 2025 | 64.86 | 66.87 | 63.75 | 65.10 | 65.10 | 1,998,200 |
| Mar 24, 2025 | 64.19 | 65.38 | 63.74 | 64.87 | 64.87 | 1,758,500 |
| Mar 21, 2025 | 61.64 | 63.32 | 60.35 | 62.85 | 62.85 | 2,297,400 |
| Mar 20, 2025 | 63.47 | 64.21 | 62.40 | 62.41 | 62.41 | 2,043,800 |
| Mar 19, 2025 | 63.54 | 65.68 | 62.55 | 63.63 | 63.63 | 2,136,600 |
| Mar 18, 2025 | 65.92 | 65.99 | 62.41 | 63.62 | 63.62 | 2,245,700 |
| Mar 17, 2025 | 66.87 | 67.78 | 64.97 | 66.14 | 66.14 | 1,872,700 |
| Mar 14, 2025 | 66.13 | 68.52 | 64.31 | 68.18 | 68.18 | 2,317,100 |
| Mar 13, 2025 | 67.95 | 68.74 | 62.93 | 62.97 | 62.97 | 2,370,800 |
| Mar 12, 2025 | 69.52 | 69.81 | 65.63 | 68.21 | 68.21 | 2,173,200 |
| Mar 11, 2025 | 73.15 | 73.86 | 67.77 | 69.52 | 69.52 | 2,853,900 |
| Mar 10, 2025 | 70.15 | 78.00 | 70.00 | 74.04 | 74.04 | 4,783,300 |
| Mar 7, 2025 | 64.00 | 70.98 | 64.00 | 70.68 | 70.68 | 4,074,700 |
| Mar 6, 2025 | 63.67 | 66.01 | 63.00 | 64.42 | 64.42 | 1,779,400 |
| Mar 5, 2025 | 65.00 | 65.59 | 63.47 | 64.67 | 64.67 | 2,235,000 |
| Mar 4, 2025 | 63.16 | 65.55 | 61.90 | 63.93 | 63.93 | 2,994,800 |
| Mar 3, 2025 | 70.75 | 70.87 | 63.74 | 63.81 | 63.81 | 3,061,700 |
| Feb 28, 2025 | 69.57 | 70.88 | 68.88 | 70.25 | 70.25 | 2,153,900 |
| Feb 27, 2025 | 71.87 | 72.94 | 69.53 | 69.90 | 69.90 | 2,539,200 |
| Feb 26, 2025 | 74.14 | 74.62 | 71.15 | 71.76 | 71.76 | 1,501,700 |
| Feb 25, 2025 | 74.85 | 77.18 | 71.10 | 72.80 | 72.80 | 2,541,300 |
| Feb 24, 2025 | 76.14 | 76.71 | 72.83 | 75.35 | 75.35 | 2,583,300 |
| Feb 21, 2025 | 72.09 | 76.35 | 71.84 | 74.92 | 74.92 | 2,960,700 |
| Feb 20, 2025 | 72.95 | 73.23 | 70.99 | 71.11 | 71.11 | 2,861,300 |
| Feb 19, 2025 | 72.90 | 74.16 | 71.78 | 73.11 | 73.11 | 2,163,800 |
| Feb 18, 2025 | 73.32 | 75.77 | 71.91 | 72.27 | 72.27 | 3,578,100 |
| Feb 14, 2025 | 74.99 | 75.11 | 71.39 | 73.00 | 73.00 | 3,055,300 |
| Feb 13, 2025 | 75.88 | 78.29 | 73.83 | 74.95 | 74.95 | 3,471,200 |
| Feb 12, 2025 | 75.00 | 76.40 | 72.55 | 75.08 | 75.08 | 4,009,900 |
| Feb 11, 2025* | 73.03 | 77.31 | 71.25 | 76.94 | 76.94 | 4,694,000 |
| Feb 10, 2025 | 70.81 | 73.86 | 69.04 | 73.86 | 73.86 | 7,156,600 |
| Feb 7, 2025 | 66.30 | 73.63 | 63.50 | 71.13 | 71.13 | 23,546,500 |
| Feb 6, 2025 | 87.93 | 88.88 | 86.29 | 88.49 | 88.49 | 7,251,900 |
| Feb 5, 2025 | 89.37 | 89.62 | 85.41 | 87.32 | 87.32 | 3,272,400 |
| Feb 4, 2025 | 92.69 | 92.69 | 86.14 | 88.44 | 88.44 | 5,603,500 |
