# Exhibit 23

# OPPENHEIMER

## QUARTERLY UPDATE

February 6, 2025

CONSUMER/FOOD, GROCERY & CONSUMER PRODUCTS

**Stock Rating:**

## PERFORM

| | |
|---|---|
| 12-18 mo. Price Target | NA |
| ELF - NYSE | $66.70 |

| | |
|---|---|
| 3-5 Yr. EPS Gr. Rate | NM |
| 52-Wk Range | $221.83-$85.41 |
| Shares Outstanding | 58.5M |
| Float | 54.0M |
| Market Capitalization | $4,918.8M |
| Avg. Daily Trading Volume | 2,276,959 |
| Dividend/Div Yield | NA/NM |
| Book Value | $12.92 |
| Fiscal Year Ends | Mar |
| 2024E ROE | 24.2% |
| LT Debt | $156.6M |
| Preferred | NA |
| Common Equity | $728M |
| Convertible Available | No |

| EPS Diluted | Q1 | Q2 | Q3 | Q4 | Year | Mult. |
|---|---|---|---|---|---|---|
| 2023A | 1.10 | 0.82 | 0.74 | 0.53 | 3.18 | 21.0x |
| 2024E | 1.10A | 0.77A | 0.74A | 0.75 | 3.36 | 19.9x |
| *Prior (E)* | *--* | *--* | *0.80* | *0.99* | *3.66* | *23.9x* |
| 2025E | -- | -- | -- | -- | 3.24 | 20.6x |
| *Prior (E)* | *--* | *--* | *--* | *--* | *4.05* | *21.6x* |
| 2026E | -- | -- | -- | -- | 3.42 | 19.5x |
| *Prior (E)* | *--* | *--* | *--* | *--* | *4.70* | *18.6x* |

*Fiscal years ending the following March*

# e.l.f. Beauty, Inc.

## Quick Read: A Much Deeper Slowdown than Expected and a Disappointing Guide

### SUMMARY

Earlier this evening, ELF reported softer-than-expected Q3 results and provided a very disappointing Q4 guide. The company's implied Q4 top-line growth guidance range of (0.6%) to +2.5% is a significant moderation vs. +31% in Q3. In addition, management trimmed adjusted EBITDA guidance vs. historical material beats and raises. Last week, we published an update highlighting a balanced risk/reward with downside risks to the low $90s (note here). We did not anticipate this severe a guide-down and moderation in the business. Management noted softer trends in January and is now taking a prudent approach to guidance. We remain concerned with upcoming difficult comparisons and would stay sidelined. We continue to prefer ULTA over EL and ELF in a more challenged beauty trade lately.

### KEY POINTS

- **EPS Falls Short of Expectations.** Q3 (Dec.) EPS of $0.74 was below a $0.76 Street figure. Adjusted EBITDA of $68.7M also fell short of a $72.5M consensus forecast. Higher expenses drove the shortfall.

- **Sales Ahead of Street Forecasts.** Net sales increased ~31%, to $355.3M from $270.9M in the prior year vs. consensus expectations of $330.4M. The company noted 220 bps of market share gains in the US.

- **Management Lowers Guidance.** ELF now expects FY24 EPS of $3.27-3.32 and adjusted EBITDA of $289-293M vs. prior expectations of $3.47-3.53 and $304-308M, respectively. This is now predicated on net sales of $1.300-1.310B vs. $1.315-1.335B previously. The company noted softer trends in January with potential headwinds related to a category decline, difficult compares, and slower new launches.

- **Adjusting Estimates.** We are adjusting our estimates to reflect the Q3 results, management's updated guidance, and our latest thinking. At this juncture, we are modeling high single digit revenue growth and flattish EBITDA margins going forward. Chinese tariffs remain an incremental risk to our forecasts.

- **Read-Through for ULTA.** We expect ULTA shares to trade lower tomorrow on ELF's weaker January commentary. We await additional data points to understand whether the slowdown is transitory or a longer-lasting moderation for the beauty space. We would take advantage of the dip in ULTA. We are not ready to call a bottom in ELF shares as sales trends have still not stabilized.

### Stock Price Performance

**1 Year Price History for ELF**

### Company Description

e.l.f. Beauty makes cosmetics and skincare products. Its brands include e.l.f. Cosmetics, e.l.f. Skin, W3LL PEOPLE, Keys Soulcare, and Naturium.

