# Exhibit 24

# E.l.f.'s CEO on Affordable Makeup, Social Media, the Stock's Jump, and More

Barron's Online

June 30, 2024

Copyright 2024 Factiva ®, from Dow Jones
All Rights Reserved



Copyright 2024 Dow Jones & Company, Inc. All Rights Reserved.



**Section:** DAILY

**Length:** 856 words

**Byline:** By Angela Palumbo

## Body

When Tarang Amin was 14 years old, his family sold their house and bought their first motel-an education in finance for the man who would become chief executive officer of e.l.f. Beauty.

Amin spent a chunk of his professional career in the consumer space, working for companies like Procter & Gamble and Clorox. He joined the cosmetics company as CEO in 2014, 10 years after it was founded and two years before it went public.

E.l.f. stock didn't do much for its first four years on the New York Stock Exchange. But shares are now up more than 1,000% from the $17 initial public offering price.

Amin was recently named one of Barron's Top CEOs of 2024. We caught up with him to learn about his time running one of the fastest-growing beauty companies in the world. An edited version of the interview is below.

Barron's: What did e.l.f. look like when you joined and how has it changed?

Tarang Amin: The company was founded 20 years ago selling color cosmetics over the internet for $1 each. Everyone thought the founders were crazy. "You can't sell cosmetics over the internet. This is 2004! And you certainly can't make money at $1." And they did that.

If you think about a small private company, going then to take it to be a public company, we really had to almost reinvent every aspect. We had to make sure we could deliver that level of cost, quality, and speed we wanted. We put a whole different innovation approach in place, including building out the marketing and digital teams to be able to pursue the growth that we wanted.

We just passed $1 billion dollars in net sales. We just became the No. 2 color cosmetics brand in the U.S. We just passed L'Oréal Paris. When we bought the company, we bought it with $135 million of shareholder equity. We're now valued closer to about $11 billion.

It couldn't have been easy to get here. What was a challenge e.l.f. had to go through and how did you manage it?

E.l.f.'s CEO on Affordable Makeup, Social Media, the Stock's Jump, and More

In 2018, we actually had two quarters where our business did not grow, and for a fast-growth consumer company, it seems like a near-death experience. That really required deep personal introspection in terms of, "where did we go wrong? Where did I go wrong?"

We realized we weren't investing enough in our brands. We had retail stores in malls that were never going to see a better day. We were good at launching innovation fast, so we just kept launching a lot of innovation with an absence of marketing support.

And so, we found that while the base strategy was good, we weren't precise enough. In 2019, we shut down all 26 of our retail stores on the same day. We took the $16 million we were spending on them and doubled down on marketing and our digital business. We saw an immediate improvement in sales.

Social-media marketing is now huge for e.l.f. Why has this been so successful and what's the risk?

The great thing about this success is we live where our community lives. The reason why we were one of the first brands on TikTok is we noticed a lot of our community was on TikTok. But we're not relying on any one platform.

So while we're strong on TikTok, we are also quite strong on Instagram-including Instagram Reels. We have our own channel on Twitch, we're the No. 1 branded experience on Roblox. If something happens to TikTok, it's not like the consumers are going away. They will shift to something else and we'll be there for them.

The stock has risen so much in such a short time. Why should investors still be excited?

The line I sometimes get is, "Did I miss the party?" And my answer usually is "no"-the party's just getting started.

There's two things that correlate most to long-term stock performance for e.l.f.-net sales growth and adjusted Ebitda growth. So we're focused on consistently building both net sales and adjusted Ebitda, and if you do that, you'll see our stock performance has actually correlated with that. Given the white space we have ahead of us, given the known strengths that we have, our ability and confidence continue to drive strong net sales and adjusted Ebitda growth. There's still plenty of growth to be had.

What's next for e.l.f.?

We're now the No. 2 color cosmetics brand in the U.S. We've doubled our market share over the last few years. But we believe we can double our market share again.

We're going to Sephora Mexico in the fall. We're very excited because I think it also opens up the possibility of Sephora in other markets around the world.

Our strategy on international is to find the No. 1 or No. 2 player that deals in beauty in a particular country. We're in both Superdrug and Boots in the U.K., we're with Walmart and Shoppers Drug Mart in Canada. We entered Italy with Douglas Italy, quickly becoming their No. 1 brand. And I think one of the things that really drives it is the strength we have with consumers, and that strength being so strong on social. We find a lot of our social feed is consumed outside the U.S.

That's what always excites me the most-the growth ahead for the business and for the team. And so while the results have been good, I'm actually even more excited about what we can do in the future.

Write to Angela Palumbo at angela.palumbo@dowjones.com

## Notes

PUBLISHER: Dow Jones & Company, Inc.

E.l.f.'s CEO on Affordable Makeup, Social Media, the Stock's Jump, and More

**Load-Date:** July 1, 2024

---

**End of Document**