# Exhibit 25

# E.L.F. BEAUTY

## Q3 FY 2024 EARNINGS WEBCAST

As a reminder, this call contains forward-looking statements that are based on management's expectations – including those relating to the category trends and longer-term outlook – and are subject to known and unknown risks and uncertainties, and therefore, actual results may differ materially. Important factors that may cause actual results to differ are detailed in today's press release and the company's SEC filings.

In addition, the company's presentation today includes information presented on a non-GAAP basis. We refer you to today's press release for a reconciliation of the differences between the non-GAAP presentation and the most directly comparable GAAP measures.



# TARANG AMIN

## CHAIRMAN & CHIEF EXECUTIVE OFFICER

# AGENDA

**1**

# Q3 RESULTS

**2**

# FY 2024 OUTLOOK



## OUR VISION

# TO CREATE A DIFFERENT KIND OF BEAUTY COMPANY BY BUILDING BRANDS THAT

# DISRUPT NORMS

# SHAPE CULTURE

# & CONNECT COMMUNITIES

# THROUGH POSITIVITY, INCLUSIVITY AND ACCESSIBILITY.

# EXCEPTIONAL

# CONSISTENT

# CATEGORY-LEADING

# 20 CONSECUTIVE QUARTERS OF NET SALES GROWTH



NET SALES GROWTH BY QUARTER, EXCLUDING E.L.F. STORES (CLOSED IN FEBRUARY 2019)

# 1 OF 5
# OUT OF 274
# 20 QUARTERS
# >20% GROWTH

FACTSET, INCLUDES PUBLICLY TRADED COMPANIES IN THE XRT AND XLP INDICES

AREAS WITH SIGNIFICANT RUNWAY FOR GROWTH

COSMETICS

# CONSUMPTION

**+46%**

**+2%**

**COLOR CATEGORY**

**E.L.F. COSMETICS**

YOY CONSUMPTION GROWTH. NIELSEN XAOC LATEST 12 WEEKS ENDING 12/30/2023, COLOR COSMETICS CATEGORY

# SHARE GROWTH

**E.L.F.**
**+305**

**MAYBELLINE**
**-35**

**L'OREAL**
**-40**

**COVERGIRL**
**-20**

**REVLON**
**-70**

NIELSEN XAOC LATEST 12 WEEKS ENDING 12/30/2023, COLOR COSMETICS CATEGORY



# 1 OF 800

## COSMETICS BRANDS

# 20

## QUARTERS OF SHARE GAINS

NIELSEN XAOC LATEST 12 WEEKS ENDING 12/30/2023, COLOR COSMETICS CATEGORY

# CATEGORY SHARE



E.L.F. MASS COSMETICS SHARE, NIELSEN XAOC LATEST 12 WEEKS ENDING 12/30/2023, COLOR COSMETICS CATEGORY



AREAS WITH SIGNIFICANT RUNWAY FOR GROWTH

COSMETICS

INTERNATIONAL

SKINCARE

# CONSUMPTION

**+89%**

**+9%**

**SKINCARE CATEGORY**

**E.L.F. SKIN**

YOY CONSUMPTION GROWTH. NIELSEN XAOC LATEST 12 WEEKS ENDING 12/30/2023, FACIAL SKINCARE CATEGORY

**+60** BPS

**#14**

**1.4%**

SHARE GAIN

BRAND RANK

$ SHARE

NIELSEN XAOC LATEST 12 WEEKS ENDING 12/30/2023, FACIAL SKINCARE CATEGORY

# SKINCARE % OF RETAIL SALES



SKINCARE % OF E.L.F. BEAUTY RETAIL SALES. E.L.F. BEAUTY REPRESENTS FY 2023, NATURIUM REPRESENTS LTM AS OF JUNE 2023.





