**Exhibit 26**



**Q4 FY 2024 EARNINGS WEBCAST**

As a reminder, this call contains forward-looking statements that are based on management's expectations – including those relating to the category trends and longer-term outlook – and are subject to known and unknown risks and uncertainties, and therefore, actual results may differ materially. Important factors that may cause actual results to differ are detailed in today's press release and the company's SEC filings.

In addition, the company's presentation today includes information presented on a non-GAAP basis. We refer you to today's press release, which can be found at https://investor.elfbeauty.com/news-and-events/press-releases, for a reconciliation of the differences between the non-GAAP presentation and the most directly comparable GAAP measures.



# TARANG AMIN

## CHAIRMAN & CHIEF EXECUTIVE OFFICER

# AGENDA

**1**

## Q4 & FY 2024 RESULTS

**2**

## FY 2025 OUTLOOK





# 21ST CONSECUTIVE QUARTER OF NET SALES GROWTH

NET SALES GROWTH BY QUARTER, EXCLUDING E.L.F. STORES (CLOSED IN FEBRUARY 2019)

# 1 OF 5
# OUT OF 274
# 21 QUARTERS
# >20% GROWTH

FACTSET, INCLUDES PUBLICLY TRADED COMPANIES IN THE XRT AND XLP INDICES

# Q4 FY 2024 RESULTS

## +71%
**NET SALES**

## +180 BPS
**GROSS MARGIN**

## +93%
**ADJUSTED EBITDA**

Q4 FY 2024 YEAR-OVER-YEAR, AS COMPARED TO Q4 FY 2023

AREAS WITH SIGNIFICANT RUNWAY FOR GROWTH

SKIN CARE    INTERNATIONAL

COSMETICS

# COSMETICS CONSUMPTION

**+30%**

**-3%**

**COLOR CATEGORY**

**E.L.F. COSMETICS**

YOY CONSUMPTION GROWTH. NIELSEN XAOC LATEST 12 WEEKS ENDING 3/23/2024, COLOR COSMETICS CATEGORY

$ SHARE GROWTH

+325

-65        -85                    -20        -60

MAYBELLINE    L'OREAL        E.L.F.        COVERGIRL        REVLON

NIELSEN XAOC LATEST 12 WEEKS ENDING 3/23/2024, COLOR COSMETICS CATEGORY

# MOVED UP TO THE #2 RANK IN $ SHARE AND #1 RANK IN UNIT SHARE

**#1**

**#2**

**#3**

**$ SHARE**

**#1**

**#2**

**UNIT SHARE**

NIELSEN XAOC LATEST 12 WEEKS ENDING 3/23/2024, COLOR COSMETICS CATEGORY

AREAS WITH SIGNIFICANT RUNWAY FOR GROWTH

COSMETICS

INTERNATIONAL

# SKIN CARE

# SKIN CARE CONSUMPTION

**+38%**

**+2%**



**19x**

**SKIN CARE CATEGORY**

**E.L.F. SKIN**

YOY CONSUMPTION GROWTH. NIELSEN XAOC LATEST 12 WEEKS ENDING 3/23/2024, FACIAL SKIN CARE CATEGORY











# NATURIUM

## +17PP

### NET SALES GROWTH CONTRIBUTION







Q4 NET SALES GROWTH CONTRIBUTION FROM NATURIUM

**AREAS WITH SIGNIFICANT RUNWAY FOR GROWTH**

SKIN CARE

COSMETICS

**INTERNATIONAL**



Q4 FY 2024 YEAR-OVER YEAR INTERNATIONAL NET SALES GROWTH

# NOW RANK #3 IN CANADA AND #4 IN THE UK IN $ SHARE



#3
#6



#4
#7

 CANADA

 UK

$ SHARE, NIELSEN, UK L12W ENDING 4/6/2024 AND CANADA L12W ENDING 3/23/2024

# INTERNATIONAL PENETRATION



**13%**

**Q4 FY 2023**



**16%**

**Q4 FY 2024**

% OF NET SALES

