# Exhibit 27










# TARANG AMIN

## CHAIRMAN & CHIEF EXECUTIVE OFFICER

# 1

## Q1 RESULTS

# 2

## FY 2025 OUTLOOK





BARS REPRESENT NET SALES WITH YOY GROWTH %

NET SALES GROWTH BY QUARTER, EXCLUDING E.L.F. STORES (CLOSED IN FEBRUARY 2019)

# 1 OF 5
# OUT OF 274
# 22 QUARTERS
# >20% GROWTH

FACTSET, INCLUDES PUBLICLY TRADED COMPANIES IN THE XRT AND XLP INDICES

COSMETICS

# CONSUMPTION

**+26%**

**-1%**

**COLOR CATEGORY**

**E.L.F. COSMETICS**

YOY CONSUMPTION GROWTH. NIELSEN XAOC LATEST 12 WEEKS ENDING 6/15/2024, COLOR COSMETICS CATEGORY



# $ SHARE GROWTH

**+260** — E.L.F.

**-15** — MAYBELLINE

**-25** — L'OREAL

**-35** — COVERGIRL

**-70** — REVLON

NIELSEN XAOC LATEST 12 WEEKS ENDING 6/15/2024, COLOR COSMETICS CATEGORY

# E.L.F. COSMETICS $ SHARE



NIELSEN XAOC LATEST 24 WEEKS ENDING 6/15/2024, COLOR COSMETICS CATEGORY

# E.L.F. COSMETICS $ SHARE AT TARGET



NIELSEN XAOC LATEST 24 WEEKS ENDING 6/15/2024, COLOR COSMETICS CATEGORY

SKIN CARE

# CONSUMPTION

**+45%**

**32x**

**+1.4%**

**SKIN CARE CATEGORY**

**E.L.F. SKIN**

YOY CONSUMPTION GROWTH. NIELSEN XAOC LATEST 12 WEEKS ENDING 6/15/2024, FACIAL SKIN CARE CATEGORY





**#9**

**#13**

e.l.f.
SKIN

NIELSEN XAOC LATEST 12 WEEKS ENDING 3/23/2024, FACIAL SKIN CARE CATEGORY

# SKIN CARE $ SHARE



**E.L.F. SKIN**



**LEADING BRAND**

NIELSEN XAOC LATEST 12 WEEKS ENDING 6/15/2024, FACIAL SKINCARE CATEGORY

# NATURIUM





## +16
### PPTS NET SALES GROWTH









Q1 FY 2025 NET SALES GROWTH CONTRIBUTION FROM NATURIUM

# 91%

## INTERNATIONAL NET SALES GROWTH

Q1 FY 2025 YEAR-OVER YEAR INTERNATIONAL NET SALES GROWTH

# #4

# #8

🇬🇧 UK

# #4

# #6

🇨🇦 CANADA

$ SHARE, NIELSEN, UK L12W ENDING 4/6/2024 AND CANADA L12W ENDING 3/23/2024









# #1
## BRAND



# NETHERLANDS
## ETOS

# #1
## BRAND



# ITALY
## DOUGLAS

BASED ON ETOS NETHERLANDS RETAIL SALES SINCE LAUNCH

BASED ON DOUGLAS  ITALY RETAIL STORES SINCE LAUNCH

# INTERNATIONAL PENETRATION





**E.L.F. BEAUTY**





**MAJOR PUBLIC BEAUTY PEERS**

% OF NET SALES, E.L.F. BEAUTY Q1 FY 2025. PEERS BASED ON PUBLIC FILINGS FOR LATEST 12 MONTHS ENDING 12/31/2023

# 5
## >$700M IN SALES

# 26
## >$100M IN SALES

# 61
## >$25M IN SALES

# >1,900
## COSMETICS & SKIN CARE BRANDS

NIELSEN XAOC, LATEST 52 WEEKS ENDING 6/15/2024, COLOR COSMETICS AND FACIAL SKIN CARE CATEGORIES

FIVE AREAS OF ADVANTAGE

PASSIONATE OWNERS

PRODUCTIVITY MODEL

VALUE PROPOSITION

DISRUPTIVE MARKETING ENGINE

POWERHOUSE INNOVATION









**FACTS.**

# ~$180M
### EQUITY GRANTED

# >10x
### STOCK PRICE INCREASE

EQUITY GRANTED SINCE IPO, EXCLUDING EXECUTIVE OFFICERS

# EMPLOYEE ENGAGEMENT



**72%**

**90%**

+18 PPTS

