LATHAM & WATKINS LLP
  Michele D. Johnson (Bar No. 198298)
   *michele.johnson@lw.com*
  650 Town Center Drive, 20th Floor
  Costa Mesa, California 92626
  Telephone: +1.714.540.1235

  Colleen C. Smith (Bar No. 231216)
   *colleen.smith@lw.com*
  12670 High Bluff Drive
  San Diego, CA 92130
  Tel: +1.858.523.5400

  Eric R. Swibel (*pro hac vice*)
   *eric.swibel@lw.com*
  330 North Wabash Avenue, Suite 2800
  Chicago, IL 60611
  Tel: (312) 876-7700

  Whitney B. Weber (Bar No. 281160)
   *whitney.weber@lw.com*
  Daniel R. Gherardi (Bar No. 317771)
   *daniel.gherardi@lw.com*
  505 Montgomery Street, Suite 2000
  San Francisco, California 94111
  Telephone: +1.415.391.0600

 *Attorneys for Defendants e.l.f. Beauty, Inc.,*
 *Tarang P. Amin, and Mandy J. Fields*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE e.l.f. BEAUTY, INC. SECURITIES LITIGATION | CASE NO. 5:25-cv-02316-EKL |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |
| | Date: February 11, 2026 Time: 10:00 A.M. Courtroom: Courtroom 7 – 4th Floor Judge: Hon. Eumi K. Lee |

**[PROPOSED] ORDER**

Defendants e.l.f. Beauty, Inc. ("e.l.f."), Tarang P. Amin, and Mandy J. Fields (collectively, "Defendants") have requested that the Court consider the following exhibits attached to the Declaration of Whitney B. Weber, in connection with Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint for Violations of the Federal Securities Laws ("Motion"), under the doctrine of incorporation by reference and Federal Rule of Evidence 201 ("Request for Judicial Notice"):

1. **Exhibit 1**:  A true and correct copy of e.l.f.'s Annual Report on Form 10-K for fiscal year 2024 ending March 31, 2024, which was filed with the United States Securities and Exchange Commission ("SEC") on May 23, 2024, and is publicly available at www.sec.gov.

2. **Exhibit 2**:  A true and correct copy of an e.l.f. press release entitled "e.l.f. Beauty Announces Fourth Quarter and Full Fiscal 2023 Results," dated May 24, 2023, which is publicly available at https://investor.elfbeauty.com.

3. **Exhibit 3**:  A true and correct copy of the transcript from e.l.f.'s November 1, 2023 earnings call discussing financial results for the second quarter of fiscal year 2024, which is publicly available from S&P Global Market Intelligence at https://marketintelligence.spglobal.com.

4. **Exhibit 4**:  A true and correct copy of e.l.f.'s Quarterly Report on Form 10-Q for the second quarter of fiscal year 2024 ending September 30, 2023, which was filed with the SEC on November 2, 2023, and is publicly available at www.sec.gov.

5. **Exhibit 5**:  A true and correct copy of the transcript from e.l.f.'s February 6, 2024 earnings call discussing financial results for the third quarter of fiscal year 2024, which is publicly available from S&P Global Market Intelligence at https://marketintelligence.spglobal.com.

6. **Exhibit 6**:  A true and correct copy of an e.l.f. press release entitled, "e.l.f. Beauty Announces Third Quarter Fiscal 2024 Results," dated February 6, 2024, which is publicly available at https://investor.elfbeauty.com.

7. **Exhibit 7**:  A true and correct copy of e.l.f.'s Quarterly Report on Form 10-Q for the third quarter of fiscal year 2024 ending December 31, 2023, which was filed with the SEC on February 7, 2024, and is publicly available at www.sec.gov.

8. **Exhibit 8**: A true and correct copy of the transcript from e.l.f.'s May 22, 2024 earnings call discussing financial results for the fourth quarter of fiscal year 2024, which is publicly available from S&P Global Market Intelligence at https://marketintelligence.spglobal.com.

9. **Exhibit 9**: A true and correct copy of the transcript from e.l.f.'s August 8, 2024 earnings call discussing financial results for the first quarter of fiscal year 2025, which is publicly available from S&P Global Market Intelligence at https://marketintelligence.spglobal.com.

10. **Exhibit 10**: A true and correct copy of an e.l.f. press release entitled, "e.l.f. Beauty Announces Second Quarter Fiscal 2025 Results," dated November 6, 2024, which is publicly available at https://investor.elfbeauty.com.

11. **Exhibit 11**: A true and correct copy of the transcript from e.l.f.'s November 6, 2024 earnings call discussing financial results for the second quarter of fiscal year 2025, which is publicly available from S&P Global Market Intelligence at https://marketintelligence.spglobal.com.

