LATHAM & WATKINS LLP
  Michele D. Johnson (Bar No. 198298)
    *michele.johnson@lw.com*
  650 Town Center Drive, 20th Floor
  Costa Mesa, California 92626
  Telephone: +1.714.540.1235

  Colleen C. Smith (Bar No. 231216)
    *colleen.smith@lw.com*
  12670 High Bluff Drive
  San Diego, California 92130
  Telephone: +1.858.523.5400

  Eric R. Swibel (*pro hac vice*)
    *eric.swibel@lw.com*
  330 North Wabash Avenue, Suite 2800
  Chicago, Illinois 60611
  Telephone: +1.312.876.7700

  Whitney B. Weber (Bar No. 281160)
    *whitney.weber@lw.com*
  Daniel R. Gherardi (Bar No. 317771)
    *daniel.gherardi@lw.com*
  505 Montgomery Street, Suite 2000
  San Francisco, California 94111
  Telephone: +1.415.391.0600

*Attorneys for Defendants e.l.f. Beauty, Inc.,*
*Tarang P. Amin, and Mandy J. Fields*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE e.l.f. BEAUTY, INC. SECURITIES LITIGATION | Case No. 5:25-cv-02316-EKL |
| | **DEFENDANTS' STATEMENT OF RECENT DECISIONS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |
| Defendants. | |
| | Hon. Eumi K. Lee |

PLEASE TAKE NOTICE that Defendants e.l.f. Beauty, Inc., Tarang P. Amin, and Mandy J. Fields ("Defendants") submit this Statement of Recent Authority in further support of Defendants' Motion to Dismiss Consolidated Class Action Complaint for Violation of the Federal Securities Laws (Dkt. 58). Defendants inform the Court of a recent Opinion from the United States District Court for the Northern District of California in *Weston v. Docusign*, No. 22-cv-00824-VC (Jan. 26, 2026), which dismissed claims asserted under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934.

For the Court's convenience, a copy of the Opinion is attached hereto as **Exhibit A**.

Defendants additionally submit this Statement of Recent Authority in further support of Defendants' Motion to Dismiss Consolidated Class Action Complaint for Violation of the Federal Securities Laws (Dkt. 58). Defendants inform the Court of a recent Opinion from the United States District Court for the Northern District of California in *Barkasi v. Autodesk, Inc., et al.*, No. 24-cv-02431-YGR (Jan. 26, 2026), which dismissed claims asserted under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934.

For the Court's convenience, a copy of the Opinion is attached hereto as **Exhibit B.**

Respectfully Submitted,

Dated: January 30, 2026

LATHAM & WATKINS LLP

By */s/ Whitney B. Weber*
Michele D. Johnson (Bar No. 198298)
michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: +1.714.540.1235

Colleen C. Smith (Bar No. 231216)
colleen.smith@lw.com
12670 High Bluff Drive
San Diego, California 92130
Telephone: +1.858.523.5400

Eric R. Swibel (*pro hac vice*)
eric.swibel@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611

Telephone: +1.312.876.7700

Whitney B. Weber (Bar No. 281160)
 *whitney.weber@lw.com*
Daniel R. Gherardi (Bar No. 317771)
 *daniel.gherardi@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

*Attorneys for Defendants e.l.f. Beauty, Inc.,
Tarang P. Amin, and Mandy J. Fields*