| Feb 3, 2025 | 94.74 | 96.98 | 92.20 | 93.44 | 93.44 | 3,250,900 |
| Jan 31, 2025 | 107.11 | 107.47 | 99.91 | 99.91 | 99.91 | 2,923,100 |
| Jan 30, 2025 | 107.03 | 108.33 | 105.60 | 107.05 | 107.05 | 1,567,800 |
| Jan 29, 2025 | 106.16 | 107.25 | 104.59 | 105.96 | 105.96 | 1,227,200 |

Document title: e.l.f. Beauty, Inc. (ELF) Stock Historical Prices &amp; Data - Yahoo Finance
Capture URL: https://finance.yahoo.com/quote/ELF/history/?period1=1707264000&amp;period2=1757030400&amp;_guc_consent_skip=1757033877
Capture timestamp (UTC): Fri, 05 Sep 2025 01:00:24 GMT



| | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Jan 30, 2025 | 107.03 | 108.33 | 105.60 | 107.05 | 107.05 | 1,567,800 |
| Jan 29, 2025 | 106.16 | 107.25 | 104.59 | 105.96 | 105.96 | 1,227,200 |
| Jan 28, 2025 | 105.14 | 107.95 | 101.50 | 106.16 | 106.16 | 1,746,300 |
| Jan 27, 2025 | 109.00 | 109.89 | 103.72 | 104.41 | 104.41 | 2,628,500 |
| Jan 24, 2025 | 119.10 | 120.19 | 110.20 | 110.55 | 110.55 | 2,344,400 |
| Jan 23, 2025 | 115.53 | 119.07 | 115.32 | 118.38 | 118.38 | 1,224,000 |
| Jan 22, 2025 | 119.16 | 119.16 | 114.81 | 116.69 | 116.69 | 1,813,000 |
| Jan 21, 2025 | 126.00 | 127.98 | 118.18 | 118.49 | 118.49 | 3,645,800 |
| Jan 17, 2025 | 135.33 | 136.00 | 126.90 | 126.95 | 126.95 | 1,973,700 |
| Jan 16, 2025 | 131.99 | 135.86 | 129.73 | 133.91 | 133.91 | 1,359,400 |
| Jan 15, 2025 | 136.31 | 137.19 | 127.07 | 128.41 | 128.41 | 2,341,500 |
| Jan 14, 2025 | 133.50 | 136.00 | 131.21 | 131.48 | 131.48 | 995,700 |
| Jan 13, 2025 | 125.90 | 132.39 | 124.36 | 132.12 | 132.12 | 1,925,600 |
| Jan 10, 2025 | 125.00 | 128.99 | 123.89 | 124.89 | 124.89 | 1,232,500 |
| Jan 8, 2025 | 125.73 | 127.93 | 124.00 | 127.60 | 127.60 | 1,396,300 |
| Jan 7, 2025 | 128.97 | 133.33 | 126.46 | 127.74 | 127.74 | 1,261,400 |
| Jan 6, 2025 | 129.20 | 132.98 | 125.42 | 125.73 | 125.73 | 1,126,200 |
| Jan 3, 2025 | 124.00 | 125.79 | 122.89 | 125.39 | 125.39 | 961,500 |
| Jan 2, 2025 | 126.66 | 127.70 | 122.95 | 122.99 | 122.99 | 1,083,800 |
| Dec 31, 2024 | 127.72 | 128.80 | 123.81 | 125.55 | 125.55 | 870,800 |
| Dec 30, 2024 | 125.95 | 129.01 | 124.00 | 127.11 | 127.11 | 926,100 |
| Dec 27, 2024 | 130.52 | 133.30 | 126.74 | 127.76 | 127.76 | 855,000 |
| Dec 26, 2024 | 130.76 | 132.40 | 129.70 | 130.90 | 130.90 | 589,300 |
| Dec 24, 2024 | 129.55 | 132.38 | 128.61 | 131.91 | 131.91 | 495,200 |