**For analyst certification and important disclosures, see the Disclosure Appendix.**

**Rupesh Parikh, CFA**
212-667-5263
Rupesh.Parikh@opco.com

**Erica Eiler, CFA**
212-667-8386
Erica.Eiler@opco.com

Disseminated: February 6, 2025 17:40 EST; Produced: February 6, 2025 17:40 EST

e.l.f. Beauty, Inc.                                                                                      **ELF (PERFORM) - NA**

**5-YEAR PRICE PERFORMANCE**



Source: Bloomberg

**INVESTMENT THESIS**

We would remain sidelined with ELF shares amidst upcoming comparisons, a slowing top-line growth trajectory, and ongoing uncertainty on the tariff front.

| BASE CASE ASSUMPTION |
| --- |

- EPS of $3.42 in FY26 (Mar. 2027)

| CATALYSTS |
| --- |

- Next earnings report

| UPSIDE SCENARIO |
| --- |

- Earnings above base case
- Accretive M&A

| DOWNSIDE SCENARIO |
| --- |

- Sales and adjusted EBITDA below base case
- Deterioration in the macro environment
- Increased competition
- Mass category challenges

## ESG CONSIDERATIONS *

| | |
| --- | --- |
| ESG Rating | C+ |
| ESG Rating Environment | C |
| ESG Rating Social | B- |
| ESG Rating Governance | C+ |

*Environmental/Social/Governance (ESG) scores are courtesy of Refinitiv's ESG product which are designed to transparently and objectively measure a company's relative ESG performance, commitment and effectiveness, based on company-reported data. Refinitiv's ESG ratings are independent of Oppenheimer's stock ratings and are not taken into consideration when assigning a rating. For full details about Refinitiv's ESG scores, please click here



**ELF (PERFORM) - NA**                                                                                                    **e.l.f. Beauty, Inc.**



**6-Feb-2025**

## E.L.F. BEAUTY INC. QUARTERLY INCOME STATEMENT ANALYSIS
Fiscal year ends March, Dollars in thousands, except per share data