**+80%**
NET SALES CAGR







CAGR BASED ON AUG'23 CALENDAR YTD

# AREAS WITH SIGNIFICANT RUNWAY FOR GROWTH

SKINCARE

COSMETICS

# INTERNATIONAL



**119%**

INTERNATIONAL NET SALES GROWTH

Q3 FY 2024 YEAR-OVER YEAR INTERNATIONAL NET SALES GROWTH

# INTERNATIONAL PENETRATION



% OF NET SALES











NIELSEN, UK L52W ENDING 12/30/2023 AND CANADA L12W ENDING 12/30/2023. ITALY BASED ON DOUGLAS RETAIL STORES SINCE LAUNCH

# THREE KEY DRIVERS OF OUR RESULTS

VALUE PROPOSITION

DISRUPTIVE MARKETING ENGINE

POWERHOUSE INNOVATION

# VALUE PROPOSITION

# OUR MISSION



# WE MAKE THE BEST OF BEAUTY ACCESSIBLE TO EVERY EYE, LIP, FACE AND SKIN CONCERN

27



**$10**

VS $54 PRESTIGE



**$7**

VS $31 PRESTIGE



**$10**

VS $38 PRESTIGE



**$11**

VS $28 PRESTIGE



NIELSEN XAOC LATEST 52 WEEKS ENDING 12/30/2023, COLOR COSMETICS CATEGORY. CIRCANA LATEST 52 WEEKS ENDING 9/30/2023

# POWERHOUSE INNOVATION

# INNOVATION ENGINE HAS BUILT CATEGORY LEADERSHIP OVER TIME





NIELSEN XAOC LATEST 52 WEEKS ENDING 12/30/2023

# TRACK RECORD OF BUILDING GROWING PRODUCT FRANCHISES







VS $40 PRESTIGE

$8 GLOW REVIVER LIP OIL

# 4TH MASCARA LAUNCH IN THE LAST 4 YEARS



**2021**
BIG MOOD



**2022**
LASH BEATS



**2023**
LASH 'N ROLL



**2024**
LASH XTNDR

# E.L.F. DOLLAR SHARE



DOLLAR SHARE. NIELSEN XAOC LATEST 52 WEEKS ENDING 12/30/2023

# DISRUPTIVE MARKETING ENGINE









# LATINX COMMUNITY

# AVERAGE SPEND ON COSMETICS



**GENERAL POPULATION**    **LATINX**

MINTEL, HISPANICS AND COLOR COSMETICS, JULY 2020, JOURNAL OF EXPOSURE SCIENCE & ENVIRONMENTAL EPIDEMIOLOGY, DIFFERENCES IN PERSONAL CARE PRODUCT USE BY RACE/ETHNICITY AMONG WOMEN IN CALIFORNIA, 2023

# TEAMED UP WITH MANUEL TURIZO TO LAUNCH A NEW ORIGINAL, SPANISH-LANGUAGE SONG TITLED "OJOS. LABIOS. CARA."



>2B
MEDIA IMPRESSIONS

>304M
VIEWS AND PLAYS

#1
ON SPOTIFY

STATS AS OF JANUARY 2024

RELEASED A TRUE CRIME PARODY DOCUMENTARY

# COSMETIC
# CRIMINALS







# UNAIDED AWARENESS HAS DOUBLED SINCE 2020



BOVITZ, INC. (2023 AUGUST) MAKEUP CATEGORY ATTITUDES & USAGE STUDY COMMISSIONED BY E.L.F. COSMETICS; CONFIDENTIAL & PROPRIETARY

# DRIVING AWARENESS REMAINS AN OPPORTUNITY AS COMPARED TO PEERS



BOVITZ, INC. (2023 AUGUST) MAKEUP CATEGORY ATTITUDES & USAGE STUDY COMMISSIONED BY E.L.F. COSMETICS; CONFIDENTIAL & PROPRIETARY