# THREE KEY DRIVERS OF OUR RESULTS







**OUR MISSION**

# WE MAKE THE BEST OF BEAUTY ACCESSIBLE TO EVERY EYE, LIP, FACE AND SKIN CONCERN

# UNIQUE ABILITY TO DELIVER "HOLY GRAILS"



**$14**
VS $49 PRESTIGE



**$10**
VS $38 PRESTIGE



**$8**
VS $40 PRESTIGE



**$12**
VS $38 PRESTIGE



**AUR COMPARISON**

~$6.50

~$9.50

>$20

**E.L.F. COSMETICS**   **TOP MASS BRANDS**   **PRESTIGE BRANDS**

NIELSEN XAOC LATEST 52 WEEKS ENDING 3/23/2024, COLOR COSMETICS CATEGORY. CIRCANA LATEST 52 WEEKS ENDING 12/31/2023

# UNIT VOLUME GROWTH



**+33%**

**-7%**   **-7%**   **-6%**   **-9%**

**MAYBELLINE**   **L'OREAL**   **E.L.F.**   **COVERGIRL**   **REVLON**

YEAR-OVER-YEAR CHANGE IN UNITS, NIELSEN XAOC LATEST 52 WEEKS ENDING 3/23/2024, COLOR COSMETICS CATEGORY



# 2018: #1 OR #2 POSITION IN 8 COSMETICS SEGMENTS


**#1 PRIMER**
$ SHARE


**#1 BRUSHES**
$ SHARE


**#1 SETTING SPRAY**
$ SHARE


**#1 HIGHLIGHT /CONTOUR**
$ SHARE


**#1 MULTI-FACE**
UNIT SHARE


**#1 EYELASH CURLER**
UNIT SHARE


**#1 EYE PRIMER**
$ SHARE


**#2 COSMETIC ACCESSORY**
UNIT SHARE

NIELSEN XAOC LATEST 52 WEEKS ENDING 12/30/2018

# 2024: #1 OR #2 POSITION IN 18 COSMETICS SEGMENTS


**#1 PRIMER**
$ SHARE


**#1 BRUSHES**
$ SHARE


**#1 EYEBROW**
UNIT SHARE


**#1 SETTING SPRAY**
UNIT SHARE


**#1 HIGHLIGHT /CONTOUR**
$ SHARE


**#1 MULTI-EYE**
UNIT SHARE


**#1 EYELASH CURLER**
$ SHARE


**#1 EYE PRIMER**
$ SHARE


**#1 LIP GLOSS**
$ SHARE


**#1 COSMETIC APPLICATOR**
$ SHARE


**#1 EYELASH TREATMENT**
UNIT SHARE


**#1 LIP SHINE**
UNIT SHARE


**#1 BLUSH**
$ SHARE


**#2 SPONGES**
$ SHARE


**#2 CONCEALER**
$ SHARE


**#2 EYE SHADOW**
UNIT SHARE


**#2 BRONZER**
UNIT SHARE

**#2 COSMETIC ACCESSORY**
UNIT SHARE

NIELSEN XAOC LATEST 12 WEEKS ENDING 3/23/2024

# BUILDING GROWING PRODUCT FRANCHISES











# SKIN CARE

# E.L.F. SKIN MARKET $ SHARE



FACIAL SKIN CARE $ SHARE. NIELSEN XAOC LATEST 52 WEEKS ENDING 3/23/2024

# E.L.F. $ SHARE



**10.5%**

**COLOR COSMETICS**



**1.6%**

**SKIN CARE**

$ SHARE. NIELSEN XAOC LATEST 52 WEEKS ENDING 3/23/2024



**NEW BESTSELLER**





E.L.F.ING ENTERTAINING





01 e.l.f. 38%

+16 PPTS VS. LAST YEAR

02 **Rare Beauty** 9%

03 **Maybelline** 6%

04 **Charlotte Tilbury** 5%

05 **Fenty Beauty** 4%

PIPER SANDLER TAKING STOCK WITH TEENS SURVEY, SPRING 2024



GLOW & PROTECT

        

PIPER SANDLER TAKING STOCK WITH TEENS SURVEY, SPRING 2024



TRUST "THIS IS 30" SURVEY (APRIL 2024), CIVIC SCIENCE (APRIL 2024)



**12B+** PRESS IMPRESSIONS

**TRIPLE DIGIT LIFT** IN SITE VISITS



**68%** NEW PURCHASERS

**<45** MINUTES SOLD OUT



# MARKETING INVESTMENT

% OF NET SALES



# UNAIDED AWARENESS



2020                                    2023

BOVITZ, INC. (2023 AUGUST) MAKEUP CATEGORY ATTITUDES & USAGE STUDY COMMISSIONED BY E.L.F. COSMETICS; CONFIDENTIAL & PROPRIETARY