CONSUMER GOODS

E.L.F. BEAUTY

CULTURE AMP





**AUR COMPARISON**

>$20

~$9.50

~$6.50

E.L.F. COSMETICS          TOP MASS BRANDS          PRESTIGE BRANDS

NIELSEN XAOC LATEST 52 WEEKS ENDING 6/15/2024, COLOR COSMETICS CATEGORY. CIRCANA LATEST 52 WEEKS ENDING 12/31/2023

**ASSET-LIGHT SUPPLY CHAIN MODEL**



# QUALITY

# COST

# SPEED

## DELIVERING PRESTIGE QUALITY AT AN ACCESSIBLE PRICE POINT



**$14**
VS $49 PRESTIGE



**$10**
VS $38 PRESTIGE



**$8**
VS $40 PRESTIGE



**$12**
VS $38 PRESTIGE

# UNIT VOLUME GROWTH

**+25%**

**-8%**

**-7%**

**-8%**

**-15%**




MAYBELLINE     L'OREAL     E.L.F.     COVERGIRL     REVLON

YEAR-OVER-YEAR CHANGE IN UNITS, NIELSEN XAOC LATEST 12 WEEKS ENDING 6/15/2024, COLOR COSMETICS CATEGORY

# FIVE AREAS OF ADVANTAGE

PASSIONATE
OWNERS

VALUE
PROPOSITION

POWERHOUSE
INNOVATION

# INNOVATION APPROACH FOCUSED ON BUILDING FRANCHISES BEHIND OUR "HOLY GRAILS"







**8**
SEGMENTS IN 2018

**#1 PRIMER** $ SHARE

**#1 BRUSHES** $ SHARE

**#1 SETTING SPRAY** $ SHARE

**#1 HIGHLIGHT /CONTOUR** $ SHARE

**#1 MULTI-FACE** UNIT SHARE

**#1 EYELASH CURLER** UNIT SHARE

**#1 EYE PRIMER** $ SHARE

**#2 COSMETIC ACCESSORY** UNIT SHARE

NIELSEN XAOC LATEST 52 WEEKS ENDING 12/30/2018, COLOR COSMETICS CATEGORY



**#1 BLUSH**
$ SHARE



**#1 PRIMER**
$ SHARE



**#2 SPONGES**
$ SHARE



**#1 LIP GLOSS**
$ SHARE



**#1 EYEBROW**
UNIT SHARE



**#1 BRUSHES**
$ SHARE



**#2 EYE SHADOW**
UNIT SHARE



**#1 LIP SHINE**
UNIT SHARE



**#1 EYE PRIMER**
$ SHARE

# 18
## SEGMENTS IN 2024



**#1 SETTING SPRAY**
UNIT SHARE

**#2 COSMETIC ACCESSORY**
UNIT SHARE





**#2 CONCEALER**
$ SHARE



**#1 EYELASH CURLER**
$ SHARE

**#1 MULTI-EYE**
UNIT SHARE



**#1 HIGHLIGHT /CONTOUR**
$ SHARE

**#1 COSMETIC APPLICATOR**
$ SHARE

**#1 EYELASH TREATMENT**
UNIT SHARE



**#2 BRONZER**
UNIT SHARE

NIELSEN XAOC LATEST 52 WEEKS ENDING 6/15/2024, COLOR COSMETICS CATEGORY

# E.L.F. DOLLAR SHARE



## 12.3%

COSMETICS



## 1.5%

$675M
CATEGORY

FOUNDATION

DOLLAR SHARE. NIELSEN XAOC LATEST 24 WEEKS ENDING 6/15/2024



**VS $39 PRESTIGE**

# $8
## SOFT GLAM
## SATIN FOUNDATION





ELFCOSMETICS.COM IN Q1








# SOLD OUT
# IN 10 DAYS

NATURIUM.COM

# BEST-IN-CLASS IN CREATING CULTURALLY RELEVANT OUTPUT



**JANUARY**



**FEBRUARY**



**FEBRUARY**



**MARCH**



**MARCH**



**APRIL**



**APRIL**



**MAY**



**JUNE**



**JULY**





DEBUTED "PECULIAR BEHAVIOR" CAMPAIGN TO ACCOMPANY BRONZING DROPS PRODUCT LAUNCH



# SO MANY DICKS

**There are more men named Dick (Richard, Rich, Rick) on publicly-traded boards than entire groups of underrepresented people.**