12. **Exhibit 12**: A true and correct copy of a Muddy Waters Research LLC report entitled, "e.l.f. Beauty, Inc.: A Revenue and Inventory Mystery," dated November 11, 2024, which is publicly available at https://muddywatersresearch.com/research/elf/mw-is-short-elf/ (the "Muddy Waters Report").

13. **Exhibit 13**: A true and correct copy of an article detailing a Mad Money interview with e.l.f.'s CEO Tarang Amin, dated November 21, 2024, which is publicly available at https://www.cnbc.com/video/2024/11/21/elf-beauty-ceo-tarang-amin-goes-one-on-one-with-jim-cramer.html

14. **Exhibit 14**: A true and correct copy of certain Forms 4 related to transactions in e.l.f. stock by e.l.f.'s CEO Tarang Amin, which were filed with the SEC on February 7, 2024, April 19, 2024, June 7, 2024, and April 22, 2025, and are publicly available at www.sec.gov.

15. **Exhibit 15**: A true and correct copy of certain Forms 4 related to transactions in e.l.f. stock by CFO Mandy Fields, which were filed with the SEC on February 13, 2024, April 19, 2024, June 7, 2024, and April 22, 2025, and are publicly available at www.sec.gov.

16. **Exhibit 16**: A true and correct copy of the transcript from e.l.f.'s February 6, 2025 earnings call discussing financial results from the third quarter of fiscal year 2025, which is publicly available from S&P Global Market Intelligence at https://marketintelligence.spglobal.com.

17. **Exhibit 17**: A true and correct copy of an e.l.f. press release entitled, "e.l.f. Beauty Announces Fourth Quarter and Full Fiscal 2025 Results," dated May 28, 2025, which is publicly available at https://investor.elfbeauty.com.

18. **Exhibit 18**: A true and correct copy of e.l.f.'s historical stock price from February 7, 2024, to September 4, 2025, which was downloaded from Yahoo! Finance, and is publicly available at https://finance.yahoo.com/quote/ELF.

19.     **Exhibit 19**: A true and correct copy of an e.l.f. press release entitled, "e.l.f. Beauty Announces Fourth Quarter and Full Fiscal 2024 Results," dated May 22, 2024, which is publicly available at https://investor.elfbeauty.com.

20.     **Exhibit 20:** A true and correct copy of an e.l.f. press release entitled, "e.l.f. Beauty Announces First Quarter Fiscal 2025 Results," dated August 8, 2024, which is publicly available at https://investor.elfbeauty.com.

21.     **Exhibit 21**: A true and correct copy of e.l.f.'s Annual Report on Form 10-K for fiscal year 2025 ending March 31, 2025, which was filed with the SEC on May 29, 2025, and is publicly available at www.sec.gov.

22.     **Exhibit 22**: A true and correct copy of e.l.f.'s Quarterly Report on Form 10-Q for the first quarter of fiscal year 2025 ending June 30, 2024, which was filed with the SEC on August 9, 2024, and is publicly available at www.sec.gov.

23.     **Exhibit 23**: A true and correct copy of an Oppenheimer & Co. Inc. analyst report entitled, "e.l.f. Beauty, Inc.: Quick Read: A Much Deeper Slowdown than Expected and a Disappointing Guide," dated February 6, 2025, which is available at www.bloomberg.com.

24.     **Exhibit 24**: A true and correct copy of a Barrons interview with e.l.f.'s CEO Tarang Amin entitled, "E.l.f.'s CEO on Affordable Makeup, Social Media, the Stock's Jump, and More," dated June 30, 2024, which is publicly available at https://www.barrons.com/articles/.

25.     **Exhibit 25**: A true and correct copy of e.l.f.'s Q3 Fiscal Year 2024 Earnings Webcast presentation, dated February 6, 2024, which is publicly available at https://investor.elfbeauty.com.

26.     **Exhibit 26:** A true and correct copy of e.l.f.'s Q4 Fiscal Year 2024 Earnings Webcast presentation, dated May 22, 2024, which is publicly available at https://investor.elfbeauty.com.

27.     **Exhibit 27:** A true and correct copy of e.l.f.'s Q1 Fiscal Year 2025 Earnings Webcast presentation, dated August 8, 2024, which is publicly available at https://investor.elfbeauty.com.

The Court, having considered Defendants' Request for Judicial Notice, and good cause appearing therefrom, finds that Exhibits 1 through 27 are incorporated by reference and/or are subject to judicial notice, and therefore is properly subject to consideration in connection with the Defendants' Motion. Defendants' Request for Judicial Notice is therefore **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____        By: _____

HONORABLE EUMI K. LEE
UNITED STATES DISTRICT JUDGE