| Dec 23, 2024 | 129.47 | 131.22 | 127.22 | 128.95 | 128.95 | 733,000 |
| Dec 20, 2024 | 126.19 | 132.07 | 125.00 | 128.66 | 128.66 | 2,162,900 |
| Dec 19, 2024 | 127.01 | 129.36 | 123.49 | 129.09 | 129.09 | 1,143,200 |
| Dec 18, 2024 | 135.11 | 136.71 | 126.04 | 127.20 | 127.20 | 1,334,400 |
| Dec 17, 2024 | 138.79 | 139.76 | 134.62 | 134.89 | 134.89 | 1,093,900 |
| Dec 16, 2024 | 138.91 | 140.90 | 136.01 | 140.27 | 140.27 | 1,930,000 |
| Dec 13, 2024 | 134.44 | 141.20 | 132.90 | 140.63 | 140.63 | 1,565,600 |
| Dec 12, 2024 | 136.80 | 136.80 | 130.43 | 131.51 | 131.51 | 1,536,400 |
| Dec 11, 2024 | 139.23 | 139.48 | 135.00 | 138.47 | 138.47 | 1,036,900 |
| Dec 10, 2024 | 140.00 | 140.75 | 136.51 | 137.60 | 137.60 | 1,235,100 |
| Dec 9, 2024 | 142.88 | 147.33 | 140.35 | 140.46 | 140.46 | 1,942,000 |
| Dec 6, 2024 | 137.60 | 144.54 | 134.87 | 139.60 | 139.60 | 2,656,200 |
| Dec 5, 2024 | 135.14 | 136.35 | 131.07 | 131.23 | 131.23 | 1,222,500 |
| Dec 4, 2024 | 128.54 | 138.03 | 128.50 | 136.40 | 136.40 | 2,202,800 |
| Dec 3, 2024 | 131.09 | 131.58 | 126.63 | 127.41 | 127.41 | 1,165,200 |
| Dec 2, 2024 | 129.37 | 131.27 | 121.52 | 130.71 | 130.71 | 2,413,500 |
| Nov 29, 2024 | 130.00 | 130.50 | 127.55 | 129.52 | 129.52 | 901,900 |
| Nov 27, 2024 | 126.27 | 129.75 | 125.61 | 127.15 | 127.15 | 1,169,600 |
| Nov 26, 2024 | 128.06 | 131.63 | 124.27 | 124.29 | 124.29 | 2,050,300 |
| Nov 25, 2024 | 130.00 | 135.43 | 128.87 | 129.93 | 129.93 | 3,205,600 |

Document title: e.l.f. Beauty, Inc. (ELF) Stock Historical Prices &amp; Data - Yahoo Finance
Capture URL: https://finance.yahoo.com/quote/ELF/history/?period1=1707264000&amp;period2=1757030400&amp;_guc_consent_skip=1757033877
Capture timestamp (UTC): Fri, 05 Sep 2025 01:00:24 GMT

Page 5 of 11





| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Sep 27, 2024 | 112.50 | 113.25 | 111.22 | 112.50 | 112.50 | 2,572,000 |
| Sep 26, 2024 | 111.81 | 113.35 | 110.25 | 111.37 | 111.37 | 2,376,200 |
| Sep 25, 2024 | 111.66 | 112.81 | 107.65 | 109.59 | 109.59 | 2,842,800 |
| Sep 24, 2024 | 113.75 | 115.70 | 110.46 | 111.42 | 111.42 | 2,325,600 |
| Sep 23, 2024 | 110.73 | 114.63 | 108.77 | 111.83 | 111.83 | 2,203,300 |
| Sep 20, 2024 | 115.72 | 116.21 | 111.30 | 112.91 | 112.91 | 2,980,500 |
| Sep 19, 2024 | 117.51 | 120.73 | 114.04 | 114.59 | 114.59 | 2,445,000 |