| | First Quarter (Jun.) | | | Second Quarter (Sep.) | | | Third Quarter (Dec.) | | | Fourth Quarter (Mar.) | | | Annual | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 22A | Q1 23A | Q1 24A | Q2 22A | Q2 23A | Q2 24A | Q3 22A | Q3 23A | Q3 24A | Q4 22A | Q4 23A | Q4 24E | FY 22A | FY 23A | FY 24E | FY 25E | FY 26E |
| **Net Sales** | $122,601 | $216,339 | $324,477 | $122,349 | $215,507 | $301,075 | $146,537 | $270,943 | $355,320 | $187,357 | $321,143 | $324,354 | $578,844 | $1,023,932 | $1,305,226 | $1,409,645 | $1,522,416 |
| Cost of sales | 39,616 | 63,767 | 93,194 | 42,789 | 63,142 | 87,016 | 47,812 | 78,986 | 102,015 | 58,231 | 93,941 | 95,036 | 188,448 | 299,836 | 377,261 | 407,387 | 439,978 |
| **Gross Profit** | $82,985 | $152,572 | $231,283 | $79,560 | $152,365 | $214,059 | $98,725 | $191,957 | $253,305 | $129,126 | $227,202 | $229,319 | $390,396 | $724,096 | $927,966 | $1,002,257 | $1,082,438 |
| SG&A | 52,982 | 82,359 | 160,058 | 54,120 | 95,753 | 155,918 | 66,146 | 140,895 | 188,496 | 111,768 | 191,698 | 157,961 | 285,016 | 510,705 | 662,433 | 724,557 | 784,044 |
| **Operating Income** | $30,003 | $70,213 | $71,225 | $25,440 | $56,612 | $58,141 | $32,579 | $51,062 | $64,809 | $17,358 | $35,504 | $71,358 | $105,380 | $213,391 | $265,533 | $277,700 | $298,394 |
| Depreciation and Amortization | 4,693 | 4,587 | 9,058 | 4,320 | 5,586 | 10,242 | 4,386 | 10,272 | 11,599 | 4,617 | 9,722 | 11,599 | 18,016 | 30,167 | 42,498 | 46,748 | 51,423 |
| Other income (expense) | (1,663) | 399 | 187 | (1,262) | (1,062) | 3,791 | 730 | 2,565 | (5,278) | 320 | (692) | (5,278) | (1,875) | 1,210 | (6,578) | (6,578) | (6,578) |
| Adjustments | (1,352) | (899) | (3,036) | (1,245) | (718) | (2,845) | (1,093) | (4,806) | (2,419) | (1,052) | (3,604) | (2,419) | (4,742) | (10,027) | (10,719) | (10,719) | (10,719) |
| **Mgmt. Reported Adjusted EBITDA** | $31,681 | $74,300 | $77,434 | $27,253 | $60,418 | $69,329 | $36,602 | $59,093 | $68,711 | $21,243 | $40,930 | $75,260 | $116,779 | $234,741 | $290,734 | $307,151 | $332,519 |
| Other income (expense) | (1,663) | 399 | 187 | (1,262) | (1,062) | 3,791 | 730 | 2,565 | (5,278) | 320 | (692) | (5,278) | (1,875) | 1,210 | (6,578) | (6,578) | (6,578) |
| Interest expense | (663) | 341 | (3,665) | (786) | 623 | (3,761) | (463) | (3,985) | (3,527) | (106) | (4,002) | (3,527) | (2,018) | (7,023) | (14,480) | (14,108) | (14,108) |
| **Pretax Income** | $27,677 | $70,953 | $67,747 | $23,392 | $56,173 | $58,171 | $32,846 | $49,642 | $56,004 | $17,572 | $30,810 | $62,553 | $101,487 | $207,578 | $244,475 | $257,014 | $277,708 |
| Income Taxes | 6,552 | 8,072 | 3,429 | 3,337 | 9,028 | 13,176 | 6,044 | 6,747 | 12,971 | (6,257) | (35) | 18,422 | 9,676 | 23,812 | 47,998 | 64,253 | 69,427 |
| **Net Income** | $21,125 | $62,881 | $64,318 | $20,055 | $47,145 | $44,995 | $26,802 | $42,895 | $43,033 | $23,829 | $30,845 | $44,131 | $91,811 | $183,766 | $196,477 | $192,760 | $208,281 |