# NATIONAL RETAILERS





# SPACE EXPANSION

## E.L.F.
### SPRING 2024

CVS

SHOPPERS DRUG MART

BOOTS

## E.L.F.
### SUMMER 2024

WALMART

## NATURIUM
### SPRING 2024

SHOPPERS DRUG MART



# MANDY FIELDS

## SVP & CHIEF FINANCIAL OFFICER

# AGENDA

## 1
### Q3 RESULTS

## 2
### FY 2024 OUTLOOK




## NET SALES

**+85%** GROWTH

**+56** UNITS PPTS

**+29** AUR PPTS

DIGITAL CONSUMPTION

> 100%

GROWTH




Q3 FY 2024

# DIGITAL PENETRATION



% OF CONSUMPTION



Case 5:25-cv-02316-EKL    Document 59-25    Filed 09/05/25    Page 61 of 87

# STRONG ENGAGEMENT ON E.L.F. MOBILE APP



**4.8 ★**

RATING



**>1.8M**

APP DOWNLOADS



STATS AS OF JANUARY 2024







# 71%
## GROSS MARGIN

# +350
## BPS

Q3 FY 2024 GROSS MARGIN



FAVORABLE FX RATES

IMPROVED TRANSPORTATION COSTS

MARGIN ACCRETIVE MIX

COST SAVINGS

Q3 FY 2024 GROSS MARGIN DRIVERS



# ADJUSTED SG&A

**47%** (Q3 FY 2023)

**54%** (Q3 FY 2024)

% OF NET SALES

# MARKETING & DIGITAL INVESTMENT



% OF NET SALES



**+61%**

**$59M**

**ADJUSTED EBITDA**

**22%**

**ADJUSTED EBITDA MARGIN**

Q3 FY 2024





# BALANCE SHEET & CASH FLOW



# $72M

## CASH ON HAND

ENDING CASH BALANCE, Q3 FY 2024

# $205M

## INVENTORY

| STRONG CONSUMER DEMAND | EARLIER OWNERSHIP OF INVENTORY | ADDED NATURIUM INVENTORY |
| --- | --- | --- |

Q3 FY 2024



**CASH ON HAND**

**ACCESS TO EXISTING CREDIT FACILITY**

**~600K SHARES OF E.L.F. BEAUTY STOCK**

NATURIUM ACQUISITION

# <1.0X

## NET DEBT / LTM ADJUSTED EBITDA



Q3 FY 2024





**AVERAGE SHARES**
**~58M**

**NET SALES**
**+69% TO 71%**

**ADJUSTED TAX RATE**
**~14%**

**FISCAL 2024 OUTLOOK**

**ADJUSTED EBITDA**
**$218M TO $220M**

**ADJUSTED EPS**
**$2.84 TO $2.87**

**ADJUSTED NET INCOME**
**$164M TO $166M**



# +48-53%

## EXPECTED Q4 NET SALES GROWTH

IMPLIED Q4 FY 2024 EXPECTED NET SALES GROWTH



# FY 2024 GROSS MARGIN OUTLOOK

COST SAVINGS

MARGIN-ACCRETIVE MIX

FX RATES

TRANSPORTATION COSTS

+280 BPS

SPACE EXPANSION

RETAILER ACTIVITY

FY 2024 OUTLOOK, EXPECTED YEAR OVER YEAR GROSS MARGIN CHANGE

# FY 2024 OUTLOOK

## ADJ. EBITDA GROWTH

# +87-88%

FY 2024 OUTLOOK, EXPECTED YEAR OVER YEAR ADJUSTED EBITDA GROWTH



**FY 2024 OUTLOOK**

**ADJ. EBITDA MARGIN LEVERAGE**

**+200**

**BPS**

FY 2024 OUTLOOK, EXPECTED YEAR OVER YEAR ADJUSTED EBITDA MARGIN EXPANSION

## DRIVERS OF ADJ. EBITDA MARGIN EXPANSION





**FLYWHEEL APPROACH TO DRIVING PROFITABLE GROWTH**

**INVESTING IN MARKETING**

**DRIVE TOPLINE GROWTH**

**EXPANDING EBITDA MARGIN**



**EXCEPTIONAL**       **CONSISTENT**       **CATEGORY-LEADING**



# DIFFERENT KIND OF COMPANY

**PURPOSE-LED**     **RESULTS-DRIVEN**