## UNAIDED AWARENESS

**26%** — E.L.F.

**33%** — L'OREAL

**43%** — COVERGIRL

**52%** — MAYBELLINE

BOVITZ, INC. (2023 AUGUST) MAKEUP CATEGORY ATTITUDES & USAGE STUDY COMMISSIONED BY E.L.F. COSMETICS; CONFIDENTIAL & PROPRIETARY

# A DIFFERENT KIND OF ~~BEAUTY~~ COMPANY

# A DIFFERENT KIND OF COMPANY.

   

# OUT OF 4,200

    

FACTSET, INTERNAL ESTIMATES

   

# WE ARE 1 OF 4

    

FACTSET, INTERNAL ESTIMATES

   

# 2/3 WOMEN + 1/3 DIVERSE

    

FACTSET, INTERNAL ESTIMATES





## GOAL

# DOUBLE WOMEN & DIVERSITY ON BOARDS



GOAL TO DOUBLE ANNUAL GROWTH RATE

# FY 2025

AREAS WITH SIGNIFICANT RUNWAY FOR GROWTH

INTERNATIONAL

SKIN CARE

COSMETICS

# E.L.F. COSMETICS $ SHARE



E.L.F. U.S. MASS COSMETICS SHARE, NIELSEN XAOC LATEST 52 WEEKS ENDING 3/23/2024, COLOR COSMETICS CATEGORY



# E.L.F. COSMETICS $ SHARE

**19.3%**

**10.5%**

**#1**

**NATIONAL
$ SHARE**

**TARGET
$ SHARE**

NIELSEN XAOC LATEST 52 WEEKS ENDING 3/23/2024, COLOR COSMETICS CATEGORY



NIELSEN XAOC LATEST 12 WEEKS ENDING 3/23/2024, COLOR COSMETICS CATEGORY. YEAR-OVER-YEAR TARGET NET SALES GROWTH IN FY 2024

# E.L.F. SPACE EXPANSION

**SPRING 2024**

 CVS

**SUMMER 2024**

 WALMART

**FALL 2024**

 CVS

AREAS WITH SIGNIFICANT RUNWAY FOR GROWTH

COSMETICS

INTERNATIONAL

# SKIN CARE

# SKIN CARE $ SHARE



**1.6%**

**#11**

**E.L.F. SKIN**



**14%**

**#1**

**LEADING BRAND**

NIELSEN XAOC LATEST 52 WEEKS ENDING 3/23/2024, FACIAL SKINCARE CATEGORY



# STRONG INNOVATION PIPELINE

# EXPANDING NATURIUM INTO ULTA BEAUTY IN SUMMER 2024

# AREAS WITH SIGNIFICANT RUNWAY FOR GROWTH

SKIN CARE

COSMETICS

# INTERNATIONAL

# INTERNATIONAL PENETRATION









**E.L.F. BEAUTY**

**MAJOR PUBLIC BEAUTY PEERS**

% OF NET SALES, E.L.F. BEAUTY FY 2024. PEERS BASED ON PUBLIC FILINGS FOR LATEST 12 MONTHS ENDING 12/31/2023



# #2
## BRAND



# #3
## BRAND



# #4
## BRAND

 **USA**

 **CANADA**

 **UK**

$ SHARE, NIELSEN, UK L12W ENDING 4/6/2024 AND CANADA L12W ENDING 3/23/2024

# E.L.F. SPACE EXPANSION

## SPRING 2024
 CVS

BOOTS

 SHOPPERS DRUG MART

## SUMMER 2024
 WALMART

## FALL 2024
CVS

 SUPERDRUG








# #1
## BRAND



## ITALY
### DOUGLAS

BASED ON DOUGLAS ITALY RETAIL STORES SINCE LAUNCH







# #1
## BRAND



# NETHERLANDS
## ETOS

BASED ON ETOS NETHERLANDS RETAIL SALES SINCE LAUNCH





# MANDY FIELDS

## SVP & CHIEF FINANCIAL OFFICER

# AGENDA

## 1
### Q4 & FY 2024 RESULTS

## 2
### FY 2025 OUTLOOK



**DIGITAL CONSUMPTION**

# ~70%
## GROWTH



# DIGITAL PENETRATION

## 18%



**Q4 FY 2023**

## 22%



**Q4 FY 2024**

% OF CONSUMPTION



# beauty squad

## >4.8M
### MEMBERS

## >30%
### GROWTH

Q4 FY 2024 GROWTH IN TOTAL ENROLLMENT VERSUS PY | BEAUTY SQUAD LOYALTY MEMBERS AS OF 3/31/2024



# beauty squad

Major rewards & suprises for every e.l.f. fan.