# SO FEW OF EVERYONE ELSE

See our methodology at ChangeTheBoardGame.com

# IT'S OK TO BE A DICK.

# BUT AMERICA'S BOARDROOMS NEED MORE OF EVERYONE ELSE.

ChangeTheBoardGame.com

E.L.F. BEAUTY

   

# WE ARE 1 OF 4

    

FACTSET, INTERNAL ESTIMATES



# 2/3 WOMEN + 1/3 DIVERSE



FACTSET, INTERNAL ESTIMATES

## PRODUCT

## PURPOSE

## PLATFORMS









# 1ST BEAUTY BRAND TO TEST REAL-WORLD COMMERCE ON ROBLOX












MARKETING ROI MULTIPLES ABOVE INDUSTRY BENCHMARKS

# UNAIDED AWARENESS



BOVITZ, INC. (2024 AUGUST) MAKEUP CATEGORY ATTITUDES & USAGE STUDY COMMISSIONED BY E.L.F. COSMETICS; CONFIDENTIAL & PROPRIETARY



**UNAIDED AWARENESS**

BOVITZ, INC. (2024 AUGUST) MAKEUP CATEGORY ATTITUDES & USAGE STUDY COMMISSIONED BY E.L.F. COSMETICS; CONFIDENTIAL & PROPRIETARY

FIVE AREAS OF ADVANTAGE

PASSIONATE OWNERS

PRODUCTIVITY MODEL

VALUE PROPOSITION

DISRUPTIVE MARKETING ENGINE

POWERHOUSE INNOVATION



YOU MAY LOVE



**AVG. SKU COUNT**

**SALES / SKU**

**~2x** INCREASE

2018  2019  2020  2021  2022  2023

2018    2023

NIELSEN, E.L.F. COSMETICS AT TARGET, L52W ENDING 12/30/2023, COLOR COSMETICS CATEGORY



#1 MOST PRODUCTIVE BRAND

MEASURED ON DOLLARS PER LINEAR FEET, COLOR COSMETICS CATEGORY



#1 MOST PRODUCTIVE BRAND

MEASURED ON DOLLARS PER LINEAR FEET, COLOR COSMETICS CATEGORY

# LAUNCHED NATURIUM IN ULTA BEAUTY



# E.L.F. SPACE EXPANSION

## SPRING 2024

 CVS

 BOOTS

 SHOPPERS DRUG MART

## SUMMER 2024

 WALMART

## FALL 2024

 CVS

 SUPERDRUG



# NEW MARKETS







FIVE AREAS OF ADVANTAGE

PASSIONATE OWNERS

PRODUCTIVITY MODEL

VALUE PROPOSITION

DISRUPTIVE MARKETING ENGINE

POWERHOUSE INNOVATION



# MANDY FIELDS

## SVP & CHIEF FINANCIAL OFFICER

**1**

**Q1 RESULTS**

**2**

**FY 2025 OUTLOOK**





**DIGITAL CONSUMPTION**

**>40%**

**GROWTH**

Q1 FY 2025. INCLUDES NATURIUM IN YEAR AGO PERIOD

# DIGITAL PENETRATION





**Q1 FY 2024**



**Q1 FY 2025**

% OF CONSUMPTION. EXCLUDES NATURIUM IN YEAR AGO PERIOD



beauty squad

>5M

MEMBERS

30%

GROWTH

Q1 FY 2025 GROWTH IN TOTAL ENROLLMENT VERSUS PY | BEAUTY SQUAD LOYALTY MEMBERS AS OF 6/30/2024

**HIGHER AVG ORDER VALUES**

**STRONGER RETENTION RATES**

**beauty squad**

**PURCHASE MORE FREQUENTLY**

**RICH SOURCE OF FIRST-PARTY DATA**



EXCLUSIVE EARLY ACCESS

beauty squad

UNIQUE PARTNER INTEGRATIONS

# FIRST-EVER BEAUTY SQUAD CHALLENGE WITHIN ROBLOX



## Beauty Squad e.l.f. UP! Challenge

**3 REWARDS**    **ENDS: 6/14/2024, 4:00:00 PM**

**98%**
NEW BEAUTY SQUAD MEMBERS

### About

Earn major rewards and surprises wherever you play or shop with e.l.f. Beauty Squad. Connect your existing member account or sign up today. It's free to join! (NOTE: ALL UGC HAS BEEN CLAIMED)

### Challenge Reward

🎁 GIVEAWAY

EXPANDED BEAUTY SQUAD TO AMAZON



**5:37**

Search or ask a question

e.l.f.
eyes.lips.face.