| Sep 18, 2024 | 112.43 | 118.48 | 112.43 | 114.65 | 114.65 | 2,564,700 |
| Sep 17, 2024 | 113.50 | 115.50 | 112.26 | 112.43 | 112.43 | 1,770,500 |
| Sep 16, 2024 | 110.00 | 116.72 | 109.35 | 113.19 | 113.19 | 2,762,700 |
| Sep 13, 2024 | 114.36 | 122.99 | 114.36 | 116.63 | 116.63 | 2,785,200 |
| Sep 12, 2024 | 113.40 | 116.18 | 110.64 | 114.67 | 114.67 | 2,426,400 |
| Sep 11, 2024 | 110.30 | 114.85 | 108.23 | 114.08 | 114.08 | 2,940,000 |
| Sep 10, 2024 | 114.61 | 117.66 | 108.38 | 110.46 | 110.46 | 3,924,900 |
| Sep 9, 2024 | 119.67 | 120.41 | 112.91 | 113.98 | 113.98 | 5,486,800 |
| Sep 6, 2024 | 136.00 | 136.97 | 122.29 | 122.60 | 122.60 | 4,259,100 |
| Sep 5, 2024 | 136.24 | 137.98 | 134.90 | 135.69 | 135.69 | 1,228,100 |
| Sep 4, 2024 | 138.37 | 140.43 | 134.70 | 137.32 | 137.32 | 1,612,700 |
| Sep 3, 2024 | 147.00 | 147.45 | 137.96 | 140.23 | 140.23 | 2,592,400 |
| Aug 30, 2024 | 151.30 | 151.95 | 146.47 | 149.79 | 149.79 | 1,257,200 |
| Aug 29, 2024 | 153.03 | 155.33 | 149.00 | 150.07 | 150.07 | 1,363,800 |
| Aug 28, 2024 | 156.24 | 159.22 | 152.05 | 153.32 | 153.32 | 1,559,600 |
| Aug 27, 2024 | 155.01 | 155.18 | 148.79 | 151.28 | 151.28 | 1,810,100 |
| Aug 26, 2024 | 162.34 | 162.34 | 152.84 | 156.09 | 156.09 | 3,441,400 |
| Aug 23, 2024 | 171.30 | 172.49 | 167.47 | 170.95 | 170.95 | 997,500 |
| Aug 22, 2024 | 170.55 | 171.70 | 167.43 | 170.44 | 170.44 | 1,230,900 |
| Aug 21, 2024 | 163.15 | 170.18 | 162.55 | 170.11 | 170.11 | 1,621,500 |
| Aug 20, 2024 | 159.80 | 162.19 | 156.35 | 161.33 | 161.33 | 1,487,900 |
| Aug 19, 2024 | 162.00 | 172.25 | 160.00 | 160.09 | 160.09 | 2,029,000 |
| Aug 16, 2024 | 154.00 | 159.29 | 153.00 | 159.20 | 159.20 | 2,168,900 |
| Aug 15, 2024 | 151.40 | 157.95 | 150.60 | 155.54 | 155.54 | 2,634,800 |
| Aug 14, 2024 | 147.83 | 150.27 | 143.26 | 145.43 | 145.43 | 1,634,700 |
| Aug 13, 2024 | 143.63 | 150.09 | 142.00 | 148.64 | 148.64 | 2,690,700 |
| Aug 12, 2024 | 158.58 | 158.62 | 142.70 | 143.63 | 143.63 | 5,162,500 |
| Aug 9, 2024 | 167.27 | 169.00 | 155.60 | 160.83 | 160.83 | 7,408,600 |
| Aug 8, 2024 | 182.49 | 188.15 | 182.10 | 187.95 | 187.95 | 2,592,900 |
| Aug 7, 2024 | 187.16 | 190.38 | 180.26 | 181.75 | 181.75 | 1,395,200 |
| Aug 6, 2024 | 181.23 | 186.75 | 175.65 | 183.74 | 183.74 | 1,584,000 |
| Aug 5, 2024 | 154.80 | 175.71 | 152.02 | 175.65 | 175.65 | 2,322,300 |