| **Diluted EPS** | $0.39 | $1.10 | $1.10 | $0.36 | $0.82 | $0.77 | $0.48 | $0.74 | $0.74 | $0.42 | $0.53 | $0.75 | $1.66 | $3.18 | $3.36 | $3.24 | $3.42 |
| Diluted Shares Outstanding | 53,835 | 57,176 | 58,551 | 55,038 | 57,438 | 58,483 | 55,840 | 58,030 | 58,353 | 56,642 | 58,488 | 58,665 | 55,338 | 57,783 | 58,513 | 59,515 | 60,874 |
| Dividend Per Share | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Growth Rates** | | | | | | | | | | | | | | | | | |
| Net Sales | 26.3% | 76.5% | 50.0% | 33.2% | 76.1% | 39.7% | 49.3% | 84.9% | 31.1% | 78.2% | 71.4% | 1.0% | 47.6% | 76.9% | 27.5% | 8.0% | 8.0% |
| Gross Profit | 34.1% | 83.9% | 51.6% | 37.2% | 91.5% | 40.5% | 53.4% | 94.4% | 32.0% | 91.3% | 76.0% | 2.0% | 55.1% | 85.5% | 28.2% | 8.0% | 8.0% |
| SG&A | 22.0% | 55.4% | 94.3% | 25.7% | 76.9% | 62.8% | 42.2% | 113.0% | 33.8% | 91.6% | 71.5% | -17.6% | 48.9% | 79.2% | 29.7% | 9.4% | 8.2% |
| D&A | -8.4% | -2.3% | 97.5% | -26.9% | 29.3% | 83.4% | -22.8% | 134.2% | 12.9% | -18.9% | 110.6% | 19.3% | -19.6% | 67.4% | 40.9% | 10.0% | 10.0% |
| Operating Income | 62.5% | 134.0% | 1.4% | 70.6% | 122.5% | 2.7% | 82.9% | 56.7% | 26.9% | 89.4% | 104.5% | 101.0% | 74.6% | 102.5% | 24.4% | 4.6% | 7.5% |
| Mgmt. Adjusted EBITDA | 46.0% | 134.5% | 4.2% | 47.4% | 121.7% | 14.7% | 68.8% | 61.4% | 16.3% | 65.8% | 92.7% | 83.9% | 56.4% | 101.0% | 23.9% | 5.6% | 8.3% |
| Net Income | 47.9% | 197.7% | 2.3% | 78.0% | 135.1% | -4.6% | 110.4% | 60.0% | 0.3% | 243.9% | 29.4% | 43.1% | 103.0% | 100.2% | 6.9% | -1.9% | 8.1% |
| Earnings Per Share | 46.7% | 180.3% | -0.1% | 76.4% | 125.3% | -6.3% | 103.1% | 54.0% | -0.2% | 226.5% | 25.4% | 42.6% | 97.8% | 91.7% | 5.6% | -3.5% | 5.6% |
| **Margin** | | | | | | | | | | | | | | | | | |
| Gross Margin | 67.7% | 70.5% | 71.3% | 65.0% | 70.7% | 71.1% | 67.4% | 70.8% | 71.3% | 68.9% | 70.7% | 70.7% | 67.4% | 70.7% | 71.1% | 71.1% | 71.1% |
| Operating Margin | 24.5% | 32.5% | 22.0% | 20.8% | 26.3% | 19.3% | 22.2% | 18.8% | 18.2% | 9.3% | 11.1% | 22.0% | 18.2% | 20.8% | 20.3% | 19.7% | 19.6% |
| Mgmt. Adjusted EBITDA | 25.8% | 34.3% | 23.9% | 22.3% | 28.0% | 23.0% | 25.0% | 21.8% | 19.3% | 11.3% | 12.7% | 23.2% | 20.2% | 22.9% | 22.3% | 21.8% | 21.8% |
| Pretax Margin | 22.6% | 32.8% | 20.9% | 19.1% | 26.1% | 19.3% | 22.4% | 18.3% | 15.8% | 9.4% | 9.6% | 19.3% | 17.5% | 20.3% | 18.7% | 18.2% | 18.2% |
| Net Margin | 17.2% | 29.1% | 19.8% | 16.4% | 21.9% | 14.9% | 18.3% | 15.8% | 12.1% | 12.7% | 9.6% | 13.6% | 15.9% | 17.9% | 15.1% | 13.7% | 13.7% |
| **Ratios as % of Sales** | | | | | | | | | | | | | | | | | |
| SG&A as a % of Sales | 43.2% | 38.1% | 49.3% | 44.2% | 44.4% | 51.8% | 45.1% | 52.0% | 53.0% | 59.7% | 59.7% | 48.7% | 49.2% | 49.9% | 50.8% | 51.4% | 51.5% |
| D&A as a % of Sales | 3.8% | 2.1% | 2.8% | 3.5% | 2.6% | 3.4% | 3.0% | 3.8% | 3.3% | 2.5% | 3.0% | 3.6% | 3.1% | 2.9% | 3.3% | 3.3% | 3.4% |
| Income Tax Rate | 23.7% | 11.4% | 5.1% | 14.3% | 16.1% | 22.7% | 18.4% | 13.6% | 23.2% | (35.6%) | (0.1%) | 29.5% | 9.5% | 11.5% | 19.6% | 25.0% | 25.0% |