**JOIN OR SIGN IN**

 

# Sneak Peek of Rewards

      

| Birthday Gift | Venmo Payout | Amazon Gift Card | Visa Gift Card | Dunkin Gift Card | Walmart Gift Card | Target Gift Card |

# How to Earn Points

  

**SHOP**
Earn rewards anywhere you shop e.l.f.

**ENGAGE**
Complete activities on elf.com or the e.l.f. app.

**LEVEL UP**
Level up your tier to access more benefits!

**GET STARTED**

   

# E.L.F. MOBILE APP



**4.8 ★**
RATING

**>2M**
APP DOWNLOADS

STATS AS OF APRIL 2024











**FAVORABLE FX RATES**

**INTERNATIONAL PRICE INCREASES**

**LOWER RETAILER ACTIVITY COSTS**

**COST SAVINGS AND MIX**

**INVENTORY ADJUSTMENTS**

**IMPROVED TRANSPORTATION COSTS**

Q4 FY 2024 GROSS MARGIN DRIVERS





# MARKETING & DIGITAL INVESTMENT

**33%** — Q4 FY 2023

**34%** — Q4 FY 2024

% OF NET SALES



# ADJUSTED NET INCOME & ADJUSTED EPS



# FY 2024 RESULTS

# FY 2024 RESULTS

**+77%**

NET SALES

**+101%**

ADJUSTED EBITDA

**+280 BPS**

ADJ. EBITDA MARGIN

FY 2024 YEAR-OVER-YEAR, AS COMPARED TO FY 2023



**MARKETING & DIGITAL**

# 25%

## OF NET SALES

FY 2024





# $108M

## CASH ON HAND

ENDING CASH BALANCE, Q4 FY 2024

# $191M

## INVENTORY

Q4 FY 2024

# INVENTORY DRIVERS

**STRONG CONSUMER DEMAND**

**ADDED NATURIUM INVENTORY**

**EARLIER OWNERSHIP OF INVENTORY**

Q4 FY 2024



## CASH FLOW PRIORITIES

**INVESTING IN GROWTH INITIATIVES**

**SUPPORTING STRATEGIC EXTENSIONS**



FY 2025 OUTLOOK

# FISCAL 2025 OUTLOOK

**AVERAGE SHARES**
~59M

**NET SALES**
+20% TO 22%

**ADJUSTED TAX RATE**
20% TO 21%

**ADJUSTED EBITDA**
$285M TO $289M

**ADJUSTED EPS**
$3.20 TO $3.25

**ADJUSTED NET INCOME**
$187M TO $191M

# PLANNING ASSUMPTIONS







# 50%

UNTRACKED CHANNELS

TRACKED CHANNELS

E.L.F. BEAUTY

TRACKED CHANNELS % OF TOTAL E.L.F. BEAUTY CONSUMPTION POST NATURIUM ACQUISTION

# GROSS MARGIN OUTLOOK

## +10 BPS

- FAVORABLE FX RATES
- MARGIN ACCRETIVE MIX
- COST SAVINGS
- HIGHER TRANSPORTATION COSTS
- RETAILER ACTIVTY
- SPACE EXPANSION

FY 2025 OUTLOOK, EXPECTED GROSS MARGIN DRIVERS



**MARKETING & DIGITAL**

**24-26%**

**OF NET SALES**

FY 2025 OUTLOOK

ADJUSTED EBITDA GROWTH

# +LSD – MSD

## 1H FY 2025



FY 2025 OUTLOOK, EXPECTED YEAR OVER YEAR ADJUSTED EBITDA GROWTH



# MARKETING & DIGITAL INVESTMENT

18%

30%

1H FY 2024

2H FY 2024

% OF NET SALES

FY 2025 OUTLOOK

# +21-23%

## ADJ EBITDA GROWTH

FY 2025 OUTLOOK, EXPECTED YEAR OVER YEAR ADJUSTED EBITDA GROWTH



# FLYWHEEL APPROACH TO DRIVING PROFITABLE GROWTH

**INVESTING IN MARKETING**

**DRIVE TOPLINE GROWTH**

**EXPANDING EBITDA MARGIN**