EYES.

LIPS.

FACE.

e.l.f. > EARN REWARDS

✓ Following



CATEGORIES >

beauty squad

**EARN MAJOR REWARDS
WHEN YOU SHOP E.L.F. ON
amazon**

Earn points on
every e.l.f. purchase
to redeem for
major rewards.

PLUS, EARN
**2X THE POINTS**
ON EVERY
AMAZON RECEIPT
YOU UPLOAD!

SO. MANY. REWARDS.



Amazon
E-Gift Card



Venmo
Cash





PayPal
Cash



Free Products
& More



# 71%
## GROSS MARGIN

# +80
## BPS

Q1 FY 2025



FAVORABLE FX RATES

LOWER TRANSPORTATION COSTS

INTERNATIONAL PRICE INCREASES

COST SAVINGS AND MIX

INVENTORY ADJUSTMENTS

Q1 FY 2025 GROSS MARGIN DRIVERS



**ADJUSTED SG&A**

Q1 FY 2024: 39%
Q1 FY 2025: 51%

% OF NET SALES



# MARKETING & DIGITAL INVESTMENT

% OF NET SALES



**DRIVERS OF NON-MARKETING SG&A**

# INCLUSION OF NATURUIM IN FINANCIALS

# INVESTMENTS IN E.L.F. TEAM & INFRASTRUCTURE

Q1 FY 2025



# $77M
## ADJUSTED EBITDA

# 24%
## ADJUSTED EBITDA MARGIN

Q1 FY 2025





# BALANCE SHEET & CASH FLOW



# $200M

## INVENTORY

Q1 FY 2025

# INVENTORY DRIVERS

## STRONG CONSUMER DEMAND

## ADDED NATURIUM INVENTORY

## EARLIER OWNERSHIP OF INVENTORY

Q1 FY 2025





CASH FLOW PRIORITIES

INVESTING IN GROWTH INITIATIVES

SUPPORTING STRATEGIC EXTENSIONS

# FY 2025 OUTLOOK

# FISCAL 2025 OUTLOOK

**NET SALES**
**+25% TO 27%**

**ADJUSTED EBITDA**
**$297M TO $301M**

**ADJUSTED EPS**
**$3.36 TO $3.41**

**ADJUSTED NET INCOME**
**$198M TO $201M**

# PLANNING ASSUMPTIONS





**Q2 FY 2025**

# >25-27%

## NET SALES GROWTH
## (SLIGHTLY ABOVE FULL YEAR RANGE)

# ~20%

## TRACKED CHANNEL GROWTH

Q2 FY 2025 EXPECTED NET SALES GROWTH





**50%**

**UNTRACKED CHANNELS**

**TRACKED CHANNELS**

**E.L.F. BEAUTY**

TRACKED CHANNELS % OF TOTAL E.L.F. BEAUTY CONSUMPTION POST NATURIUM ACQUISTION

# GROSS MARGIN OUTLOOK

# +20

## BPS

FY 2025 OUTLOOK, EXPECTED YEAR OVER YEAR GROSS MARGIN CHANGE

**FAVORABLE FX RATES**

**MARGIN ACCRETIVE MIX**

**COST SAVINGS**

**HIGHER TRANSPORTATION COSTS**

**RETAILER ACTIVITY**

**SPACE EXPANSION**

FY 2025 OUTLOOK, EXPECTED GROSS MARGIN DRIVERS



# GROSS MARGIN OUTLOOK

# +20
## BPS
## (FY 2025)

# ~FLAT
## (Q2 FY 2025)

FY 2025 OUTLOOK, EXPECTED YEAR OVER YEAR GROSS MARGIN CHANGE

# FY 2025 OUTLOOK

# +26-28%

## ADJ EBITDA GROWTH

FY 2025 OUTLOOK, EXPECTED YEAR OVER YEAR ADJUSTED EBITDA GROWTH



**FY 2025 OUTLOOK**

**ADJ. EBITDA MARGIN LEVERAGE**

**+20**

**BPS**

FY 2025 OUTLOOK, EXPECTED YEAR OVER YEAR ADJUSTED EBITDA MARGIN EXPANSION



**DRIVERS OF Q2 ADJUSTED EBITDA MARGIN**



**STEP-UP IN MARKETING SPEND**

**ANNUALIZING ACQUISITION OF NATURIUM**

Q2 FY 2025 OUTLOOK, EXPECTED ADJUSTED EBITDA MARGIN