| Aug 2, 2024 | 161.49 | 166.41 | 154.40 | 165.95 | 165.95 | 1,797,900 |
| Aug 1, 2024 | 173.25 | 176.72 | 163.62 | 167.62 | 167.62 | 1,257,100 |
| Jul 31, 2024 | 175.48 | 176.68 | 168.98 | 172.58 | 172.58 | 949,300 |
| Jul 30, 2024 | 172.75 | 175.96 | 166.00 | 170.29 | 170.29 | 1,338,600 |
| Jul 29, 2024 | 183.78 | 184.91 | 171.37 | 172.57 | 172.57 | 1,222,300 |

Document title: e.l.f. Beauty, Inc. (ELF) Stock Historical Prices &amp; Data - Yahoo Finance
Capture URL: https://finance.yahoo.com/quote/ELF/history/?period1=1707264000&amp;period2=1757030400&amp;_guc_consent_skip=1757033877
Capture timestamp (UTC): Fri, 05 Sep 2025 01:00:24 GMT



| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Jul 29, 2024 | 183.78 | 184.91 | 171.37 | 172.57 | 172.57 | 1,222,300 |
| Jul 26, 2024 | 175.00 | 183.33 | 173.82 | 182.82 | 182.82 | 1,520,600 |
| Jul 25, 2024 | 174.36 | 174.46 | 165.16 | 170.35 | 170.35 | 1,289,400 |
| Jul 24, 2024 | 172.86 | 176.36 | 171.77 | 174.51 | 174.51 | 1,144,000 |
| Jul 23, 2024 | 174.76 | 180.66 | 172.42 | 177.43 | 177.43 | 1,502,800 |
| Jul 22, 2024 | 177.53 | 178.63 | 164.55 | 169.57 | 169.57 | 2,618,500 |
| Jul 19, 2024 | 171.05 | 177.98 | 170.15 | 177.52 | 177.52 | 1,602,300 |
| Jul 18, 2024 | 178.50 | 179.94 | 168.02 | 170.94 | 170.94 | 1,972,100 |
| Jul 17, 2024 | 185.29 | 185.52 | 170.55 | 170.70 | 170.70 | 1,988,400 |
| Jul 16, 2024 | 195.26 | 195.26 | 185.21 | 189.02 | 189.02 | 2,046,000 |
| Jul 15, 2024 | 210.01 | 210.88 | 193.07 | 194.19 | 194.19 | 2,038,400 |
| Jul 12, 2024 | 211.98 | 219.77 | 209.39 | 210.90 | 210.90 | 1,893,800 |
| Jul 11, 2024 | 202.58 | 210.85 | 201.03 | 208.92 | 208.92 | 1,134,300 |
| Jul 10, 2024 | 208.05 | 211.20 | 196.37 | 199.46 | 199.46 | 1,106,400 |
| Jul 9, 2024 | 203.15 | 210.38 | 202.01 | 206.42 | 206.42 | 1,036,000 |
| Jul 8, 2024 | 199.00 | 206.38 | 198.63 | 203.08 | 203.08 | 878,700 |
| Jul 5, 2024 | 201.00 | 204.07 | 197.58 | 200.24 | 200.24 | 894,300 |
| Jul 3, 2024 | 204.64 | 205.35 | 200.16 | 202.02 | 202.02 | 580,300 |
| Jul 2, 2024 | 202.57 | 206.91 | 200.16 | 204.23 | 204.23 | 904,600 |
| Jul 1, 2024 | 215.76 | 219.52 | 200.84 | 204.16 | 204.16 | 1,773,100 |
| Jun 28, 2024 | 213.60 | 215.99 | 207.18 | 210.72 | 210.72 | 8,234,600 |
| Jun 27, 2024 | 204.64 | 218.50 | 202.65 | 218.00 | 218.00 | 1,425,500 |
| Jun 26, 2024 | 206.20 | 213.48 | 203.81 | 204.59 | 204.59 | 1,271,400 |