Source: Company Reports and OPCO Estimates



3

# Disclosure Appendix

**Oppenheimer & Co. Inc. does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**

*Analyst Certification -* The author certifies that this research report accurately states his/her personal views about the subject securities, which are reflected in the ratings as well as in the substance of this report. The author certifies that no part of his/her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report.

**Potential Conflicts of Interest:**

Equity research analysts employed by Oppenheimer & Co. Inc. are compensated from revenues generated by the firm including the Oppenheimer & Co. Inc. Investment Banking Department. Research analysts do not receive compensation based upon revenues from specific investment banking transactions. Oppenheimer & Co. Inc. generally prohibits any research analyst and any member of his or her household from executing trades in the securities of a company that such research analyst covers. Additionally, Oppenheimer & Co. Inc. generally prohibits any research analyst from serving as an officer, director or advisory board member of a company that such analyst covers. In addition to 1% ownership positions in covered companies that are required to be specifically disclosed in this report, Oppenheimer & Co. Inc. may have a long position of less than 1% or a short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. Recipients of this report are advised that any or all of the foregoing arrangements, as well as more specific disclosures set forth below, may at times give rise to potential conflicts of interest.

## Important Disclosure Footnotes for Companies Mentioned in this Report that Are Covered by Oppenheimer & Co. Inc:

### Stock Prices as of February 6, 2025
Estée Lauder (EL - NYSE, $65.94, PERFORM)
Ulta Beauty, Inc. (ULTA - NASDAQ, $410.67, OUTPERFORM)



Rating and Price Target History for: e.l.f. Beauty, Inc. (ELF) as of 02-05-2025

Created by: BlueMatrix



Rating and Price Target History for: Estée Lauder (EL) as of 02-05-2025

Created by: BlueMatrix





All price targets displayed in the chart above are for a 12- to- 18-month period. Prior to March 30, 2004, Oppenheimer & Co. Inc. used 6-, 12-, 12- to 18-, and 12- to 24-month price targets and ranges. For more information about target price histories, please write to Oppenheimer & Co. Inc., 85 Broad Street, New York, NY 10004, Attention: Equity Research Department, Business Manager.

**Oppenheimer & Co. Inc. Rating System as of January 14th, 2008:**

**Outperform(O) -** Stock expected to outperform the S&P 500 within the next 12-18 months.

**Perform (P) -** Stock expected to perform in line with the S&P 500 within the next 12-18 months.

**Underperform (U) -** Stock expected to underperform the S&P 500 within the next 12-18 months.

**Not Rated (NR) -** Oppenheimer & Co. Inc. does not maintain coverage of the stock or is restricted from doing so due to a potential conflict of interest.

**Oppenheimer & Co. Inc. Rating System prior to January 14th, 2008:**

**Buy -** anticipates appreciation of 10% or more within the next 12 months, and/or a total return of 10% including dividend payments, and/or the ability of the shares to perform better than the leading stock market averages or stocks within its particular industry sector.

**Neutral -** anticipates that the shares will trade at or near their current price and generally in line with the leading market averages due to a perceived absence of strong dynamics that would cause volatility either to the upside or downside, and/or will perform less well than higher rated companies within its peer group. Our readers should be aware that when a rating change occurs to Neutral from Buy, aggressive trading accounts might decide to liquidate their positions to employ the funds elsewhere.

**Sell -** anticipates that the shares will depreciate 10% or more in price within the next 12 months, due to fundamental weakness perceived in the company or for valuation reasons, or are expected to perform significantly worse than equities within the peer group.

**Distribution of Ratings/IB Services Firmwide**

| Rating | Count | Percent | IB Serv/Past 12 Mos. Count | IB Serv/Past 12 Mos. Percent |
|---|---|---|---|---|
| **OUTPERFORM [O]** | 460 | 64.88 | 187 | 40.65 |
| **PERFORM [P]** | 248 | 34.98 | 98 | 39.52 |
| **UNDERPERFORM [U]** | 1 | 0.14 | 0 | 0.00 |

Although the investment recommendations within the three-tiered, relative stock rating system utilized by Oppenheimer & Co. Inc. do not correlate to buy, hold and sell recommendations, for the purposes of complying with FINRA rules, Oppenheimer



& Co. Inc. has assigned buy ratings to securities rated Outperform, hold ratings to securities rated Perform, and sell ratings to securities rated Underperform.

Note: Stocks trading under $5 can be considered speculative and appropriate for risk tolerant investors.

**Additional Information Available**

**Company-Specific Disclosures: Important disclosures, including price charts, are available for compendium reports and all Oppenheimer & Co. Inc.-covered companies by logging on to https://www.oppenheimer.com/client-login.aspx or writing to Oppenheimer & Co. Inc., 85 Broad Street, New York, NY 10004, Attention: Equity Research Department, Business Manager.**