| Jun 25, 2024 | 204.26 | 211.54 | 201.28 | 208.76 | 208.76 | 965,000 |
| Jun 24, 2024 | 202.72 | 215.94 | 202.69 | 204.19 | 204.19 | 1,336,800 |
| Jun 21, 2024 | 208.17 | 209.00 | 203.06 | 205.91 | 205.91 | 1,319,400 |
| Jun 20, 2024 | 213.93 | 214.79 | 205.70 | 209.23 | 209.23 | 1,569,200 |
| Jun 18, 2024 | 199.91 | 214.61 | 199.12 | 213.73 | 213.73 | 1,777,500 |
| Jun 17, 2024 | 191.31 | 198.01 | 189.01 | 195.41 | 195.41 | 692,200 |
| Jun 14, 2024 | 200.38 | 200.57 | 190.50 | 192.63 | 192.63 | 815,100 |
| Jun 13, 2024 | 199.73 | 202.29 | 195.63 | 200.44 | 200.44 | 932,500 |
| Jun 12, 2024 | 192.57 | 202.47 | 192.23 | 197.32 | 197.32 | 1,486,500 |
| Jun 11, 2024 | 182.43 | 191.00 | 178.42 | 189.58 | 189.58 | 1,593,400 |
| Jun 10, 2024 | 174.19 | 182.62 | 173.10 | 182.48 | 182.48 | 949,800 |
| Jun 7, 2024 | 184.69 | 184.69 | 177.09 | 177.63 | 177.63 | 917,100 |
| Jun 6, 2024 | 185.23 | 187.34 | 182.48 | 183.51 | 183.51 | 1,021,800 |
| Jun 5, 2024 | 189.41 | 189.41 | 181.51 | 184.73 | 184.73 | 1,438,900 |
| Jun 4, 2024 | 198.17 | 198.49 | 189.42 | 189.74 | 189.74 | 1,054,700 |
| Jun 3, 2024 | 188.01 | 201.86 | 188.01 | 196.45 | 196.45 | 1,839,000 |
| May 31, 2024 | 185.20 | 187.41 | 177.99 | 186.91 | 186.91 | 1,432,300 |
| May 30, 2024 | 183.60 | 187.30 | 181.75 | 182.40 | 182.40 | 1,145,000 |
| May 29, 2024 | 191.39 | 191.99 | 183.42 | 183.77 | 183.77 | 1,143,500 |
| May 28, 2024 | 192.80 | 193.64 | 183.61 | 193.24 | 193.24 | 1,481,300 |
| May 24, 2024 | 185.51 | 197.85 | 184.00 | 191.42 | 191.42 | 2,549,400 |

Document title: e.l.f. Beauty, Inc. (ELF) Stock Historical Prices &amp; Data - Yahoo Finance
Capture URL: https://finance.yahoo.com/quote/ELF/history/?period1=1707264000&amp;period2=1757030400&amp;_guc_consent_skip=1757033877
Capture timestamp (UTC): Fri, 05 Sep 2025 01:00:24 GMT



Document title: e.l.f. Beauty, Inc. (ELF) Stock Historical Prices &amp; Data - Yahoo Finance
Capture URL: https://finance.yahoo.com/quote/ELF/history/?period1=1707264000&amp;period2=1757030400&amp;_guc_consent_skip=1757033877
Capture timestamp (UTC): Fri, 05 Sep 2025 01:00:24 GMT



Document title: e.l.f. Beauty, Inc. (ELF) Stock Historical Prices &amp; Data - Yahoo Finance
Capture URL: https://finance.yahoo.com/quote/ELF/history/?period1=1707264000&amp;period2=1757030400&amp;_guc_consent_skip=1757033877
Capture timestamp (UTC): Fri, 05 Sep 2025 01:00:24 GMT