# Other Disclosures

This report is issued and approved for distribution by Oppenheimer & Co. Inc. Oppenheimer & Co. Inc. transacts business on all principal exchanges and is a member of SIPC. This report is provided, for informational purposes only, to institutional and retail investor clients of Oppenheimer & Co. Inc. and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such offer or solicitation would be prohibited. The securities mentioned in this report may not be suitable for all types of investors. This report does not take into account the investment objectives, financial situation or specific needs of any particular client of Oppenheimer & Co. Inc. Recipients should consider this report as only a single factor in making an investment decision and should not rely solely on investment recommendations contained herein, if any, as a substitution for the exercise of independent judgment of the merits and risks of investments. The analyst writing the report is not a person or company with actual, implied or apparent authority to act on behalf of any issuer mentioned in the report. Before making an investment decision with respect to any security recommended in this report, the recipient should consider whether such recommendation is appropriate given the recipient's particular investment needs, objectives and financial circumstances. We recommend that investors independently evaluate particular investments and strategies, and encourage investors to seek the advice of a financial advisor. Oppenheimer & Co. Inc. will not treat non-client recipients as its clients solely by virtue of their receiving this report. Past performance is not a guarantee of future results, and no representation or warranty, express or implied, is made regarding future performance of any security mentioned in this report. The price of the securities mentioned in this report and the income they produce may fluctuate and/or be adversely affected by exchange rates, and investors may realize losses on investments in such securities, including the loss of investment principal. Oppenheimer & Co. Inc. accepts no liability for any loss arising from the use of information contained in this report, except to the extent that liability may arise under specific statutes or regulations applicable to Oppenheimer & Co. Inc. All information, opinions and statistical data contained in this report were obtained or derived from public sources believed to be reliable, but Oppenheimer & Co. Inc. does not represent that any such information, opinion or statistical data is accurate or complete (with the exception of information contained in the Important Disclosures section of this report provided by Oppenheimer & Co. Inc. or individual research analysts), and they should not be relied upon as such. All estimates, opinions and recommendations expressed herein constitute judgments as of the date of this report and are subject to change without notice. Nothing in this report constitutes legal, accounting or tax advice. Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice on the tax consequences of investments. As with any investment having potential tax implications, clients should consult with their own independent tax adviser. This report may provide addresses of, or contain hyperlinks to, Internet web sites. Oppenheimer & Co. Inc. has not reviewed the linked Internet web site of any third party and takes no responsibility for the contents thereof. Each such address or hyperlink is provided solely for the recipient's convenience and information, and the content of linked third party web sites is not in any way incorporated into this document. Recipients who choose to access such third-party web sites or follow such hyperlinks do so at their own risk.

This research is distributed in the UK and elsewhere throughout Europe, as third party research by Oppenheimer Europe Ltd, which is authorized and regulated by the Financial Conduct Authority (FCA). This research is for information purposes only and is not to be construed as a solicitation or an offer to purchase or sell investments or related financial instruments. This research is for distribution only to persons who are eligible counterparties or professional clients. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. In particular, this material is not for distribution to, and should not be relied upon by, retail clients, as defined under the rules of the FCA. Neither the FCA's protection rules nor compensation scheme may be applied. https://opco2.bluematrix.com/sellside/MAR.action

**Distribution in Hong Kong:** This report is prepared for professional investors and is being distributed in Hong Kong by Oppenheimer Investments Asia Limited (OIAL) to persons whose business involves the acquisition, disposal or holding of securities, whether as principal or agent. OIAL, an affiliate of Oppenheimer & Co. Inc., is regulated by the Securities and Futures Commission for the conduct of dealing in securities and advising on securities. For professional investors in Hong Kong, please contact researchasia@opco.com for all matters and queries relating to this report.

**ESG Scores:** ESG scores from Refinitiv are designed to transparently and objectively measure a company's relative ESG performance, commitment and effectiveness, based on company-reported data. This covers 10 main themes including emissions, environmental product innovation, human rights, shareholders and so on. Ratings are available on close to 10,000 companies globally, with time-series data going

OPPENHEIMER

back to 2002. The percentile rank scores are simple to understand and transparent. They are benchmarked against The Refinitiv Business Classifications (TRBC – Industry Group) for all environmental and social categories, as well as the controversies score. They are also measured against the country of incorporation for all governance categories.

Please note that all ESG ratings are independent of Oppenheimer stock ratings. They are intended to provide supplemental information regarding ESG for our covered companies. ESG ratings do not have any impact on the stock rating.

This report or any portion hereof may not be reprinted, sold, or redistributed without the written consent of Oppenheimer & Co. Inc. Copyright © Oppenheimer & Co. Inc. 2025.

